IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1-25-cv-11916 |

**INDIVIDUAL PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER**

The Individual Plaintiff, a pregnant physician who seeks a COVID-19 vaccine to protect herself and her innocent unborn child despite the directive of the Secretary of the Department of Health and Human Services's ("Secretary") rescinding the recommendation that healthy pregnant individuals routinely get vaccinated against Covid-19 (the "Secretarial Directive") , brings this motion seeking leave to participate as a plaintiff in the above-captioned action under a pseudonym.

For the reasons explained in the accompanying memorandum of law, the Individual Plaintiff's circumstances warrant proceeding pseudonymously and therefore, Individual Plaintiff respectfully asks the Court to (1) grant her motion to proceed under the pseudonym "Jane Doe, M.D." and referring to her baby as "Baby Doe"; (2) enter a protective order prohibiting any defendant from disclosing Plaintiff's identity or the identity of her baby unless such disclosure is necessary to defend against this action; (3) order all unsealed public filings shall refer to the Individual Plaintiff as "Jane Doe, M.D." and her baby as "Baby Doe" and that the filing party shall redact all personal identifiers and information about her that would, alone or with other disclosed

information, reveal her identity or the identity of her baby in accordance with Federal Rule of Civil Procedure 5.2; and (4) order that any nonparty who is informed of the Individual Plaintiff's identity or the identity of her baby shall be bound by the Court's order and shall receive a copy of the same.

Counsel for Individual Plaintiff will attempt to contact counsel for Defendant to ascertain the position of counsel for Defendants on Individual Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order.

A copy of the Complaint bearing Individual Plaintiff's legal name will be provided to the Court under seal contemporaneously with this Motion. If the Court grants Individual Plaintiff's Motion, Individual Plaintiff will serve a copy of the Complaint bearing the Individual Plaintiff's full legal name on Defendants subject to the Court's protective order.

Dated: July 7, 2025

Respectfully submitted,

By: */s/ Elizabeth J. McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:   617.603.1100
Fax:   617.249.1573
Email: emcevoy@ebglaw.com

Richard H. Hughes IV (*pro hac vice pending*)
Stuart M. Gerson (*pro hac vice pending*)
Robert Wanerman (*pro hac vice pending*)
William Walters (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:   202.861.0900
Fax:   202.296.2882
Email: rhhughes@ebglaw.com
       sgerson@ebglaw.com
       rwanerman@ebglaw.com

wwalters@ebglaw.com

James J. Oh (*pro hac vice pending*)
Kathleen Barrett (*pro hac vice pending*)
Carolyn O. Boucek (*pro hac vice pending*)
Lydia Pincsak (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:   312.499.1400
Fax:   312.845.1998
Email: joh@ebglaw.com
       kbarrett@ebglaw.com
       cboucek@ebglaw.com
       lpincsak@ebglaw.com

Jeremy A. Avila (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:   415.398.3500
Fax:   415.398.0955
Email: javila@ebglaw.com

Marguerite Stringer (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
Tel:   901.712.3200
Fax:   615.691.7715
Email: mstringer@ebglaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served upon the following parties by Process Server on this 7th day of July 2025:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Marty Makary, in his official capacity as Commissioner of the Food and Drug Administration |
| Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health | Matthew Buzzelli, in her official capacity as Acting Director Centers for Disease Control and Prevention |

c/o Leah Belaire Foley, US Attorney
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

/s/ *Elizabeth J McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)