IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-11916 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs American Academy of Pediatrics, American College of Physicians, Inc., American Public Health Association, Infectious Diseases Society of America, Massachusetts Public Health Association d/b/a Massachusetts Public Health Alliance, Society for Maternal-Fetal Medicine, and Jane Doe (collectively, "Plaintiffs"), by and through their counsel, respectfully request leave to file additional pages in support of their Motion for Preliminary Injunction and Declaratory Relief and Request for Expedited Consideration (the "Memorandum") in excess of the twenty-page limit set by the Local Rules.

Good cause exists for Plaintiffs' request. Plaintiffs require thirteen (13) additional pages to due to the complexity of the case and the multiple proposed grounds for emergency relief. Specifically, Plaintiffs are seeking injunctive and declaratory relief concerning Department of Health and Human Services' Secretary, Robert F. Kennedy Jr.'s (the "Secretary") arbitrary, capricious, and unlawful, directive dated May 19, 2025 rescinding prior evidence-based recommendations that healthy children ages six months to 17 years old be routinely immunized

against Covid-19 and directing the CDC to remove Covid-19 vaccines from the recommended Child and Adolescent Immunization Schedule by Age. The Secretary's Directive immediately exposes these vulnerable populations to a serious illness with potentially irreversible long-term effects and, in some cases, death, which has caused and will continue to cause immediate and devastating harm to Plaintiffs. Plaintiffs require more than the 20 pages provided for under Local Rule 7.1(b)(4) to fully explain the complicated regulatory background out of which this suit arises, the Plaintiffs and the nature of the injury that each has experienced, why they are likely to succeed on their claims that the Secretary's May 19, 2025 Directive violated the Administrative Procedure Act, how this action has irreparably harmed and will continue to harm them, and why the balance of hardships and the public interest weigh heavily in Plaintiffs' favor.

Therefore, Plaintiffs respectfully request that the Court grant them leave to file a memorandum of law in support of their Motion for Preliminary Injunction and Declaratory Relief and Request for Expedited Consideration of up to thirty-three (33) pages.

Dated: July 7, 2025   Respectfully submitted,

By: */s/ Elizabeth J. McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:   617.603.1100
Fax:   617.249.1573
Email: emcevoy@ebglaw.com

Richard H. Hughes IV (*pro hac vice pending*)
Stuart M. Gerson (*pro hac vice pending*)
Robert Wanerman (*pro hac vice pending*)
William Walters (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.

1227 25th Street, N.W., Suite 700  
Washington, DC 20037  
Tel:     202.861.0900  
Fax:    202.296.2882  
Email:  rhhuges@ebglaw.com  
            sgerson@ebglaw.com  
            rwanerman@ebglaw.com  
            wwalters@ebglaw.com  

James J. Oh (*pro hac vice pending*)  
Kathleen Barrett (*pro hac vice pending*)  
Carolyn O. Boucek (*pro hac vice pending*)  
Lydia Pincsak (*pro hac vice pending*)  
EPSTEIN BECKER & GREEN, P.C.  
227 W. Monroe Street, Suite 4500  
Chicago, IL 60606  
Tel:     312.499.1400  
Fax:    312.845.1998  
Email:  joh@ebglaw.com  
            kbarrett@ebglaw.com  
            cboucek@ebglaw.com  
            lpincsak@ebglaw.com  

Jeremy A. Avila (*pro hac vice pending*)  
EPSTEIN BECKER & GREEN, P.C.  
57 Post Street, Suite 703  
San Francisco, CA 94104  
Tel:     415.398.3500  
Fax:    415.398.0955  
Email:  javila@ebglaw.com  

Marguerite Stringer (*pro hac vice pending*)  
EPSTEIN BECKER & GREEN, P.C.  
6000 Poplar Avenue, Suite 250  
Memphis, TN 38119  
Tel:     901.712.3200  
Fax:    615.691.7715  
Email:  mstringer@ebglaw.com  

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiffs attempted to confer with counsel for Defendants on July 7, 2025 regarding this motion by phone and email, but were unable to reach them to determine whether they oppose this motion.

/s/ *Elizabeth J. McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served upon the following parties by Process Server on this 7th day of July 2025:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Marty Makary, in his official capacity as Commissioner of the Food and Drug Administration |
| Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health | Matthew Buzzelli, in his official capacity as Acting Director Centers for Disease Control and Prevention |

c/o Leah Belaire Foley, US Attorney
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

/s/ *Elizabeth J. McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)
