# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> *Defendants.* | Case No. 1-25-cv-11916 |

## LOCAL RULE 7.1 CERTIFICATE REGARDING INDIVIDUAL PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

I, Elizabeth J. McEvoy, certify that on July 7, 2025, I provided a copy of the foregoing to the following individuals to provide notice contemporaneous with filing this motion:

> Eric J. Hamilton
> Deputy Assistant Attorney General, Federal Programs Branch
> eric.hamilton@usdoj.gov
>
> Alex Haas
> Co-Director, Federal Programs Branch
> alex.haas@usdoj.gov
>
> Diane Kelleher
> Co-Director, Federal Programs Branch
> diane.kelleher@usdoj.gov
>
> John Griffiths
> Co-Director, Federal Programs Branch
> john.griffiths@usdoj.gov
>
> Rayford Farquhar Chief
> Defensive Litigation, Civil Division U.S. Attorney's Office for the District of Massachusetts
> rayford.farquhar@usdoj.gov

Prior to filing the motion, I emailed the above-named individuals on behalf of the Defendants to meet and confer on this motion. As of the time of filing, Defendants have not responded. Plaintiffs are proceeding with this filing given the need for prompt relief, as set forth in Plaintiffs' Motion for Leave to File Excess Pages.

Dated: July 7, 2025                                             Respectfully submitted,

By: */s/ Elizabeth J. McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com

Richard H. Hughes IV (*pro hac vice pending*)
Stuart M. Gerson (*pro hac vice pending*)
Robert Wanerman (*pro hac vice pending*)
William Walters (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
            sgerson@ebglaw.com
            rwanerman@ebglaw.com
            wwalters@ebglaw.com

James J. Oh (*pro hac vice pending*)
Kathleen Barrett (*pro hac vice pending*)
Carolyn O. Boucek (*pro hac vice pending*)
Lydia Pincsak (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
            kbarrett@ebglaw.com

cboucek@ebglaw.com
lpincsak@ebglaw.com

Jeremy A. Avila (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:     415.398.3500
Fax:    415.398.0955
Email: javila@ebglaw.com

Marguerite Stringer (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
Tel:     901.712.3200
Fax:    615.691.7715
Email: mstringer@ebglaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served upon the following parties by Process Server on this 7th day of July 2025:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Marty Makary, in his official capacity as Commissioner of the Food and Drug Administration |
| Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health | Matthew Buzzelli, in his official capacity as Acting Director Centers for Disease Control and Prevention |

c/o Leah Belaire Foley, US Attorney
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210


*/s/ Elizabeth J McEvoy* (BBO No. 683191)
Elizabeth J. McEvoy (BBO No. 683191)