IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, ., <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, ., | Case No. 1:25-cv-11916 |

### ~~PROPOSED~~ ORDER ON INDIVIDUAL PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

AND NOW, on this ____ day of July __, 2025, upon review of Individual Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order, it is HEREBY ORDERED, ADJUDGED, and DECREED that Individual Plaintiff's Motion to Proceed Under Pseudonym and For Protective Order is hereby GRANTED.

IT IS FURTHER ORDERED THAT:

1. Plaintiff may refer to herself in all public filings as "Jane Doe, M.D." and may refer to her baby in all public filings as "Baby Doe";

2. All parties are hereby prohibited from disclosing Individual Plaintiff's identity or the Individual Plaintiff's baby's identity, including details about either sufficient for a member of the public to identify either unless such disclosure is necessary to defend against this action;

3. All public, unsealed filings shall refer to the Individual Plaintiff as "Jane Doe, M.D." and shall refer to the Individual Plaintiff's baby as "Baby Doe." The filing

2

party shall redact all personal identifiers and information about her or her baby that would, alone or with other disclosed information, reveal her identity or the identity of her baby in accordance with Federal Rule of Civil Procedure 5.2; and

4. Any nonparty who is informed of the Individual Plaintiff's identity or the identity of the Individual Defendant's baby, shall be bound by the Court's order and shall receive a copy of the same.

*/s/ William G. Young*
UNITED STATES DISTRICT JUDGE
July 8, 2025