IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-11916<br>District Judge: Hon. William G. Young<br>Magistrate Judge: Hon. M. Page Kelley |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiffs respectfully request to withdraw, in their entirety, from the docket in the above-captioned matter, Plaintiffs' Motion for Preliminary Injunction and Declaratory Relief and Request for Expedited Consideration ("Plaintiffs' Motion") [Dkt. #15] and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion [Dkt. #16].  Plaintiffs' counsel reached out to counsel for Defendants pursuant to Local Rule 7.1 on July 8, 2025 regarding this request to withdraw and conferred with Defendants on July 9, 2025. Defendants do not oppose this Motion.  Plaintiffs intend to refile Plaintiffs' Motion in compliance with the Local Rules.

Dated: July 9, 2025                          Respectfully submitted,


                                             By: */s/ Elizabeth J. McEvoy*
                                             Elizabeth J. McEvoy (BBO No. 683191)
                                             EPSTEIN BECKER & GREEN, P.C.
                                             One Financial Center, Suite 1520
                                             Boston, MA 02111
                                             Tel:    617.603.1100

Fax:    617.249.1573
Email:  emcevoy@ebglaw.com

Richard H. Hughes IV (*pro hac vice pending*)
Stuart M. Gerson (*pro hac vice pending*)
Robert Wanerman (*pro hac vice pending*)
William Walters (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email:  rhhughes@ebglaw.com
         sgerson@ebglaw.com
         rwanerman@ebglaw.com
         wwalters@ebglaw.com

James J. Oh (*pro hac vice pending*)
Kathleen Barrett (*pro hac vice pending*)
Carolyn O. Boucek (*pro hac vice pending*)
Lydia Pincsak (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email:  joh@ebglaw.com
kbarrett@ebglaw.com
cboucek@ebglaw.com
lpincsak@ebglaw.com

Jeremy A. Avila (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:    415.398.3500
Fax:    415.398.0955
Email:  javila@ebglaw.com

Marguerite Stringer (*pro hac vice pending*)
EPSTEIN BECKER & GREEN, P.C.
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
Tel:    901.712.3200
Fax:    615.691.7715
Email:  mstringer@ebglaw.com


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on this 9th day of July, 2025.

*/s/ Elizabeth J. McEvoy*

**LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that I conferred with counsel for the Defendants concerning this motion by email, on July 8, 2025, and, by videoconference, on July 9, 2025. Defendants do not oppose this motion.

*/s/ Elizabeth J. McEvoy*