IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF
PEDIATRICS, ET AL

    Plaintiffs

Versus                                Case no. 1:25-cv-11916-WGY

ROBERT F. KENNEDY, JR, et al

    Defendants

_____/

## MOTION TO INTERVENE AS DEFENDANT

For the reasons stated in the attached memorandum of points and authorities Jose A Perez respectfully requests that the court permit his intervention as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or in the alternative permit him to intervene under Rule 24(b).

Respectfully Submitted,

_____
Jose A. Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104
theaesculapius@gmail.com

1

## CERTIFICATE OF SERVICE

It is hereby certified that on 11th July 2025 a true and correct copy of the foregoing document was served upon all counsel of record via email. Additional copies were mailed as follows:

The Honorable
Pamela J Bondi
Attorney General
950 Pennsylvania Av, NW
Washington, DC 20530-0001

The Honorable
Jeanine Pirro
US Attorney
601 D Street, NW
Washington, DC 20004

_____
Jose A. Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104
theaesculapius@gmail.com

2