# EXHIBIT 4

Docusign Envelope ID: 67E16869-25EA-4188-BA0D-905075551D8B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>　　　　vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>　　　　*Defendants.* | Case No. _____ |

## **DECLARATION OF JAMIE LOEHR, MD, FAAFP**

I, Jamie Loehr, MD, FAAFP, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct and within my personal knowledge.

1.  I am over the age of 18 years old. All of the facts set forth in this declaration are based on my personal knowledge. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction filed in the above-captioned action.

2.  I am a board-certified family physician. I have been a physician for 35 years. I am the founder and owner of Cayuga Family Medicine, located in Ithaca, NY, where I have practiced family medicine since 2000.

3.  I graduated from Cornell University in 1985 and then Baylor College of Medicine in 1990. I completed my residency in family medicine at the University of Rochester, Highland Hospital in Rochester, NY in 1993.

4.  In addition to voting and ex-officio members, ACIP is also comprised of 31 liaison members, primarily from professional organizations. Appointments of liaison members are based

1

on written requests from the professional organizations. Liaison members represent organizations that have broad immunization interests and represent large constituencies. I began my service on the Advisory Committee on Immunization Practices (ACIP) in July 2011 as an American Academy of Family Physicians (AAFP) liaison member.

5. I served as the AAFP liaison member for four years on the Influenza Vaccines Work Group. After four years as a liaison member, I continued my service to the ACIP as a subject matter expert on the Influenza Vaccines Work Group. I then became a voting member of the ACIP in September 2021, until my termination from ACIP on June 9, 2025.

6. I applied to be a voting member of ACIP in 2015. The application process required me to submit a current curriculum vitae, two letters of recommendation, and a cover letter. I applied to be a voting member of the ACIP several times over the next few years.

7. In 2020, I was nominated to be a voting member of ACIP. Generally, ACIP submits the names of their nominated members to the Department of Health and Human Services (HHS) for approval. Nominations are not always approved, but once they are approved, nominations have always been confirmed. My nomination was confirmed, and I was supposed to begin my term as a voting member of ACIP on July 1, 2020. However, I was subsequently told that the White House rejected my nomination. I was also told that had never happened before and no reason was given to me for this rejection. As a result, I did not start as a voting member on ACIP in 2020.

8. Later in 2020, I put my name forward again. My nomination was accepted in late July 2021 and I began as a voting member with ACIP in September 2021. My initial term was supposed to run from July 1, 2021 until June 30, 2025, in accordance with the four-year term of ACIP voting members.

2

9. I was appointed to be Chair of ACIP starting July 1, 2025 until June 30, 2028, in accordance with the three-year term for the Chair of ACIP.

10. I saw Secretary of Health and Human Services Robert F. Kennedy, Jr.'s May 27, 2025 announcement on X that he was rescinding prior ACIP recommendations that pregnant women and healthy children ages six months to 17 years old be routinely immunized against COVID-19. I was shocked by his announcement, especially because the Secretary changed the recommendations without consulting with the ACIP or without the ACIP voting to take this action. This decision was contrary to the longstanding practice and policy of vaccines being put on or taken off of the CDC's immunization schedules only after thorough review and a vote by the ACIP. This announcement came to the entire ACIP totally without warning. COVID-19 vaccines were not up for a vote at the prior ACIP meeting on April 15-16, 2025, and no data was presented at the April 15-16 meeting suggesting that COVID-19 vaccines should not be recommended for pregnant persons or children. In fact, there was discussion at the April 15-16, 2025 meeting that pregnancy was a risk factor for severe illness from COVID-19.

11. On June 9, 2025, at around 4 p.m., the Wall Street Journal published an opinion commentary ("June 9 Op-Ed") authored by Secretary Kennedy entitled "HHS Moves to Restore Public Trust in Vaccines."[1] The article read:

> Today, we are taking a bold step in restoring public trust by totally reconstituting the Advisory Committee for Immunization Practices (ACIP). We are retiring the 17 current members of the committee, some of whom were last-minute appointees of the Biden administration. Without removing the current members, the current Trump administration would not have been able to appoint a majority of new members until 2028.

---

[1] A true and correct copy of the June 9 Op-Ed is attached hereto as **Exhibit A.**

3

12. Later that day, on June 9, 2025, at 6:06 p.m., I received formal communication of my removal from CDC.[2] The email read:

> Per the June 9, 2025, directive from the Secretary of the U.S. Department of Health and Human Services, this email serves as formal notice of your immediate termination as a member of the Advisory Committee on Immunization Practices (ACIP).
>
> We appreciate your prior service and commitment.

13. After receiving this email, I later learned that all seventeen (17) voting members of ACIP were informed of their terminations in this manner.

14. I have not been told any other reason for termination of the entire ACIP other than the statements included in the June 9 Op-Ed.

15. Secretary Kennedy stated in the June 9 Op-Ed that the necessity for reconstituting ACIP arose from a need to "avoid conflicts of interest." Secretary Kennedy also asserted that the ACIP "has been plagued with persistent conflicts and has become little more than a rubber stamp for any vaccine." The June 9 Op-Ed cited conflicts of interests from an investigation into the Vaccines and Related Biological Products Advisory Committee in 2000; potential conflict of interests with the Rotashield vaccine in 1997; and an HHS inspector general report from 2009.

16. I was not on the Committee in 1997, 2000, or 2009. To the best of my knowledge, no one of the 17 terminated ACIP members were on the ACIP in 1997, 2000, or 2009.

17. ACIP members are required to disclose any conflicts of interest. Generally, this means that the member must disclose if they have any financial interactions or ongoing contact with a pharma company. Conflict is generally defined as participating in a study, on the public safety data review committee, or being on the speaking committee for a pharma company.

---

[2] A true and correct copy of the June 9, 2025 email is attached hereto as **Exhibit B.**

4

18. As part of the application process, I disclosed that my wife owned stock in Johnson & Johnson ("J&J"). She was required to divest from these stocks before I was allowed to participate in ACIP meetings. As a result, I missed the August 2021 ACIP meetings and did not attend my first meeting until September 22, 2021.

19. ACIP members err on the side of being overly transparent when disclosing conflicts of interest. Members will recuse themselves from votes if they previously worked at a company whose vaccine is up for a vote or if they worked on that vaccine previously. I did not need to disclose my wife's prior ownership of J&J stock because she divested her ownership of J&J stock before I began service on the ACIP as a voting member. I have found my fellow voting members of the ACIP to be of the highest integrity and character. I have never witnessed or believed that any of my fellow ACIP voting members acted or voted unethically or without the best interests of the public health of Americans in mind. We have performed our duties on the ACIP with diligence, with integrity, and ethically. The accusations in the Secretary's Op-Ed against me and my fellow ACIP members are simply untrue.

20. Two days after my termination from the ACIP, on June 11, 2025, Secretary Kennedy appointed eight (8) new voting members to the ACIP. Given that there were only two days between my termination and the announcement of the new members, I find it very hard to believe that these new ACIP members went through the rigorous, lengthy application process that I went through, and I know that other ACIP members went through to become voting members of the ACIP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2025 in Ithaca, NY.

*Jamie Loehr, MD, FAAFP*
_____
Jamie Loehr, MD, FAAFP

6

# EXHIBIT A

From: **FACM Policy and Oversight Team (CDC)** <facmpo@cdc.gov>
Date: Mon, Jun 9, 2025 at 6:06 PM
Subject: Advisory Committee on Immunization Practices Notice
To: JamieACIP@Gmail.com <JamieACIP@gmail.com>, jamie@cayugafamilymedicine.com <jamie@cayugafamilymedicine.com>


To:  Jamie Loehr


Per the June 9, 2025 directive from the Secretary of the U.S. Department of Health and Human Services, this email serves as formal notice of your immediate termination as a member of the Advisory Committee on Immunization Practices (ACIP).


We appreciate your prior service and commitment.

1

# EXHIBIT B

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/opinion/rfk-jr-hhs-moves-to-restore-public-trust-in-vaccines-45495112

OPINION | COMMENTARY | Follow

# RFK Jr.: HHS Moves to Restore Public Trust in Vaccines

We're reconstituting an advisory committee to avoid conflicts of interest.

By Robert F. Kennedy Jr.

June 9, 2025 4:00 pm ET



A nurse holds a Pfizer-BioNTech Covid-19 vaccine in Miami, May 29. PHOTO: JOE RAEDLE/GETTY IMAGES

Vaccines have become a divisive issue in American politics, but there is one thing all parties can agree on: The U.S. faces a crisis of public trust. Whether toward health agencies, pharmaceutical companies or vaccines themselves, public confidence is waning.

Some would try to explain this away by blaming misinformation or antiscience attitudes. To do so, however, ignores a history of conflicts of interest, persecution of dissidents, a lack of curiosity, and skewed science that has plagued the vaccine regulatory apparatus for decades.

That is why, under my direction, the U.S. Department of Health and Human Services is putting the restoration of public trust above any pro- or antivaccine agenda. The public must know that unbiased science guides the recommendations from our health agencies. This will ensure the American people receive the safest vaccines possible.

Today, we are taking a bold step in restoring public trust by totally reconstituting the Advisory Committee for Immunization Practices (ACIP). We are retiring the 17 current members of the committee, some of whom were last-minute appointees of the Biden administration. Without removing the current members, the current Trump administration would not have been able to appoint a majority of new members until 2028.

ACIP evaluates the safety, efficacy and clinical need of the nation's vaccines and passes its findings on to the Centers for Disease Control and Prevention. The committee has been plagued with persistent conflicts of interest and has become little more than a rubber stamp for any vaccine. It has never recommended against a vaccine—even those later withdrawn for safety reasons. It has failed to scrutinize vaccine products given to babies and pregnant women. To make matters worse, the groups that inform ACIP meet behind closed doors, violating the legal and ethical principle of transparency crucial to maintaining public trust.

In 2000 the House issued the results of [an investigation](#) of ACIP and another vaccine advisory committee under the U.S. Food and Drug Administration—the Vaccines and Related Biological Products Advisory Committee. It found that enforcement of its conflict-of-interest rules was weak to nonexistent. Committee members regularly participated in deliberations and advocated products in which they had a financial stake. The CDC issued conflict-of-interest waivers to every committee member. Four out of eight ACIP members who voted in 1997 on guidelines for the Rotashield vaccine, subsequently withdrawn because of severe adverse events, had [financial ties](#) to pharmaceutical companies developing other rotavirus vaccines. A 2009 HHS inspector-general [report](#) echoed these findings. Few committee members completed full conflict-of-interest forms—97% of them had omissions. The CDC took no significant action to remedy the omissions.

These conflicts of interest persist. Most of ACIP's members have received substantial funding from pharmaceutical companies, including those marketing vaccines. The problem isn't necessarily that ACIP members are corrupt. Most likely aim to serve the public interest as they understand it. The problem is their immersion in a system of industry-aligned incentives and paradigms that enforce a narrow pro-industry orthodoxy. The new members won't directly work for the vaccine industry. They will

Docusign Envelope ID: C7E16869-25EA-4188-BA0D-905075551D8B
6/9/25, 4:50 PM    RFK Jr.: HHS Moves to Restore Public Trust in Vaccines - WSJ
Case 1:25-cv-11916-WGY   Document 75-4   Filed 07/29/25   Page 13 of 14

exercise independent judgment, refuse to serve as a rubber stamp, and foster a culture of critical inquiry—unafraid to ask hard questions.

A clean sweep is needed to re-establish public confidence in vaccine science. In the 1960s, the world sought guidance from America's health regulators, who had a reputation for integrity, scientific impartiality and zealous defense of patient welfare. Public trust has since collapsed, but we will earn it back.

*Mr. Kennedy is secretary of health and human services.*

## Further Reading

HHS to Stop Recommending Routine Covid Shots for Children, Pregnant Women

How RFK Jr. Is Boosting 'Food Babe' and Other MAHA Acolytes

Trump's FDA Sends a Bullish Signal to Biotech

**OPINION**  RFK Jr. Is Already Vindicating His Critics

## Videos

Docusign Envelope ID: C7E16869-25EA-4188-BA0D-905075551D8B
6/9/25, 4:36 PM    Case 1:25-cv-11916-WGY    RFK Jr. Document 75-4    Filed 07/29/25    Page 14 of 14
RFK Jr.: HHS Moves to Restore Public Trust in Vaccines - WSJ