IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF
PEDIATRICS, ET AL

    Plaintiffs

Versus                                                           Case no. 1:25-cv-11916-WGY

ROBERT F. KENNEDY, JR, et al

    Defendants

_____/

## PUTATIVE INTERVENOR'S RULE 59(e) MOTION TO VACATE THE JULY 31st, 2025 ORDER DENYING THE MOTION TO INTERVENE

Jose A. Perez, appears in propia persona and respectfully moves the Court to vacate the July 31st, 2025 Order in which the Court dismissed, sua sponte, Mr. Perez' Motion to Intervene. As grounds in support thereof he shows:

### THE SUA SPONTE DISMISSAL DENIED MR. PEREZ' RIGHT TO, INTER ALIA, ACCESS THE COURTS

On July 21st, 2025 Mr. Perez filed a Motion to Intervene in the above styled case[1]. On July 30th, 2025, the Plaintiffs filed a Motion in Opposition thereof.[2] . On

---

[1] CM/ECF #57
[2] CM/ECF # 79

1

July 31st, 2025 the District Court issued an Order **Sua Sponte** dismissing Mr. Perez' Motion to Intervene without an explanation[3]. On July 30th, 2025 Mr. Perez filed a Motion in opposition to the Plaintiffs' Motion[4]. Mr. Perez objects.

Mr. Perez has a fundamental right to access the courts guaranteed by the First Amendment and the Fifth Amendment Due Process Clause [5]. Consequently, the First Circuit has ruled that the District Court has no authority to dismiss a Complaint without giving the litigant an opportunity to be heard"[6].

Wherefore Mr. Perez respectfully requests that the referenced ruling be vacated and that he be given an opportunity to address any deficits [7] Mr. Perez incorporates herein the Motion Opposing the Plaintiffs' opposition[8].

Respectfully Submitted

_____
Jose A Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104
theaesculapius@gmail.com

---

[3] CM/ECF 80
[4] CM/ECF 79
[5] Messere v Fair, 752 F. Supp. 48) (D Mass-1990_ citing *Simmons v. Dickhaut,* 804 F. 2d 182, 183 (1st-1986)
[6] *Clorox Co. Puerto Rico v. Proctor & Gamble Commercial Co.,* 228 F.3d 24, 30 (1st Cir.2000) citing Wyatt v. City of Boston, 35 F.3d 13, 14-15 (1st Cir. 1994) and Perez v. Ortiz, 849 F.2d 793, 797 (2d Cir. 1988)
[7] Ibid.
[8] CM/ECF #79

## CERTIFICATE OF SERVICE

It is hereby certified that on this 12th day of August 2025 a true and correct copy of the foregoing document was served upon all counsel identified in the docket sheet via email.

_____
Jose A. Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104