IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-11916-WGY |

## ORDER GRANTING JOINT MOTION TO RESCHEDULE MOTION HEARING ON DEFENDANTS' MOTION TO DISMISS AND SET A BRIEFING SCHEDULE

Before the Court is the parties' Joint Motion to Reschedule Motion Hearing on Defendants' Motion to Dismiss and Set a Briefing Schedule. Having considered the Joint Motion, and for good cause shown, it is hereby ORDERED that the Joint Motion is GRANTED.

The Court sets the following deadlines and page limits for briefing on Defendants' motion to dismiss:

| | |
|---|---|
| August 20, 2025 | Defendants' Motion to Dismiss (20 pages) |
| September 3, 2025 | Plaintiffs' Opposition (20 pages) |
| September 9, 2025 | Defendants' Reply (10 pages) |

The Court sets a motion hearing on Defendants' Motion to Dismiss for September 11, 2025 at 2:00pm.

SO ORDERED.

Dated: August 14, 2025

/s/ William G. Young
HON. WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE