# Exhibit A

## SECRETARIAL DIRECTIVE ON PEDIATRIC COVID-19 VACCINES FOR CHILDREN LESS THAN 18 YEARS OF AGE AND PREGNANT WOMEN

May 27, 2025

The Department of Health and Human Services (HHS) continually considers and evaluates available science and evidence related to the safety and effectiveness of all currently available Food and Drug Administration (FDA) approved or authorized vaccines, and any risks of severe disease, hospitalization, and death to certain populations.

By Secretarial Directive on June 18, 2022, HHS ratified the Centers of Disease Control and Prevention (CDC) recommendations concerning use of Pfizer- BioNTech and the Moderna COVID-19 vaccines in the U.S. population for children ages six months through five years, consistent with the parameters of the Emergency Use Authorizations (EUAs) issued by FDA, for the Pfizer- BioNTech and the Moderna COVID-19 vaccines.[1]

By Secretarial Directive on June 24, 2022, HHS ratified the Centers of Disease Control and Prevention (CDC) recommendations concerning use of COVID-19 vaccines in the U.S. population for children ages six through 17 years, consistent with the parameters of EUAs issued by FDA.

The CDC also currently recommends the COVID-19 vaccine during pregnancy.[2]

Based on a review of the recommendation of the FDA and National Institutes of Health (NIH), I have determined that the known risks associated with use of COVID-19 vaccines in healthy U.S. children ages six months to 17 years do not outweigh the purported benefits of the vaccine. Accordingly, the HHS Secretarial Directives ratifying CDC recommendations for use of COVID-19 vaccines for children ages six months to 17 years and are rescinded.

Based on a review of the recommendation of the FDA, I have similarly determined that the lack of high-quality data demonstrating safety of the mRNA vaccines during pregnancy combined with the uncertainty of the benefits of vaccination pose potential risks to the mother and developing baby. Therefore, the CDC recommendation that pregnant women receive the COVID-19 vaccine is rescinded.

Accordingly, the CDC is directed to remove COVID-19 vaccines from the recommended Child and Adolescent Immunization Schedule by Age and recommended vaccines during pregnancy, as noted above.

*Robert F. Kennedy, Jr.*
Robert F. Kennedy, Jr.
Secretary

---

[1] The Pfizer and Moderna vaccines are currently approved by the FDA for children 12 years of age and older.
[2] https://www.cdc.gov/vaccines-pregnancy/recommended-vaccines/index.html.