# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF PEDIATRICS,
AMERICAN COLLEGE OF PHYSICIANS,
INC., AMERICAN PUBLIC HEALTH
ASSOCIATION, INFECTIOUS DISEASES
SOCIETY OF AMERICA,
MASSACHUSETTS PUBLIC HEALTH
ASSOCIATION D/B/A MASSACHUSETTS
PUBLIC HEALTH ALLIANCE, SOCIETY
FOR MATERNAL-FETAL MEDICINE,
THE MASSACHUSETTS CHAPTER OF
THE AMERICAN ACADEMY OF
PEDIATRICS, JANE DOE 1, JANE DOE 2,
and JANE DOE 3,

       *Plaintiffs,*

    vs.

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the Department of
Health and Human Services; UNITED
STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; MARTY
MAKARY, in his official capacity as
Commissioner of the Food and Drug
Administration; FOOD AND DRUG
ADMINISTRATION; JAY
BHATTACHARYA, in his official capacity
as Director of the National Institutes of
Health; NATIONAL INSTITUTES OF
HEALTH; JIM O'NEILL, in his official
capacity as Acting Director of Centers for
Disease Control and Prevention; CENTERS
FOR DISEASE CONTROL AND
PREVENTION; and DOES 1–50, inclusive,

       *Defendants.*

Case No. 1:25-cv-11916-WGY

**JOINT MOTION TO MODIFY
SCHEDULE**

District Judge:  Hon. William G. Young
Magistrate Judge: Hon. M. Page Kelley

1.      On September 3, 2025, this Court entered an order allowing Plaintiffs to file a Second Amended Complaint and granting the parties' Joint Motion to Modify Case Schedule. (ECF 96).  In ECF 97, the Court reset deadlines as follows:

- Motion to Dismiss due by September 3, 2025

- Opposition due by September 17, 2025

- Reply due by September 23, 2025

- Administrative Record to be produced by October 10, 2025

2.      The Court reset the Motion to Dismiss hearing for October 1, 2025. (ECF 98)

3.      Defendants filed a Motion to Dismiss on September 3, 2025. (ECF 102-104).

4.      On Monday, September 8, 2025, Defendants asked Plaintiffs if they would agree to ask the Court to reschedule the Motion Hearing on Defendants' Motion to Dismiss to accommodate the Jewish holiday Yom Kippur.  Plaintiffs responded that they would accommodate Defendants' request. At the same time, Plaintiffs also suggested that the parties ask the Court to schedule a Case Management Conference because the Court did not set a date for the bench trial in its September 3 Orders and because Plaintiffs wanted to notify the Court that Plaintiffs intend to file a motion for extra-record discovery to take the depositions of two officials who recently left the Centers for Disease Control and Prevention whom Plaintiffs believe have personal knowledge that directly relates to the final agency action that Plaintiffs are challenging in this case. Plaintiffs also asked Defendants if they would agree to an additional week (to September 24) for Plaintiffs to file their opposition to Defendants' Motion to Dismiss. Defendants agreed to the one-week extension provided that Defendants' reply deadline was extended as well, to October 3. Defendants also proposed that the deadline for production of the Administrative Record be reset so that the Court has time to decide Defendants' Motion to Dismiss before the Administrative Record is due.

5.    Accordingly, the parties respectfully request that the Court set the following deadlines:

| September 24, 2025 | Plaintiffs' opposition to Defendants' motion to dismiss |
| October 3, 2025 | Defendants' reply in support of their motion to dismiss |
| October 8, 2025, or the morning of October 9, 2025 (if the Court is available) | Motion hearing on Defendants' motion to dismiss |

There is good cause for this requested modification of the schedule because it allows the parties adequate time to brief Defendants' motion to dismiss.

6.    Defendants request that the Court reset the Administrative Record deadline, currently October 10, 2025, to a later date that would give the Court time to decide Defendants' Motion to Dismiss before the Administrative Record is due.

7.    Plaintiffs request that the Court schedule a Case Management Conference as soon as practicable to discuss the foregoing, and if possible, that the CMC be conducted by videoconference or by phone. Defendants do not object to this request.  The parties are available Friday, September 12, 2025, after 11:30 a.m. EDT and all day on Monday, September 15, 2025.

Dated: September 11, 2025                    Respectfully submitted,


By: */s/ Isaac C. Belfer*                          By: */s/ James Oh*
Isaac C. Belfer (D.C. Bar No. 1014909)       James J. Oh (*pro hac vice*)
Trial Attorney                               Kathleen Barrett (*pro hac vice*)
Consumer Protection Branch                   Carolyn O. Boucek (*pro hac vice*)
Civil Division                               Lydia Pincsak (*pro hac vice*)
U.S. Department of Justice                   EPSTEIN BECKER & GREEN, P.C.
P.O. Box 386                                 227 W. Monroe Street, Suite 4500
Washington, DC 20044-0386                    Chicago, IL 60606
(202) 305-7134                               Tel:    312.499.1400
(202) 514-8742 (fax)                         Fax:    312.845.1998
Isaac.C.Belfer@usdoj.gov                     Email: joh@ebglaw.com
                                                     kbarrett@ebglaw.com
*Attorney for Defendants*                            cboucek@ebglaw.com

lpincsak@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com

Richard H. Hughes IV (*pro hac vice*)
Stuart M. Gerson (*pro hac vice*)
Robert Wanerman (*pro hac vice*)
William Walters (*pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
         sgerson@ebglaw.com
         rwanerman@ebglaw.com
         wwalters@ebglaw.com

Jeremy A. Avila (*pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:    415.398.3500
Fax:    415.398.0955
Email: javila@ebglaw.com

Marguerite Stringer (*pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
Tel:    901.712.3200
Fax:    615.691.7715
Email: mstringer@ebglaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served through the ECF system upon the

following parties on this 11th day of September 2025:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Marty Makary, in his official capacity as Commissioner of the Food and Drug Administration |
| Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health | Jim O'Neill, in his official capacity as Acting Director Centers for Disease Control and Prevention |

c/o Leah Belaire Foley, US Attorney
Michael L. Fitzgerald
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
michael.fitzgerald2@usdoj.gov

c/o Isaac Belfer
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
Isaac.C.Belfer@usdoj.gov

I hereby certify that this document was filed through the ECF system and served upon the

following parties by submission to CM/ECF and email on this 11th day of September 2025:

Jose Perez
theaesculapius@gmail.com

*/s/ James J. Oh*
James J. Oh (IL Bar No. 6196413)