IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF
PEDIATRICS, ET AL

    Plaintiffs

Versus                                                    Case no. 1:25-cv-11916-WGY

ROBERT F. KENNEDY, JR, et al

    Defendants

_____/

## NOTICE OF APPEAL

Notice is hereby given that Jose A Perez, the Intervenor, in the abovenamed matter, hereby appeals to the United States Court of Appeals For the First Circuit the following Orders: **(1)** the Order denying Mr. Perez' Intervention entered in this action on July 31st 2025 and **(2)** the Order denying Mr. Perez' Motion to Vacate the July 31st, 2025 Judgment entered on September 11th, 2025.

Respectfully Submitted

_____
Jose A Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104
theaesculapius@gmail.com

1

## CERTIFICATE OF SERVICE

It is hereby certified that on this 12th day of August 2025 a true and correct copy of the foregoing document was served upon all counsel identified in the docket sheet via email.

_____
Jose A. Perez
307 Lakeside Drive
North Augusta, SC 29841
917-817-6104
theaesculapius@gmail.com