# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| American Academy of Pediatrics, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>       Defendants. | Civil Action No. 1:25-cv-11916-WGY |

**UNOPPOSED MOTION FOR LEAVE OF AMICI CURIAE AMERICAN COLLEGE OF OBSTETRICIANS & GYNECOLOGISTS; AMERICAN ACADEMY OF FAMILY PHYSICIANS; AMERICAN ACADEMY OF NURSING; AMERICAN COLLEGE OF CHEST PHYSICIANS; AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS; AMERICAN COLLEGE OF NURSE-MIDWIVES; AMERICAN GYNECOLOGICAL AND OBSTETRICAL SOCIETY; AMERICAN MEDICAL ASSOCIATION; AMERICAN MEDICAL WOMEN'S ASSOCIATION; AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; COUNCIL OF CHAIRS OF OBSTETRICS AND GYNECOLOGY; MASSACHUSETTS MEDICAL SOCIETY; NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN WOMEN'S HEALTH; NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS; NORTH AMERICAN SOCIETY FOR PEDIATRIC AND ADOLESCENT GYNECOLOGY; SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE; SOCIETY OF GENERAL INTERNAL MEDICINE; SOCIETY OF GYNECOLOGIC ONCOLOGY; SOCIETY OF GYNECOLOGIC SURGEONS; AND SOCIETY OF OB/GYN HOSPITALISTS TO FILE A BRIEF IN SUPPORT OF PLAINTIFFS**

Molly A. Meegan (*pro hac vice* pending)
Francisco M. Negrón, Jr. (*pro hac vice* pending)
Meaghan H. Davant (*pro hac vice* pending)
AMERICAN COLLEGE OF OBSTETRICIANS
 & GYNECOLOGISTS
409 12th Street S.W.
Washington, D.C. 20024
(202) 638-5577
MMeegan@acog.org
FNegron@acog.org
MDavant@acog.org

Kimberly A. Parker (*pro hac vice* pending)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
kimberly.parker@wilmerhale.com

Thanithia Billings (BBO# 699018)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
thanithia.billings@wilmerhale.com

Mark L. Hanin (*pro hac vice* pending)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800
mark.hanin@wilmerhale.com

*Counsel for Amici Curiae*

Amici American College of Obstetricians & Gynecologists ("ACOG") and nineteen other national and state medical organizations[1] respectfully move for leave to file a brief as Amici Curiae in support of Plaintiffs. The proposed brief is attached as Exhibit A. Plaintiffs have consented to Amici's motion. Defendants do not oppose this motion.

While "no procedural rule provides for filing of amicus briefs in federal district court," this Court has recognized its "inherent authority and discretion" to allow amicus participation. *Bos. Gas Co. v. Century Indem. Co.*, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006); *see also Students for Fair Admissions v. President & Fellows of Harvard Coll.*, 2018 WL 9963511, at *1 (D. Mass. Oct. 3, 2018) ("The Federal Rules of Civil Procedure do not contain provisions concerning amici appearances, but a district court has 'inherent authority' to appoint *amici* to assist it in a proceeding."). "[T]he role of an amicus is to assist the court 'in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'" *Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008) (quoting *Newark Branch, NAACP v. Harrison*, 940 F.2d 792, 808 (3d Cir. 1991)), *aff'd*, 555 F.3d 21 (1st Cir. 2009). Amicus participation is particularly appropriate when the moving party "has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *WildEarth Guardians v. Haaland*, 561 F. Supp. 3d 890, 905-06 (C.D. Cal. 2021) (quotation marks omitted); *accord Ryan v. CFTC*, 125 F.3d 1062, 1064 (7th Cir. 1997).

Applying these principles, this Court has frequently permitted amici to participate in its proceedings. *See, e.g., Students for Fair Admissions*, 2018 WL 9963511, at *2 (granting participation by amicus groups and noting "valuable perspectives that will otherwise be absent

---

[1] A more comprehensive description of the Amici is provided in the Appendix of the brief.

from the trial record"); *Steinmetz v. Coyle & Caron, Inc.*, 2016 WL 4074135, at *2 n.1 (D. Mass. July 29, 2016) (noting that the Court, "[i]n reaching its decision," had "reviewed and considered not only the briefing filed by the parties, but also the amicus brief" submitted in the case); *Celentano v. Comm'r of Mass. Div. of Ins.*, 2010 WL 559121, at *2 (D. Mass. Feb. 2, 2010) (inviting amicus participation on the question of ERISA preemption); *Bos. Gas Co.*, 2006 WL 1738312, at *1 n.1 (granting motion for leave to file an amicus brief over opposition).

"It is in the public interest for experts to weigh in on issues relevant to their expertise," including through "participation as amicus curiae from the scientific community." *Greater Hells Canyon Council v. Wilkes*, 2023 WL 6443562, at *6 (D. Or. Apr. 20, 2023). The proposed amicus brief provides a "unique perspective" for the Court's consideration, *id.* (quotation marks omitted), informed by Amici's extensive clinician membership and its members' medical experience. Amici include several national and international organizations comprising hundreds of thousands of doctors, nurse practitioners, nurses, academics, and other medical specialists. Amici organizations include experts in a wide variety of medical specialties that are directly relevant to this case, including pediatrics and maternal care, as well as infectious disease and respiratory medicine.

Amici's participation is particularly relevant here because it can provide the medical and scientific community's insights into how the Defendants' Secretarial Directive of May 19, 2025 (the "Directive") harms pregnant patients, infants, children, and medical clinicians. Amici's brief demonstrates that Covid disproportionately impacts newborn infants and pregnant individuals by increasing the likelihood of prepartum and postpartum complications and significantly elevating the risk of maternal and infant morbidity and mortality. The brief further shows that vaccination remains crucial for children to protect against the risk of severe illness and general disease transmission. The Covid vaccines are safe for pregnant patients and children and effective at

2

reducing these risks. By discouraging effective vaccination, the Directive increases the already-present dangers of pregnancy and childbirth, places children and the public at increased risk, and unnecessarily complicates the work of Amici's clinician members. By drawing on their members' experiences and research to explain and document these harms, Amici's "unique information" and "perspective" "can help the court" understand how the Directive harms patients and medical professionals. *Ryan*, 125 F.3d at 1063; *accord WildEarth Guardians*, 561 F. Supp. 3d at 905-06. Even though Plaintiffs are well-represented in this case, Amici are uniquely positioned to explain how this Court's holding would impact pregnant individuals, newborn infants, children, and the clinicians who care for them. *See Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.) ("Even when a party is very well represented, an amicus may provide important assistance to the court[,]" including by "explain[ing] the impact a potential holding might have on an industry or other group" (quotation marks omitted)).

The proposed amicus brief is being filed well before the Court is scheduled to hold its trial on the merits. *See* ECF Nos. 83, 119, 121. Thus, the amicus brief will not delay resolution of this case. *See Andersen v. Leavitt*, 2007 WL 2343672, at *2 (E.D.N.Y. Aug. 13, 2007) (considering timeliness as one factor relevant to amicus participation).

Although the Local Rules do not provide instructions regarding the length of an acceptable amicus curiae brief, Amici have used Local Rule 7.1(b)(4) as a guide. The proposed amicus brief does not exceed twenty pages in length.

*       *       *

For the foregoing reasons, Amici respectfully request that the Court grant leave to file a brief as Amici Curiae and accept the proposed brief for filing.

| | |
|---|---|
| Dated: October 9, 2025 | Respectfully submitted, |
| | /s/ *Thanithia Billings* |
| Molly A. Meegan (*pro hac vice* pending) | Thanithia Billings (BBO# 699018) |
| Francisco M. Negrón, Jr. (*pro hac vice* pending) | WILMER CUTLER PICKERING |
| Meaghan H. Davant (*pro hac vice* pending) |    HALE AND DORR LLP |
| AMERICAN COLLEGE OF OBSTETRICIANS | 60 State Street |
|    & GYNECOLOGISTS | Boston, MA 02109 |
| 409 12th Street, S.W. | (617) 526-6000 |
| Washington, D.C. 20024 | thanithia.billings@wilmerhale.com |
| (202) 638-5577 | |
| MMeegan@acog.org | Kimberly A. Parker (*pro hac vice* pending) |
| FNegron@acog.org | WILMER CUTLER PICKERING |
| MDavant@acog.org |    HALE AND DORR LLP |
| | 2100 Pennsylvania Ave N.W. |
| | Washington, DC 20037 |
| | (202) 663-6000 |
| | kimberly.parker@wilmerhale.com |
| | |
| | Mark L. Hanin (*pro hac vice* pending) |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | (212) 230-8800 |
| | mark.hanin@wilmerhale.com |
| | |
| | *Counsel for Amici Curiae* |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for Amici Curiae conferred with counsel for Plaintiffs and Defendants on August 4, 2025, and September 30, 2025, respectively, regarding this motion. Plaintiffs consent to the filing of this motion. Defendants do not oppose this motion.

/s/ *Thanithia Billings*
Thanithia Billings (BBO# 699018)


## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.4(c), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on October 9, 2025.

/s/ *Thanithia Billings*
Thanithia Billings (BBO# 699018)