IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| American Academy of Pediatrics, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-11916-WGY |

**CORPORATE DISCLOSURE STATEMENT OF AMICI CURIAE**

Pursuant to Federal Rule of Civil Procedure 7.1, Amici Curiae American College of Obstetricians & Gynecologists, American Academy of Family Physicians, American Academy of Nursing, American College of Chest Physicians, American College of Medical Genetics and Genomics, American College of Nurse-Midwives, American Gynecological and Obstetrical Society, American Medical Association, American Medical Women's Association, American Society for Reproductive Medicine, Council of Chairs of Obstetrics and Gynecology, Massachusetts Medical Society, National Association of Nurse Practitioners in Women's Health, National Association of Pediatric Nurse Practitioners, North American Society for Pediatric and Adolescent Gynecology, Society for Adolescent Health and Medicine, Society of General Internal Medicine, Society of Gynecologic Oncology, Society of Gynecologic Surgeons, and Society of OB/GYN Hospitalists hereby state as follows:

Each Amicus Curiae has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

1

Dated:  October 9, 2025                                         Respectfully submitted,

/s/ *Thanithia Billings*

Molly A. Meegan (*pro hac vice* pending)  
Francisco M. Negrón, Jr. (*pro hac vice* pending)  
Meaghan H. Davant (*pro hac vice* pending)  
AMERICAN COLLEGE OF OBSTETRICIANS  
   & GYNECOLOGISTS  
409 12th Street, S.W.  
Washington, D.C.  20024  
(202) 638-5577  
MMeegan@acog.org  
FNegron@acog.org  
MDavant@acog.org  

Thanithia Billings (BBO# 699018)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
60 State Street  
Boston, MA  02109  
(617) 526-6000  
thanithia.billings@wilmerhale.com  

Kimberly A. Parker (*pro hac vice* pending)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
2100 Pennsylvania Ave N.W.  
Washington, DC  20037  
(202) 663-6000  
kimberly.parker@wilmerhale.com  

Mark L. Hanin (*pro hac vice* pending)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY  10007  
(212) 230-8800  
mark.hanin@wilmerhale.com  

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.4(c), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on October 9, 2025.

*/s/ Thanithia Billings*
Thanithia Billings (BBO# 699018)