# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-11916-WGY<br>The Honorable William G. Young<br>Magistrate Judge: Hon M. Page Kelley |

### [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion to Lift Stay and to Continue this Case on Schedule During the Federal Government Shutdown (the "Motion"). Having reviewed the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The stay entered on October 2, 2025 is lifted, and this case shall actively continue on the Court's schedule during the shutdown.

IT IS FURTHER ORDERED that:

(a) Defendants shall file their reply brief in support of their Motion to Dismiss by _____;

(b) An in-court hearing on Defendants' Motion to Dismiss is scheduled for \_\_\_ am/pm on _____.

SO ORDERED.

Dated: _____     _____
HON. WILLIAM G. YOUNG
U.S. DISTRICT JUDGE