# EXHIBIT B

**LOCAL RULE 7.1 CERTIFICATE REGARDING PLAINTIFFS' EXPEDITED MOTION TO LIFT STAY AND CONTINUE THIS CASE ON SCHEDULE DURING THE FEDERAL GOVERNMENT SHUTDOWN**

Per Local Rule 7.1, counsel for Plaintiffs states that he conferred with counsel for Defendants by telephone on October 20, 2025. In that conversation, counsel for Defendants stated that Defendants oppose Plaintiffs' Motion to Lift the Stay and Continue this Case on Schedule During the Federal Government Shutdown. The undersigned's email communications with counsel for Defendants regarding this motion are attached hereto.

/s/ James Oh
James J. Oh

| | |
|---|---|
| **From:** | James J. Oh |
| **Sent:** | Monday, October 20, 2025 10:20 AM |
| **To:** | Belfer, Isaac C.; Harlow, James W.; Fitzgerald, Michael (USAMA); Kelleher, Diane (CIV) |
| **Cc:** | Richard H. Hughes IV; Kathleen Barrett; Robert Wanerman |
| **Subject:** | RE: American Academy of Pediatrics, et al., v. Robert F. Kennedy, Jr., et al. |

Isaac,

This will confirm the telephone conversation that you and I had just now about the motion that Plaintiffs intend to file today as described below. The motion is currently styled as a Motion to Continue This Case on Schedule During the Federal Government Shutdown, although you made a good point in our conversation that Plaintiffs essentially are also asking the Court to lift the stay entered on October 2 (ECF # 122). After you put me on hold while you conferred with someone in your office, you indicated to me that the Defendants would oppose the motion. You also indicated that you continue to have access to your email so that you will receive ECF notice of our filing and any order that the Court enters on Plaintiffs' motion.

As I stated in our call, I apologize to you (and anyone else in your office) for requesting that the Court activate this case, which may lead to you and others performing work without pay during the shutdown. Plaintiffs believe, however, that this case falls into the category of "excepted activities" because, at its core, this case is about the safety of human life. For the sake of the public's health, Plaintiffs urgently feel the need to continue to drive this case to a conclusion, whatever that outcome might be.

Jimmy

## James J. Oh

Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470
joh@ebglaw.com

---

**From:** James J. Oh
**Sent:** Sunday, October 19, 2025 12:31 PM
**To:** Belfer, Isaac C. <isaac.c.belfer@usdoj.gov>; Harlow, James W. <james.w.harlow@usdoj.gov>; Fitzgerald, Michael (USAMA) <michael.fitzgerald2@usdoj.gov>; Kelleher, Diane (CIV) <diane.kelleher@usdoj.gov>

1

**Cc:** Richard H. Hughes IV <RHHughes@ebglaw.com>; Kathleen Barrett <KBarrett@ebglaw.com>; Robert Wanerman <rwanerman@ebglaw.com>
**Subject:** American Academy of Pediatrics, et al., v. Robert F. Kennedy, Jr., et al.

Dear Isaac, et al.,

As you know, on Friday, the Administrative Office of the United States Courts announced that the judicial branch as of tomorrow will no longer have funding to sustain full, paid operations. The announcement stated that court staff may perform "certain excepted activities," which include "activities necessary for the safety of human life." Plaintiffs believe that this case is an activity necessary for the safety of human life. Therefore, Plaintiffs intend to file a motion tomorrow with the Court to continue this case on schedule during the shutdown. I would appreciate hearing from DOJ by Noon, CT tomorrow (October 20) as to whether Defendants consent to or oppose the motion. If you would like to discuss, please let me know.

Thank you.

Jimmy

**James J. Oh**
Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470
joh@ebglaw.com