# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-11916-BEM |

### Notice of Intent to File an Opposition to Plaintiffs' Motion to Lift Stay and Continue This Case on Schedule During the Federal Government Shutdown

PLEASE TAKE NOTICE THAT Defendants, by and through undersigned counsel, hereby notify the Court of their intent to file an opposition to Plaintiffs' Motion to Lift Stay and Continue This Case on Schedule During the Federal Government Shutdown, ECF No. 127. Defendants will file their opposition by November 3, 2025, *see* Local Rule 7.1(b)(2), or by another deadline set by the Court.

October 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel
Civil Division

LISA K. HSIAO
Acting Director

JAMES W. HARLOW
Acting Assistant Director

/s/ Isaac C. Belfer
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorney
Enforcement & Affirmative Litigation Branch[1]
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
Telephone: (202) 305-7134
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

---

[1] Note that the name of the office handling this matter has changed from the "Consumer Protection Branch" to the "Enforcement & Affirmative Litigation Branch."

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

October 23, 2025                               /s/ Isaac C. Belfer
                                               Isaac C. Belfer