# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive,<br><br>*Defendants.* | Case No. 1:25-cv-11916<br><br>District Judge: Hon. Brian E. Murphy<br>Magistrate Judge: Hon. M. Page Kelley |

**PLAINTIFFS' NOTICE OF INTENT TO FILE A RESPONSE TO DEFENDANTS' STATUS REPORT REGARDING THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE THAT Plaintiffs, by and through undersigned counsel, hereby notify the Court of their intent to file response to Defendants' Status Report Regarding the Administrative Record, ECF No. 140. Plaintiffs will file their response by November 18, 2025, or by another deadline set by the Court.

Dated: November 13, 2025                              Respectfully submitted,

                                                         By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
Carolyn O. Boucek (admitted *pro hac vice*)
Lydia Pincsak (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email:  joh@ebglaw.com
        kbarrett@ebglaw.com
        cboucek@ebglaw.com
        lpincsak@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email:  emcevoy@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Stuart M. Gerson (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email:  rhhughes@ebglaw.com
        sgerson@ebglaw.com
        rwanerman@ebglaw.com
        wwalters@ebglaw.com

Jeremy A. Avila (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:    415.398.3500
Fax:    415.398.0955

2

Email: javila@ebglaw.com

Marguerite Stringer (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
6000 Poplar Avenue, Suite 250
Memphis, TN 38119
Tel:     901.712.3200
Fax:    615.691.7715
Email: mstringer@ebglaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served upon the following parties by via email on this 13th day of November 2025:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Jim O'Neill, in his official capacity as Acting Director of the Centers for Disease Control and Prevention |

c/o Issac Belfer
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
Issac.C.Belfer@usdoj.gov

/s/ James J. Oh
James J. Oh