IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive,<br><br>*Defendants.* | Case No. 1:25-cv-11916<br><br>District Judge: Hon. Brian E. Murphy<br>Magistrate Judge: Hon. M. Page Kelley |

### DECLARATION OF JAMES J. OH

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am lead trial counsel for Plaintiffs in the above-titled action.

2. Attached hereto as Exhibit 1 are excerpts from the transcript of the October 30, 2025 hearing in this matter.

3. Attached hereto as Exhibit 2 is the resignation letter of Demetre Daskalakis posted on X on August 27, 2025.

4. Attached hereto as Exhibit 3 is a letter dated November 7, 2025 that I emailed to agency counsel of record for the Defendants, Isaac C. Belfer.

5. Attached hereto as Exhibit 4 is email correspondence between me and Mr. Belfer on November 7, November 10, and November 12.

6. Attached hereto as Exhibit 5 is an article from Inside Health Policy dated October 24, 2025 titled "Former ACIP Members Criticize Abandonment of Scientific Process."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2025.

>                        /s/ James J. Oh
>                        James J. Oh