# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____
AMERICAN ACADEMY OF PEDIATRICS,
et al.,
                Plaintiffs,

                                            Civil Action
                                            No. 1:25-cv-11916-WGY
v.
                                            October 30, 2025
ROBERT F. KENNEDY, JR., in his              10:04 a.m.
official capacity as Secretary
of the Department of Health
and Human Services, et al.,
                Defendants.
_____




              TRANSCRIPT OF MOTION HEARING
         BEFORE THE HONORABLE BRIAN E. MURPHY
              UNITED STATES DISTRICT COURT
            JOHN J. MOAKLEY U.S. COURTHOUSE
                    1 COURTHOUSE WAY
                     BOSTON, MA  02210
```

JESSICA L. BISAILLON, RPR, CRI
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5205
Boston, MA  02210
jsteno99@gmail.com

1  Your Honor, in an order that they be compiling the record now
2  and that we get the administrative record within a very short
3  time period after the hearing, if necessary.
4          MR. BELFER:  So I think we are -- our proposal would
5  be that the Court set a schedule for further proceedings after
6  it decides the motion to dismiss, because, at that point, the
7  Court will know what, if anything, is left of the case.
8          So we propose when the Court resolves the motion to
9  dismiss, at that point the Court can set a schedule for -- for
10  any necessary further proceedings.  And then the parties can --
11  can repropose something at that point, too.
12          THE COURT:  And so I'm probably fine with doing that.
13          I would like -- if -- if the administrative record is
14  easily prepared, if it consists of, you know, 50 pages or
15  something, then I would like that to be put together and
16  provided to plaintiffs' counsel before -- before the
17  December 12th date or before the December 17th date so that
18  the -- the problem with December 17th, even if I -- my two
19  weeks is a little tighter since I have one of those weeks off.
20  And so you probably won't get a decision from me until the
21  first week of -- first or second week of January.  If you're
22  then looking at the administrative record for the first time,
23  we've now added probably two months to the whole undertaking.
24          So if it's possible for you to assemble the
25  administrative record and provide it to plaintiffs' counsel by

1    December 1st, we might save ourselves a little bit of time
2    there.
3            However, I don't know how much work that is for you,
4    so this is what I would like to you to do.  I'm going to order
5    that you provide a status report to the Court by a week from
6    today saying how much work that is.  Right?  If you find that
7    this is a trivial amount of work, then please do it and make
8    the status report and say I'll do it by December 1st.
9            If you tell me that the administrative record is going
10   to be 200 hours of labor and 10,000 pages, I will probably say,
11   you know, maybe we should wait until the motion to dismiss is
12   decided.  Does that make sense?
13           MR. BELFER:  Yes, it does.
14           I think just one more point.  I think our view is that
15   the Court doesn't have the jurisdiction, and so there's no
16   basis to require us to produce the administrative record.
17           THE COURT:  Right.
18           MR. BELFER:  So that's --
19           THE COURT:  I understand.  I have not reviewed the
20   motion to dismiss in as much depth as I will when it gets filed
21   again.  I understand that.
22           If I grant the motion to dismiss, the whole case is
23   over, which is why I'm not going to tell you to spend hundreds
24   of hours of effort putting together an administrative record.
25   But if it is really several minutes and, you know, a few dozen

```
 1                 And have I made what I'm looking for in that status
 2     report clear?
 3                 MR. BELFER:  Sorry?
 4                 THE COURT:  Just to be clear, what I'm looking for in
 5     the status report is I want the administrative record produced
 6     in the meantime unless you tell me this is really a lot of
 7     work, in which case I won't require you to do it.
 8                 But if -- if the administrative record is relatively
 9     easily prepared, meaning a couple hours work, then I just want
10     it produced by December 1st.
11                 MR. BELFER:  So we'll describe how much work is
12     necessary to produce the administrative record.
13                 THE COURT:  Perfect.  Great.  Thank you very much.
14                 Is there anything else I can do from the government's
15     perspective?
16                 MR. BELFER:  No.  That's all.  Thank you.
17                 THE COURT:  Okay.  And from the plaintiffs'
18     perspective?
19                 MR. OH:  No, no.  Other than thank you, again,
20     Your Honor, for scheduling this hearing.
21                 THE COURT:  Of course.  Thank you both.  I appreciate
22     your time.
23                 THE CLERK:  All rise.
24                 (Adjourned at 12:12 p.m.)
25
```