# EXHIBIT 4

| | |
|---|---|
| **From:** | Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov> |
| **Sent:** | Wednesday, November 12, 2025 4:54 PM |
| **To:** | James J. Oh; Fitzgerald, Michael (USAMA) |
| **Cc:** | Kathleen Barrett; Richard H. Hughes IV; Robert Wanerman |
| **Subject:** | RE: AAP, et al. v. RFK, Jr.:  Letter re Administrative Record and Meet and Confer on Melinda Wharton |

**\*\*\* EXTERNAL EMAIL \*\*\***

Jimmy,

Thank you for reaching out. With respect to your November 7 letter, Defendants believe it would be premature to produce the administrative record before the Court has resolved Defendants' forthcoming motion to dismiss for lack of subject-matter jurisdiction. A decision granting Defendants' motion in full would obviate the need for an administrative record, and a decision granting Defendants' motion in part may narrow the scope of the record by determining which of Plaintiffs' claims are properly before the Court. Thus, we do not think it would be productive to meet and confer about the administrative record at this time.

We would also note that your letter contains several legal and factual errors. For example, the administrative record should not include information protected by the deliberative process privilege. *See Town of Norfolk v. U.S. Army Corps of Eng'rs*, 968 F.2d 1438, 1458 (1st Cir. 1992). There is also no basis for your assertion (on page 2) that Defendants should be ready to produce "the AR on the Directive" now. As we have discussed, any challenge to the Directive is now moot. Moreover, although the Court originally set the AR deadline for September 26, 2025, ECF No. 83, that deadline was extended to October 10, 2025, ECF No. 97, and later vacated, ECF No. 112 ("The Court will set a hearing date for the motion to dismiss" and "will, if necessary, set a date for the production of the administrative record at that time."). In light of the lapse in appropriations, Defendants have not been permitted to work on the AR since October 1, 2025.

With respect to your November 10 email, Defendants oppose Plaintiffs' request to depose former HHS official Melinda Wharton. In an APA case, "the focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court." *Camp v. Pitts,* 411 U.S. 138, 142 (1973); *see* 5 U.S.C. § 706; ECF No. 80 at 2 ("Because the claims at issue involve alleged violations of the Administrative Procedure Act, 5 U.S.C. §706(2)(A), (D), the parties agree that this case is subject to the record review rule."). Any attempt to obtain extra-record discovery before Defendants have produced the record, much less before the Court has ruled on Defendants' forthcoming motion to dismiss, is premature. Furthermore, should Plaintiffs contact Dr. Wharton, Defendants ask to be involved in the communication to ensure that information subject to the rights and privileges of the United States (e.g., attorney-client privilege, deliberative process privilege) remains protected. As a former official, Ms. Wharton is not authorized to waive these rights and privileges, which belong to the government itself.

Thanks,
Isaac

**From:** Belfer, Isaac C.
**Sent:** Monday, November 10, 2025 4:23 PM
**To:** 'James J. Oh' <JOh@ebglaw.com>; Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Cc:** Kathleen Barrett <KBarrett@ebglaw.com>; Richard H. Hughes IV <RHHughes@ebglaw.com>; Robert Wanerman

1

<RWanerman@ebglaw.com>
**Subject:** RE: AAP, et al. v. RFK, Jr.: Letter re Administrative Record and Meet and Confer on Melinda Wharton

Jimmy,

Thank you for your email and November 7 letter. Tomorrow is Veterans Day, but we will respond on Wednesday.

Thanks,
Isaac

---

**From:** James J. Oh <JOh@ebglaw.com>
**Sent:** Monday, November 10, 2025 12:57 PM
**To:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>; Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Cc:** Kathleen Barrett <KBarrett@ebglaw.com>; Richard H. Hughes IV <RHHughes@ebglaw.com>; Robert Wanerman <RWanerman@ebglaw.com>
**Subject:** [EXTERNAL] FW: AAP, et al. v. RFK, Jr.: Letter re Administrative Record and Meet and Confer on Melinda Wharton

Isaac,

Plaintiffs would like to speak to and depose Melinda Wharton. Based on the government's previous objection to Plaintiffs speaking to and deposing Drs. Monarez and Daskalakis, I assume that the government objects both to Plaintiffs speaking to and deposing Dr. Wharton absent court permission. Please confirm. Please also let me know if I may represent in a motion that Plaintiffs have satisfied their obligation to meet and confer on the deposition of Melinda Wharton.

Thank you.

Jimmy

### James J. Oh

Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470
joh@ebglaw.com

2



James J. Oh | Bio
t 312.499.1470 | f 312.827.9525
JOh@ebglaw.com

227 W. Monroe Street, Suite 4500 | Chicago, IL 60606
t 312.499.1400 | www.ebglaw.com

**From:** James J. Oh
**Sent:** Friday, November 7, 2025 12:56 PM
**To:** Belfer, Isaac C. <isaac.c.belfer@usdoj.gov>; Fitzgerald, Michael (USAMA) <michael.fitzgerald2@usdoj.gov>
**Cc:** Kathleen Barrett <KBarrett@ebglaw.com>; Richard H. Hughes IV <RHHughes@ebglaw.com>; Robert Wanerman <rwanerman@ebglaw.com>
**Subject:** AAP, et al. v. RFK, Jr.: Letter re Administrative Record

Isaac and Michael,

Please see the attached letter and please let me know if you can meet and confer on Monday or Tuesday of next week.

Thank you.

Jimmy

**James J. Oh**
Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470
joh@ebglaw.com

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.