# EXHIBIT 5



# Former ACIP Members Criticize Abandonment Of Scientific Process

**By Jessica Karins / October 24, 2025 at 5:20 PM**

Post    Share

Two former members of CDC's vaccine advisory panel say in a Wednesday (Oct. 22) article the committee has largely disregarded evidence processes they helped develop that were intended to "prevent exactly what happened at the first 2 meetings this year: presentation of anecdotes, selective quoting of single studies, and a lack of in-depth evaluation of some of the evidence presented."

The article by former ACIP members was published Wednesday (Oct. 22) in the *Journal of the American Medical Association* by Doug Campos-Outcalt of the University of Arizona College of Medicine and Jonathan Temte of the University of Wisconsin School of Medicine and Public Health. They call on the new ACIP members hand-tapped by HHS Secretary Robert F. Kennedy Jr. to explain why they are overhauling long-standing ACIP processes.

Robert Malone, one of the members of the Advisory Committee for Immunization Practices (ACIP) appointed by Kennedy earlier this year after its previous membership was dismissed, recently indicated at a conference hosted Patriots for Europe, a far-right bloc in the European Parliament, more major changes to vaccine policy are coming, including a full reexamination of the U.S. vaccine schedule. Malone is scheduled to speak next week at another conference in the Netherlands alongside far-right and anti-vaccine figures.

ACIP is starting up a new work group that will revisit the childhood and adolescent vaccination schedules and consider anti-vaccine talking points such as whether aluminum adjuvants are harmful and whether coadministration of vaccines increases risks of adverse events.

Retsef Levi, another new member of ACIP who is heading the panel's COVID-19 work group, appeared Oct. 16 on a podcast hosted by React 19, a group for patients who believe they were injured by COVID-19 vaccines. The podcast's host asked how Levi approaches ACIP meetings "already knowing the (CDC scientists') data you have is either incomplete or simply wrong."

Levi agreed data from CDC about COVID-19 vaccines and vaccine injuries is unreliable, saying members of the work group have "deep commitments" to addressing vaccine injuries, many of which he said are not captured by vaccine surveillance systems.

Asked about a recent National Academies report that found CDC vaccine surveillance worked well during the COVID-19 pandemic, Levi said he hadn't read the report but believes CDC is failing to identify people with vaccine injuries. He said the new members of ACIP are not just focused on making recommendations for or against vaccines -- the panel's statutory role -- but will aim to figure out how to diagnose and support vaccine injuries, including, he said, injuries that may occur long after vaccination.

**Levi also suggested government insurance programs should cover treatments some patients believe are helpful for vaccine injuries** but which have not received support from mainstream medicine, including intravenous immunoglobulin treatment.

**The former ACIP officials who authored the new journal article were instrumental in setting ACIP's previous standards that they say are now being discounted.** Between 2008 and 2010, they participated in an ACIP work group to bring the committee's standard of evidence in line with recommendations from the Institute of Medicine (now the National Academy of Medicine). ACIP officially adopted the proposed process, known as the GRADE process, in 2010.

"Since 2010, decisions about new vaccines have, with rare exceptions, been accompanied by a set of 5 tables, developed by multidisciplinary work groups, that include a clear description of the outcomes assessed (benefits and harms), the results of a comprehensive search of relevant databases, a list describing all of the data included in the review, an assessment of potential biases of each study, a meta-analysis of all included studies with quantification of observed benefits and harms, and an overall rating of the quality of the evidence," Campos-Outcalt and Temte wrote.

That information was provided to all ACIP members prior to each vote and posted on the ACIP website.

Beginning in 2019, ACIP adopted an Evidence to Recommendation (ETR) process that included information on the magnitude of the public health problem being addressed, costs and benefits, feasibility, views of community and professional stakeholders, and effects on equity in addition to efficacy and safety. Documents describing each consideration were produced and posted on ACIP's website.

"Every step and decision has been completely transparent to clinicians, researchers, and the public at large," the former members wrote, and training was provided to new ACIP members on the GRADE and ATR processes.

**Campos-Outcalt and Temte said the previous processes have been largely abandoned by the new ACIP members appointed by Kennedy.**

"Much attention has been focused on the new members and potential conflicts of interest. Much less attention has been focused on the processes used by the committee to make decisions," they wrote. "There have been 4 major decisions made in those 2 meetings. Two did not involve any work group deliberations. Two were not accompanied by a description of the methods used to gather and assess the information presented. No ETR documents were provided at the meetings or in advance for committee and public consideration, and only 2 decisions were based on a GRADE assessment of the quality of the evidence."

The former ACIP members said the new members do not appear to have received training on ACIP policies and processes and CDC staff have not consistently followed them, likely as a result of high turnover of staff at the agency.

"The evidence-based processes used by the ACIP were adopted to prevent exactly what happened at the first 2 meetings this year: presentation of anecdotes, selective quoting of single studies, and a lack of in-depth evaluation of some of the evidence presented," Temte and Campos-Outcault wrote. "If the newly constituted ACIP does not want to continue the evidence-based process used for the past 15 years, it should explain why and what it intends to replace the current process with. To be credible, this should be consistent and transparent and meet IOM standards. Lacking this, future ACIP recommendations will likely not be endorsed by professional medical organizations, leading to contradictory recommendations, public confusion, increased vaccine hesitancy, and, ultimately, increased rates of vaccine-preventable infections." -- *Jessica Karins* (jkarins@iwpnews.com)

151522

## RELATED NEWS

- **Some MAHA Supporters Say CNPV Could Lower FDA Standards**
- **ACIP Member Promises More CDC Changes, Reexamination Of Full U.S. Vaccine Schedule**
- **Study Finds No Elevated Risk Of Birth Defects With COVID Vaccines**
- **NASEM Report: CDC Vaccine Monitoring Worked Well During Pandemic**
- **ACOG, AMA Back Legal Challenge To COVID Vaccine Policy Changes**

© 2002-2025. Inside Washington Publishers | Contact Us