UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-11916-BEM |

**Defendants' Motion to Dismiss the Third Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim for Relief**

Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services; United States Department of Health and Human Services; Jim O'Neill, in his official capacity as Acting Director of the Centers for Disease Control and Prevention ("CDC"); and CDC move this Court under Federal Rules of Civil Procedure 12(b)(1) and (6) to dismiss this action for lack of subject-matter jurisdiction and failure to state a claim for relief. The grounds for this motion are fully set forth in an accompanying memorandum.

November 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel
Civil Division

Lisa K. Hsiao
Acting Director

James W. Harlow
Acting Assistant Director

<u>/s/ Isaac C. Belfer</u>
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20044-0386
Telephone: (202) 305-7134
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE

Per Local Rule 7.1, counsel for Defendants state that they conferred with counsel for Plaintiffs by email on November 19, 2025, and counsel for Plaintiffs stated that they oppose Defendants' Motion to Dismiss the Third Amended Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim for Relief.

*/s/ Isaac C. Belfer*
Isaac C. Belfer

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

November 19, 2025                                           <u>/s/ *Isaac C. Belfer*</u>
                                                            Isaac C. Belfer