UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>Defendants. | Case No. 1:25-cv-11916-BEM |

**Notice of Appearance of Counsel**

I, James W. Harlow, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

December 11, 2025

Respectfully submitted,

*/s/ James W. Harlow*
JAMES W. HARLOW
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 514-6786
James.W.Harlow@usdoj.gov

*Counsel for Defendants*