# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3, <br><br> *Plaintiffs,* <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive, <br><br> *Defendants.* | Case No. 1:25-cv-11916-BEM |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

This matter comes before the Court on the motion of Plaintiffs for a preliminary injunction. Having reviewed Plaintiffs' Fourth Amended Complaint, the memorandum of law, declarations, and other evidence in support of the motion, as well as any papers filed in opposition to this motion and the presentations by each party at the February 13, 2026 hearing, and in accordance with Fed. R. Civ. P. 65, and for good cause shown, the Court finds that Plaintiffs have satisfied the

1

requirements for the issuance of a preliminary injunction. Plaintiffs have established: a substantial likelihood of success on the merits of their claims, that Plaintiffs will be irreparably harmed absent a preliminary injunction, and that the public interest and balance of the equities strongly favor entry of a preliminary injunction.

It is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED and a PRELIMINARY INJUNCTION is entered in this case.

It is further ORDERED that:

1. Defendants are ENJOINED from implementing, enforcing, or giving effect to the following actions pending final judgment in this case or further order of this Court:

   a. The Secretarial Directive, announced in a video posted on X on May 27, 2025, instructing the Centers for Disease Control and Prevention ("CDC") to remove the recommendations from CDC immunization schedules that pregnant women and children receive the Covid vaccine;

   b. The June 26, 2025 Advisory Committee on Immunization Practices ("ACIP") vote to remove thimerosal from all influenza vaccines distributed in the United States, and the adoption by the Secretary of Health and Human Services (Robert F. Kennedy, Jr.) of that vote on July 23, 2025;

   c. The September 19, 2025 ACIP vote downgrading the COVID-19 vaccine recommendation for individuals under age 65 from routinely recommended to shared clinical decision-making ("SCDM"), and the CDC's adoption of that vote on October 6, 2025;

   d. The December 5, 2025 vote of the ACIP to downgrade the Hepatitis B ("HepB") vaccine recommendation from a routinely recommended three-dose series starting at birth for all children to SCDM for all doses for children born to HepB negative mothers, and the CDC's adoption of that vote on December 16, 2025.

   e. The Decision Memo signed by Acting CDC Director Jim O'Neill on January 5, 2026 revising the CDC Recommended Immunization Schedule for Children and Adolescents by downgrading: Hepatitis A, HepB, MenACWY, and RSV vaccines to risk-based recommendations; downgrading Hepatitis A, Influenza, MenACWY, and Rotavirus vaccines to shared clinical decision-making; removing the second dose of the HPV vaccine; removing the HepB birth dose for infants in the shared clinical decision-making category; and limiting the age range of the MenB shared clinical decision-making recommendation.

3

2.⠀⠀⠀⠀Defendants are FURTHER ENJOINED from publishing, disseminating, or relying upon any CDC immunization schedule, guidance documents, decision memorandum, work product, or public-facing materials that reflect or implement the enjoined actions.

3.⠀⠀⠀⠀Defendants are ENJOINED from convening, holding, or conducting the ACIP meeting currently scheduled for February 25-26, 2026, as well as any subsequent ACIP meetings of the current ACIP membership. This injunction shall remain in effect until final adjudication on the merits of Plaintiffs' claims challenging the lawfulness of the current ACIP membership and appointments, or further order of the Court.

4.⠀⠀⠀⠀Defendants shall file a status report with the Court within 24 hours of entry of this Order of preliminary injunction confirming their compliance with this Order.

5.⠀⠀⠀⠀Defendants shall provide notice of this Order within 24 hours of entry of this Order to all Defendants, their employees, agents, and anyone acting in concert with them.

6.⠀⠀⠀⠀The Court, in its discretion, waives the requirement that Plaintiffs post bond under FED. R. CIV. P. 65(c).

The preliminary injunction shall remain in effect pending final judgment or further order of this Court.

SO ORDERED.

Dated: _____

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀HON. BRIAN E. MURPHY
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀U.S. DISTRICT JUDGE