# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive,<br><br>*Defendants.* | Case No. 1:25-cv-11916-BEM<br><br>**PLAINTIFFS' APPENDIX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**<br><br>**REQUEST FOR ORAL ARGUMENT** |

Plaintiffs, by and through their attorneys, hereby submit their Appendix of Evidence in Support of their Motion for Preliminary Injunction as follows:

| Exhibit | Description: |
|---|---|
| 1. | Robert F. Kennedy, Jr., *Secretarial Directive on the Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women* (May 19, 2025) |
| 2. | Robert F. Kennedy, Jr., May 27, 2025 Directive Published via X. |

| | |
|---|---|
| 3. | *Child and Adolescent Immunization Schedule for Ages 18 Years or Younger, United States,* CDC (May 28, 2025) |
| 4. | *Adult Immunization Schedule for Ages 19 Years or Older, United States*, CDC (May 28, 2025) |
| 5. | *Advisory Committee on Immunization Practices, Final Agenda (June 25–26, 2025), CDC* (June 24, 2025), |
| 6. | CDC, *Meeting of the Advisory Committee on Immunization Practices* (ACIP), June 25–26, 2025 Meeting Summary (June 25–26, 2025) |
| 7. | HHS, *Thimerosal (Mercury) Removed from U.S. Flu Vaccines Following ACIP Recommendation* (July 23, 2025) |
| 8. | CDC, *Recommended Child and Adolescent Immunization Schedule for Ages 18 Years or Younger, United States* (July 2, 2025) |
| 9. | CDC, *Recommended Adult Immunization Schedule for Ages 19 Years or Older, United States* (July 2, 2025) |
| 10. | *Advisory Committee on Immunization Practices, Final Agenda (Sept. 18–19, 2025), CDC* (Sept. 19, 2025) |
| 11. | CDC, *Summary of Meeting Minutes of the Advisory Committee on Immunization Practices (ACIP), September 18–19, 2025* (Sept. 18–19, 2025) |
| 12. | CDC, *CDC Immunization Schedule Adopts Individual-Based Decision-Making for COVID-19 and Standalone Vaccination for Chickenpox in Toddlers* (Oct. 6, 2025) |
| 13. | CDC, *Recommended Adult Immunization Schedule for Ages 19 Years or Older, United States* (Oct. 7, 2025) |
| 14. | CDC, *Recommended Child and Adolescent Immunization Schedule for Ages 18 Years or Younger, United States* (Oct. 7, 2025) |
| 15. | *Advisory Committee on Immunization Practices, Final Agenda (Dec. 4–5, 2025), CDC* (Dec. 4, 2025) |
| 16. | HHS, *ACIP Recommends Individual-Based Decision-Making for Hepatitis B Vaccine Birth Dose for Infants Born to Women Who Test Negative for the Virus* (Dec. 5, 2025) |
| 17. | CDC, *CDC Adopts Individual-Based Decision-Making for Hepatitis B Immunization for Infants Born to Women Who Test Negative for Hepatitis B Virus* (Dec. 16, 2025) |
| 18. | HHS, *Decision Memorandum Adopting Revised Childhood and Adolescent Immunization Schedule* (Jan. 5, 2026) |
| 19. | HHS, *Assessment of the U.S. Childhood and Adolescent Immunization Schedule Compared to Other Countries* (Jan. 5, 2026) |

| | |
|---|---|
| 20. | CDC, *Childhood Immunization Schedule by Recommendation Group* (Jan. 5 2026) |
| 21. | Amendment to the Charter of the Advisory Committee on Immunization Practices, signed by the Secretary on December 3, 2025 |
| 22. | Plaintiffs' Federal Rule of Evidence 1006 Summary Chart for Prevnar-13 |
| 23. | Plaintiffs' Federal Rule of Evidence 1006 Summary Chart for Hepatitis B |
| 24. | Plaintiffs' Federal Rule of Evidence 1006 Summary Chart for RSV |
| 25. | Declaration of Georges C. Benjamin, M.D., dated January 25, 2026 |
| 26. | Declaration of James Lewis, M.D., MPH, dated January 22, 2026 |
| 27. | Declaration of Susan J. Kressly, M.D., FAAP, dated January 19, 2026 |
| 28. | Declaration of Molly O'Shea, M.D., dated January 23, 2026 |
| 29. | Declaration of Shannon Scott-Vernaglia, M.D., dated January 23, 2026 |
| 30. | Declaration of Thomas Boyce, M.D., dated January 22, 2026 |
| 31. | Declaration of Suzanne Berman, M.D., dated January 23, 2026 |
| 32. | Declaration of Margie Andreae, M.D., dated January 22, 2026 |
| 33. | Declaration of Mary-Cassie Shaw, M.D., FAAP, dated January 23, 2026 |
| 34. | Declaration of Andrew Racine, M.D. Ph.D., FAAP, dated January 24, 2026 |
| 35. | Declaration of Jason M. Goldman, M.D., MACP, dated January 25, 2026 |
| 36. | Declaration of Andrew T. Pavia, M.D., FAAP, FACP, FIDSA, dated January 22, 2026 |
| 37. | Declaration of Ravi Jhaveri, M.D., dated January 22, 2026 |
| 38. | Declaration of David Wheeler, M.D., dated January 23, 2026 |
| 39. | Declaration of Richard Martinello, M.D., dated January 24, 2026 |
| 40. | Declaration of Ronald Nahass, M.D., M.S., FIDSA, dated January 20, 2026 |
| 41. | Declaration of Wilbur Chen, M.D., dated January 21, 2026 |
| 42. | Declaration of Brenda Anders Pring, M.D., dated January 18, 2026 |
| 43. | Declaration of Aaron Bornstein, M.D., dated January 18, 2026 |
| 44. | Declaration of Carlene Pavlos, dated January 23, 2026 |
| 45. | Declaration of Dr. Jenifer Leaf Jaeger, M.D., MPH, FAAP, dated January 22, 2026 |
| 46. | Declaration of Sindhu K. Srinivas, M.D., MSCE, dated January 23, 2026 |
| 47. | Declaration of Jamie Loehr, M.D., FAAFP, dated January 21, 2026 |
| 48. | Declaration of Charlotte Moser, M.S., dated January 23, 2026 |

| 49. | Declaration of Jane Doe 3, dated January 25, 2026 |
| --- | --- |
| 50. | Declaration of Jane Doe, M.D., dated January 25, 2026 |
| 51. | Declaration of Robert H. Hopkins, Jr., M.D., MACP, FAAP [ACP Member], dated January 25, 2026 |
| 52. | Declaration of Patrick S. Ramsey, M.D., MSPH, dated January 25, 2026 |
| 53. | Declaration of Jane Doe 2, dated January 25, 2026 |

Dated: January 26, 2026                                        Respectfully submitted,


By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
           kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
           rwanerman@ebglaw.com
           wwalters@ebglaw.com

Jeremy A. Avila (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.

        57 Post Street, Suite 703
        San Francisco, CA 94104
        Tel:    415.398.3500
        Fax:   415.398.0955
        Email: javila@ebglaw.com

        Daniella R. Lee (*pro hac vice* pending)
        EPSTEIN BECKER & GREEN, P.C.
        201 East Kennedy Blvd., Suite 1260
        Tampa, FL 33602
        Tel:    813.367.9454
        Fax:   813.367.9441
        Email: dlee@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served through the ECF system upon the following parties on this 26th day of January 2026:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Jim O'Neill, in his official capacity as Acting Director Centers for Disease Control and Prevention |
| c/o Leah Belaire Foley, US Attorney<br>Michael L. Fitzgerald<br>Office of the US Attorney for the District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>michael.fitzgerald2@usdoj.gov | c/o Isaac Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Isaac.C.Belfer@usdoj.gov |

James W. Harlow
DOJ-Civ
Consumer Protection Branch
P.O Box 386
Washington, D.C. 20044
James.w.harlow@usdoj.gov

*/s/ James J. Oh*
James J. Oh