# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 1:25-CV-11916 |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* ROBERT WOOD JOHNSON FOUNDATION, AMERICAN ACADEMY OF ALLERGY, ASTHMA & IMMUNOLOGY, AMERICAN COLLEGE OF CHEST PHYSICIANS, AMERICAN THORACIC SOCIETY, NETWORK FOR PUBLIC HEALTH LAW, AND 119 DEANS, CHAIRS, AND PUBLIC HEALTH AND HEALTH POLICY SCHOLARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

*Amici* Robert Wood Johnson Foundation, American Academy of Allergy, Asthma & Immunology, American College of Chest Physicians, American Thoracic Society, Network for Public Health Law, and 119 Deans, Chairs, and Public Health and Health Policy Scholars[1] respectfully move for leave to file a brief as *Amici Curiae* in support of Plaintiffs. The proposed brief is attached as **Exhibit A**. Plaintiffs have consented to *Amici's* motion. Defendants do not oppose this motion.

---

[1] A complete list of the *Amici* is provided in Appendix A to the brief.

This Court retains "inherent authority" to approve the filing of *amicus* briefs. *Students for Fair Admissions v. President & Fellows of Harvard Coll.*, 2018 WL 9963511 (D. Mass. Oct. 3, 2018).

This action challenges Defendants' changes to the pediatric vaccine schedule, which have reduced the number of vaccines the Advisory Committee on Immunization Practices ("ACIP") and the Centers for Disease Control ("CDC") recommend for children on a routine basis. Defendants made these disruptive changes without considering the overwhelming science or following ACIP's longstanding procedural safeguards. Defendants' actions will depress vaccination rates and cause increased vaccine-preventable outbreaks, preventable hospitalizations, and unnecessary deaths. Medically underserved communities and the safety-net providers who serve them will disproportionately suffer the consequences.

*Amici* are public health organizations and individual public health deans and scholars. The organizational *Amici* include the American Academy of Allergy, Asthma & Immunology, American College of Chest Physicians, American Thoracic Society, Network for Public Health Law, and the Robert Wood Johnson Foundation. These organizations collectively advocate for public health law and policy to make communities safer and are committed to improving health equity in the United States. The individual *Amici* are a group of 119 distinguished deans and professors of various health disciplines, law, and policy with extensive expertise in the issues presented in this brief—specifically in policies promoting population health and the alleviation of barriers to health care. *Amici* believe that providing their perspective on the issues presented in their brief will assist the Court in resolving this action.

The *Amici* submit their brief to further inform the Court's analysis on three points: (1) there is strong scientific evidence of safety, efficacy, and public health benefits of the subject vaccines;

(2) Defendants' changes to the pediatric vaccine schedule will significantly reduce pediatric vaccination rates, endangering millions of children and threatening to undo decades of progress in avoidance of serious diseases; and (3) these policy changes threaten public health and affect not only children but providers, parents, state and local governments and the public at large.

The filing of the proposed *amicus* brief will not delay resolution of this case because it is being filed one week after Plaintiffs' motion and memorandum. Additionally, although the Court's Local Rules do not provide instructions about the length of an acceptable *amicus curiae* brief, *Amici* were guided by Local Rule 7.1(b)(4), which generally limits a brief in support of a motion to 20 pages, and Federal Rule of Appellate Procedure 29(a)(5), which limits an amicus brief to one-half the maximum length of a party's principal brief, unless a court permits a longer filing. The proposed brief does not exceed twenty pages.

For the foregoing reasons, *Amici* respectfully request that the Court grant leave to file the attached brief as *amici curiae* and accept the proposed brief for filing.

Respectfully submitted,

Dated: February 6, 2026

*/s/ Andrew M. London*
Andrew M. London (BBO# 690782)
Marilyn J. Icsman (BBO# 713232)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000
alondon@foleyhoag.com

Caroline L. Farrell (*pro hac vice pending*)
Foley Hoag LLP
1301 Avenue of the Americas
New York, New York 10019
Phone: (212) 812-0438
cfarrell@foleyhoag.com

Counsel for *Amici Curiae*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I hereby certify that counsel for *Amici Curiae* conferred with counsel for the parties regarding this motion. Plaintiffs consent to the motion and the filing of this brief. Defendants do not oppose the motion.

                                                        */s/ Andrew M. London*
                                                        Andrew M. London (BBO#690782)


## CERTIFICATE OF SERVICE

    In accordance with Local Rule 5.4(c), I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on February 6, 2026

                                                        */s/ Andrew M. London*
                                                        Andrew M. London (BBO#690782)