AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Academy of Pediatrics, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-11916 (BEM) |
| Robert F. Kennedy, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs (See attached list).

Date:   02/12/2026

/s/ Daniella R. Lee
*Attorney's signature*

Daniella R. Lee (FL Bar No. 124528)
*Printed name and bar number*

Epstein Becker & Green, P.C.
201 E. Kennedy Blvd, Suite 1260
Tampa, FL 33602
*Address*

dlee@ebglaw.com
*E-mail address*

(813) 367-9454
*Telephone number*

(813) 367-9441
*FAX number*

**Plaintiffs:**

- American Academy of Pediatrics
- American College of Physicians, Inc.
- American Public Health Association
- Infectious Diseases Society of America
- Massachusetts Public Health Association d/b/a Massachusetts Public Health Alliance
- Society for Maternal-Fetal Medicine
- The Massachusetts Chapter of the American Academy of Pediatrics
- Jane Doe
- Jane Doe 2
- Jane Doe 3