**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS, et al.,
    Plaintiffs,

v.                                                                          Case No. 1:25-cv-11916 (BEM)

ROBERT F. KENNEDY, JR., et al.,
    Defendants,

                and

CHILDREN'S HEALTH DEFENSE, ANDREA SHAW,
SHANTICIA NELSON, DR. PAUL THOMAS,
AND DR. KENNETH STOLLER

    Intervenor-Defendants/Counterclaim Plaintiffs.

AMERICAN ACADEMY OF PEDIATRICS,
MASSACHUSETTS CHAPTER OF THE
AMERICAN ACADEMY OF PEDIATRICS,
and INFECTIOUS DISEASES SOCIETY OF AMERICA,

    Counterclaim Defendants

### [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Emergency Motion to Intervene filed by Children's Health

Defense, Andrea Shaw, Shanticia Nelson, Dr. Paul Thomas, and Dr. Kenneth Stoller

(collectively, "Proposed Intervenors"), the Memorandum of Law in Support, the Declaration of

Richard Jaffe with Exhibits A through E, and any opposition thereto, and for good cause shown,

it is hereby

**ORDERED** that the Emergency Motion to Intervene is GRANTED; and it is further

1

**ORDERED** that the Proposed Answer to the Fourth Amended Complaint with Affirmative Defenses and Counterclaims filed by Intervenors is accepted for filing; and it is further

**ORDERED** that Intervenor-Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction is accepted for filing and shall be considered by the Court in ruling on the pending preliminary injunction motion; and it is further

**ORDERED** that the Declaration of Richard Jaffe and its Exhibits A through E shall be considered by the Court in connection with the pending preliminary injunction motion; and it is further

**ORDERED** that Intervenor-Defendants may participate in all remaining proceedings in this action, including the hearing currently scheduled for March 13, 2026, subject to the Court's existing schedule and any further orders of the Court.

SO ORDERED.

Dated: _____

_____

HONORABLE BRIAN E. MURPHY

United States District Judge

2