UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF PEDIATRICS, et al.,

    *Plaintiffs,*

  v.

ROBERT F. KENNEDY, JR., et al.,

    *Defendants,*

and

CHILDREN'S HEALTH DEFENSE, et al.,

    *Intervenor-Defendants/Counterclaim Plaintiffs*

    *v.*

AMERICAN ACADEMY OF PEDIATRICS, et al.,

    *Counterclaim Defendants*

Case No. 1:25-cv-11916 (BEM)

**Supplemental Declaration in Support of Pro Hac Vice Motion**

I, Richard Jaffe, declare as follows:

1. After Intervenors' Motion for Pro Hac Vice was finalized, I had a Zoom call with Plaintiffs' Counsel and was advised that Plaintiffs take no position on the relief requested in this motion.

Executed on February 18, 2026.

RICHARD JAFFE

1