**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-11916 (BEM) |

**PLAINTIFFS' NOTICE OF INTENT TO FILE OPPOSITION TO EMERGENCY MOTION TO INTERVENE AS DEFENDANTS AND COUNTERCLAIM PLAINTIFFS**

PLEASE TAKE NOTICE THAT Plaintiffs, by and through undersigned counsel, hereby notify the Court of their intent to file an Opposition to Emergency Motion to Intervene as Defendants and Counterclaim Plaintiffs [ECF No. 248]. Plaintiffs will file their Opposition in accordance with Local Rule 7.1, or by another deadline set by the Court.

Dated: February 19, 2026

Respectfully submitted,

By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:   312.499.1400
Fax:   312.845.1998
Email: joh@ebglaw.com
          kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.

One Financial Center, Suite 1520
Boston, MA 02111
Tel:  617.603.1100
Fax:  617.249.1573
Email: emcevoy@ebglaw.com
         gcostello@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:  202.861.0900
Fax:  202.296.2882
Email: rhhughes@ebglaw.com
         rwanerman@ebglaw.com
         wwalters@ebglaw.com

Jeremy A. Avila (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:  415.398.3500
Fax:  415.398.0955
Email: javila@ebglaw.com

Daniella R. Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:  813.367.9454
Fax:  813.367.9441
Email: dlee@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served through the ECF system upon the following parties on this 19th day of February 2026:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Jay Bhattacharya, in his official capacity as Acting Director Centers for Disease Control and Prevention |
| c/o Leah Belaire Foley, US Attorney<br>Michael L. Fitzgerald<br>Office of the US Attorney for the District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>michael.fitzgerald2@usdoj.gov | c/o Isaac Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Isaac.C.Belfer@usdoj.gov |

James W. Harlow
DOJ-Civ
Consumer Protection Branch
P.O Box 386
Washington, D.C. 20044
James.w.harlow@usdoj.gov

*/s/ James J. Oh*
James J. Oh