IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive,<br><br>*Defendants.* | Case No. 1:25-cv-11916-BEM<br><br>**PLAINTIFFS' STATEMENT REGARDING POSTPONEMENT OF NEXT ACIP MEETING** |

Defendants filed a notice (ECF 257) that the next meeting of the Advisory Committee on Immunization Practices scheduled for February 25-27, 2026, has been postponed. No date has been set for the rescheduled ACIP meeting, and a spokesperson at the U.S. Department of Health and Human Services has stated only that "'Further information will be shared as available.'"[1]

---

[1] https://www.cnn.com/2026/02/19/health/cdc-vaccine-advisory-committee-meeting-cancelled-for-next-week?Date=20260219&Profile=CNN&utm_content=1771529935&utm_medium=social&utm_source=twitter

Plaintiffs submit that the postponement of the next ACIP meeting injects more confusion, uncertainty, and dysfunction into the American healthcare system and is additional evidence of Defendants creating a moving target. Further, postponement of the ACIP meeting is not relevant to the question of Plaintiffs' likelihood of success on the merits of whether the current ACIP was constituted in violation of the Federal Advisory Committee Act. Plaintiffs recognize that their urgent prosecution of this case has put the Court in the uncomfortable position of deciding significant issues in a short period of time and appreciate that the Court scheduled the first stage of the bifurcated preliminary injunction hearing in time to make a decision about whether the February 25-27 ACIP meeting should be enjoined. The fact, however, that Defendants have postponed the meeting and moved the goalposts again, in an apparent attempt to delay a decision from this Court, heightens the urgency that the claims in Plaintiffs' Fourth Amended Complaint and their Motion for Preliminary Injunction be decided as soon as practicable.

Dated: February 19, 2026

Respectfully submitted,

By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
         kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com

        gcostello@ebglaw.com

        Richard H. Hughes IV (admitted *pro hac vice*)
        Robert Wanerman (admitted *pro hac vice*)
        William Walters (admitted *pro hac vice*)
        EPSTEIN BECKER & GREEN, P.C.
        1227 25th Street, N.W., Suite 700
        Washington, DC 20037
        Tel:    202.861.0900
        Fax:   202.296.2882
        Email: rhhughes@ebglaw.com
               rwanerman@ebglaw.com
               wwalters@ebglaw.com

        Jeremy A. Avila (admitted *pro hac vice*)
        EPSTEIN BECKER & GREEN, P.C.
        57 Post Street, Suite 703
        San Francisco, CA 94104
        Tel:    415.398.3500
        Fax:   415.398.0955
        Email: javila@ebglaw.com

        Daniella R. Lee (admitted *pro hac vice*)
        EPSTEIN BECKER & GREEN, P.C.
        201 East Kennedy Blvd., Suite 1260
        Tampa, FL 33602
        Tel:    813.367.9454
        Fax:   813.367.9441
        Email: dlee@ebglaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served through the ECF system upon the following parties on this 19th day of February 2026:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Jim O'Neill, in his official capacity as Acting Director Centers for Disease Control and Prevention |
| c/o Leah Belaire Foley, US Attorney<br>Michael L. Fitzgerald<br>Office of the US Attorney for the District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>michael.fitzgerald2@usdoj.gov | c/o Isaac Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Isaac.C.Belfer@usdoj.gov |

James W. Harlow
DOJ-Civ
Consumer Protection Branch
P.O Box 386
Washington, D.C. 20044
James.w.harlow@usdoj.gov

*/s/ James J. Oh*
James J. Oh