UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-11916-BEM |

**Defendants' Notice Regarding Rescheduled ACIP Meeting**

As promised, *see* ECF No. 257, Defendants write to notify the Court that the next meeting of the Advisory Committee on Immunization Practices ("ACIP") has been rescheduled to March 18–19, 2026. *See* CDC, *ACIP Meeting Information*, https://www.cdc.gov/acip/meetings/index.html (Feb. 24, 2026).

February 24, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　ERIC J. HAMILTON
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　JAMES W. HARLOW
　　　　　　　　　　　　　　　　　Acting Assistant Director

　　　　　　　　　　　　　　　　　*/s/ Isaac C. Belfer*
　　　　　　　　　　　　　　　　　ISAAC C. BELFER (D.C. Bar No. 1014909)
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　U.S. Department of Justice

1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

February 24, 2026                                     */s/ Isaac C. Belfer*
                                                      Isaac C. Belfer