UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-11916-BEM |

**Declaration of Isaac C. Belfer**

Pursuant to 28 U.S.C. § 1746, I, Isaac C. Belfer, declare as follows in support of Defendants' Second Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction:

    1.    I am a trial attorney in the Federal Programs Branch, Civil Division, U.S. Department of Justice, and am representing Defendants in this matter. The purpose of this declaration is to authenticate and enclose the exhibits cited in Defendants' Second Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the May 12, 2025, Memorandum to Secretary of Health and Human Services Robert F. Kennedy, Jr. from Matthew Memoli, M.D., M.S., Principal Deputy Director of NIH, and Sara Brenner, M.D., M.P.H., Principal Deputy Commissioner of FDA, titled, "Medical and Scientific Assessment of Secretary Becerra's Determination Recommending COVID-19 Vaccination of Children Less Than 18 Years of Age."

3.  Attached hereto as **Exhibit B** is a true and correct copy of the May 12, 2025, Memorandum to Secretary of Health and Human Services Robert F. Kennedy, Jr. from Tracy Beth Høeg, M.D., Ph.D. (FDA), titled, "COVID-19 vaccine safety in pregnant women."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 27, 2026.

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


| | |
|---|---|
| February 27, 2026 | <u>/s/ *Isaac C. Belfer*</u><br>Isaac C. Belfer |