# Exhibit B

# Memorandum

**Date: May 12th, 2025**

**To: Secretary Robert F. Kennedy, Jr.**

**From: Tracy Beth Høeg, MD, PhD (FDA)**

**Subject: COVID-19 vaccine safety in pregnant women**

*A lack of high-quality data on the safety of mRNA Vaccines during pregnancy*

The initial randomized clinical trials of Pfizer, Modern and Novavax excluded pregnant women; for this reason, safety could not be determined from these initial trials. In March of 2021, Pfizer stated that " Available data on Pfizer-BioNTech COVID-19 Vaccine administered to pregnant women are insufficient to inform vaccine-associated risks in pregnancy." Pfizer announced in February of 2021 that they would enroll 4,000 women in a randomized controlled trial to evaluate safety, tolerability and immunogenicity in healthy pregnant women. However, Pfizer ended up substantially reducing the size of the study to only include only 173 women vaccinated late in pregnancy (between 24 and 34 weeks). Not only was this study underpowered to detect safety issues during pregnancy, it could not provide *any data at all* on the safety of vaccination early in pregnancy up until week 24. Importantly, the risk of toxicity leading to miscarriage or developmental defect is the highest in the early phase of pregnancy, during the first and early second trimester.

Notably, Novavax has thus far not sought authorization of their vaccine in pregnancy as they lacked safety data. However, Pfizer and Moderna also lack high quality, randomized trial safety data – specifically, there was one insufficiently powered (very small) randomized study of the Pfizer COVID-19 vaccine and no randomized trial pregnant women has been done of the Moderna COVID-19 vaccine.

*Limitations of observational data to evaluate safety of vaccines in pregnancy*

Because of the above issues, our knowledge about the safety of COVID vaccination during pregnancy relies on lower quality data including findings from pharmacovigilance systems and

# Memorandum

on retrospective observational studies. There are numerous issues with relying on these datasets and analyses.

First, pharmacovigilance data tends to be vastly underreported. (Shumabukuro, 2015) Pregnant women or their obstetricians may not consider the vaccine as a cause of common or non-rate pregnancy outcomes such as miscarriage or fetal abnormality. Also, even if reported to a phamacovigilance database, small percentage increases (such as a couple of percentage points) in conditions such as fetal loss may not be found to be statistically significant from baseline rate but may still impact many women.

Second, observational studies are prone to multiple potential biases, of which *healthy vaccinee bias* (where people who get vaccinated tend to be healthier at baseline than those who do not get vaccinated) is potentially the most important. This bias has been thoroughly documented for the COVID-19 and the influenza vaccine in numerous countries across the world(Høeg, 2023; Fürst, 2024; Chemeitelly, 2024; Reidmann, 2025 Remschmidt, 2015). Women who have better underlying health are also less likely to have pregnancy complications. This may cause us to miss real safety issues if the unvaccinated are more prone to pregnancy complications.

Furthermore, another important bias, selection bias, stems of the fact only a few observational studies have looked at COVID vaccination during early stages of pregnancy, when the risk of toxicity leading to miscarriage or developmental defect is the highest. Most observational studies have not found a significant association between vaccination and adverse outcomes in pregnancy.

*Potential safety concerns*

However, a large study from Ontario did find a higher rate of fetal loss among women vaccinated prior to week 20. (Velez, 2023) This associations disappeared when excluding induced abortions. However, it is unclear if these were truly elective or recommended due to impending fetal loss. Furthermore, this study adjusted for time of year, which was likely to be inappropriate given the rapid timing of the vaccination rollout in Ontario in this age group.

# Memorandum

Another study from Israel (Dick, 2022), where the population was almost exclusively vaccinated with the Pfizer mRNA vaccine found that women vaccinated in the second trimester had a 1.9% higher rate of preterm birth and this was highly significant. This signal persisted after adjusting for multiple potential confounders.

Additionally, another small study of women who underwent *in vitro* fertilization found a 50% higher clinical pregnancy loss rate among COVID-19 vaccinated women compared with unvaccinated (Aharon, et al. 2022), however this was not found to be statistically significant and again, observational studies are subject to multiple biases.

Importantly, the COVID-19 mRNA vaccines have been shown in a study in the American Journal of Obstetrics and Gynecology to cross the placenta (Lin, 2024). mRNA vaccination has also been linked to multiple types of blood clots (Faskova, 2024). Placental blood clots can decrease oxygen to the fetus, cause birth defects, growth restriction, miscarriage and other pregnancy complications.

*Uncertainty about vaccine efficacy*

In the setting of widespread immunity from prior infection and a lack of randomized placebo control trials looking at clinical outcomes in this setting, the current benefit of mRNA COVID-19 vaccination against severe disease is uncertain. This is because vaccine efficacy in our current circumstances has been deduced from observational data and immunobridging data and the applicability of the initial randomized controlled trials to today's epidemiological circumstances and in a non-immune naïve population is not well defined.

*Conclusion*

Due to a lack of high-quality data demonstrating safety of the mRNA vaccines during pregnancy and some basis for concern, it would be wise to err on the side of caution and recommend against during vaccination in pregnancy until there is certainty the benefits of vaccination are likely to outweigh potential risks to the mother and developing baby.

**References**

# Memorandum

Shumbabukuro, T. T., M. Nguyen, and D. and DeStefano, F. Martin. 2015. "Safety monitoring in the Vaccine Adverse Event Reporting System (VAERS)." *Vaccine* 33 (36) : 4398–4405.

Høeg TB, Duriseti R, Prasad V. Potential "Healthy Vaccinee Bias" in a Study of BNT162b2 Vaccine against Covid-19. N Engl J Med. 2023 Jul 20;389(3):284-285.

Fürst T, Bazalová A, Fryčák T, Janošek J. Does the healthy vaccinee bias rule them all? Association of COVID-19 vaccination status and all-cause mortality from an analysis of data from 2.2 million individual health records. Int J Infect Dis. 2024 May;142:106976..

Chemaitelly, H et al. Assessing healthy vaccinee effect in COVID-19 vaccine effectiveness studies: A national cohort study in Qatar. medRxiv 2024.07.28.24311115

Remschmidt, C, Wichmann O, Harder T. Frequency and impact of confounding by indication and healthy vaccinee bias in observational studies assessing influenza vaccine effectiveness: a systematic review. BMC Infect Dis. 2015 Oct 17;15:429. doi: 10.1186/s12879-015-1154-y. PMID: 26474974; PMCID: PMC4609091

Riedmann U, Chalupka A, Richter L, Werber D, Sprenger M, Willeit P, Rijksen M, Lodron J, Høeg TB, Ioannidis JP, Pilz S. Underlying health biases in previously-infected SARS-CoV-2 vaccination recipients: a cohort study. J Infect. 2025 Apr 30:106497. doi: 10.1016/j.jinf.2025.106497. Epub ahead of print. PMID: 40315999.

Velez, M. P., D. B. Fell, J. P. Shellenberger, and J. C. and Ray, J. G. Kwong. 2023. "Miscarriage after SARS-CoV-2 vaccination: A population-based cohort study."

Dick, A., Rosenbloom, J.I., Gutman-Ido, E. *et al.* Safety of SARS-CoV-2 vaccination during pregnancy-obstetric outcomes from a large cohort study. *BMC Pregnancy Childbirth* **22**, 166 (2022).

Aharon, D., M. Lederman, A. Ghofranian, C. Hernandez-Nieto, C. Canon, Hanley W., D. Gounko, J. A. Lee, D. Stein, and E. and Copperman, A. B. Buyuk. 2022. "In Vitro Fertilization and Early Pregnancy Outcomes After Coronavirus Disease 2019 (COVID-19) Vaccination." *Obstetrics and Gynecology* 139 (4) : 490-497

Aharon, D., M. Lederman, A. Ghofranian, C. Hernandez-Nieto, C. Canon, Hanley W., D. Gounko, J. A. Lee,

Lin X, Botros B, Hanna M, Gurzenda E, De Mejia CM, Chavez M, Hanna N. Transplacental transmission of the COVID-19 vaccine messenger RNA: evidence from placental, maternal, and cord blood analyses postvaccination. Am J Obstet Gynecol. 2024 Jun;230(6):e113-e116. doi: 10.1016/j.ajog.2024.01.022.

Faksova K, Walsh D, et al. COVID-19 vaccines and adverse events of special interest: A multinational Global Vaccine Data Network (GVDN) cohort study of 99 million vaccinated individuals. Vaccine. 2024 Apr 2;42(9):2200-2211. doi: 10.1016/j.vaccine.2024.01.100.