**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS,
*et al.*,

     Plaintiffs,

  v.

ROBERT F. KENNEDY, JR., *et al.*,

     Defendants.

Case No. 1:25-cv-11916-BEM

**Defendants' Unopposed Motion for an Extension of the Deadlines for the Production of**
**the Remaining Administrative Records**

On January 22, 2026, the Court set a schedule for production of the six administrative records ("AR") in this case. ECF No. 182. Defendants produced the first AR, relating to the May 2025 Secretarial Directive, on March 12, 2026, in accordance with the Court's schedule. The second AR, relating to CDC's adoption of the ACIP's September 2025 COVID-19 vaccine recommendation, and the third AR, relating to the reconstitution of the ACIP, are due March 23, 2026. *Id.* The fourth AR, relating to the January 2026 changes to the CDC immunization schedule; the fifth AR, relating to CDC's adoption of the ACIP's December 2025 Hepatitis B vaccine recommendation; and the sixth AR, relating to HHS's adoption of the ACIP's June 2025 thimerosal recommendation, are due April 14, 2026, which is 60 days after the Court granted leave for Plaintiffs to file the Fourth Amended Complaint. *Id.*; *see* ECF No. 241.

When the Court set the AR production schedule, it said it would grant extensions "upon a showing of good cause" that "detail[s] the efforts already made with specific dates of action, the status of those efforts, what work remains, and why more time is necessary." ECF No. 182. Defendants believe there is good cause for an extension, and the below summaries of

Defendants' diligent work on each AR provide the details the Court requested. The following table shows, for each AR, the current deadline, Defendants' proposed deadline,[1] and the length of the requested extension. Defendants conferred with Plaintiffs, who agree to this request.

| AR# | Challenged Action | Current Deadline | Defendants' Proposed Deadline | Length of Requested Extension |
|---|---|---|---|---|
| 2 | CDC's adoption of the ACIP's September 2025 COVID-19 vaccine recommendation | March 23, 2026 | April 13, 2026 | 21 days |
| 3 | Reconstitution of the ACIP | March 23, 2026 | April 17, 2026 | 25 days |
| 4 | January 2026 changes to the CDC immunization schedule | April 14, 2026 | May 1, 2026[2] | 17 days |
| 5 | CDC's adoption of the ACIP's December 2025 Hepatitis B vaccine recommendation | April 14, 2026 | May 5, 2026 | 21 days |
| 6 | HHS's adoption of the ACIP's June 2025 thimerosal recommendation | April 14, 2026 | May 12, 2026 | 28 days |

Thus, as explained further below, Defendants respectfully request that the Court grant the requested extensions.

---

[1] Under the current AR production schedule, multiple ARs are due on the same day. ECF No. 182. However, that presents a significant logistical challenge, so Defendants' proposed schedule staggers the AR production deadlines on different days.

[2] As discussed below, Defendants are still collecting records for the fourth, fifth, and sixth ARs and so do not yet know the volume of documents that will need to be reviewed. If the volume is such that the currently proposed deadlines are infeasible, Defendants may request a further extension.

**SUMMARY OF WORK ON THE REMAINING ARS**

**I.**     **Second AR: CDC's Adoption of the ACIP's September 2025 COVID-19 Vaccine Recommendation**

In December 2025, collection of publicly available records and internal records began. In December 2025 and January 2026, agency attorneys met with individuals from CDC's Immediate Office of the Director, ACIP Secretariat, Office of the Federal Advisory Committee Act Program, and National Center for Immunization and Respiratory Diseases to identify relevant records. ESI searches began on January 14, 2026, and collected over 2,800 documents spanning over 26,900 pages. Review of these materials remains ongoing due to the volume collected and competing obligations of agency attorneys.

The following work remains: completing review of ESI, performing any necessary redactions of personally identifiable information ("PII") and privileged information, and following up with custodians to confirm the final contents of the AR. Defendants expect to complete this work by April 13, 2026.

**II.**    **Third AR: Reconstitution of the ACIP**

In December 2025 and January 2026, agency attorneys collected publicly available records, and they met with and began collecting records from individuals in the Immediate Office of the Secretary, the Executive Secretariat, the Assistant Secretary for Legislation, and CDC's Immediate Office of the Director, ACIP Secretariat, Office of the Federal Advisory Committee Act Program, and National Center for Immunization and Respiratory Diseases. ESI searches began on December 22, 2025, and collected over 17,500 documents spanning over 96,100 pages. As with the second AR, review is ongoing due to the volume of materials collected and competing obligations of agency attorneys.

The following work remains: completing review of ESI, performing any necessary

redactions of PII and privileged information, and following up with custodians to confirm the final contents of the AR. Defendants expect to complete this work by April 17, 2026.

**III.     Fourth AR: January 2026 Changes to the CDC Immunization Schedule**

Agency attorneys collected publicly available records on January 5, 2026—the day the new immunization schedule was approved. In February and March 2026, agency attorneys began collecting records from individuals in the Immediate Office of the Secretary, the Office of Global Affairs, the Office of the Assistant Secretary for Planning and Evaluation, the Assistant Secretary for Legislation, and CDC's Immediate Office of the Director, Office of Policy, Performance and Evaluation, National Center for Immunization and Respiratory Diseases, and other CDC subject matter experts. The agency began running ESI searches on March 2, 2026, and has received some results but is awaiting more. Additional ESI searches may be necessary.

The following work remains: completing ESI collection, reviewing the ESI, performing any necessary redactions of PII and privileged information, and following up with custodians to confirm the final contents of the record. Because many subagencies and offices may have relevant records for this AR, additional time may be necessary for coordination across these subagencies and offices. Although Defendants added four contract attorneys and a staff attorney to this matter to expedite review, the review team is still relatively small and has limited ability to review documents for multiple ARs in parallel. For example, the review team cannot review documents for the fourth AR while they are occupied with reviewing documents for the second and third ARs.

Defendants expect to finish compiling this AR by May 1, 2026. That said, because the agency is still collecting documents and does not yet know the full universe of documents that require review, Defendants may need to revise this estimate as they learn more information.

4

**IV.    Fifth AR: CDC's Adoption of the ACIP's December 2025 Hepatitis B Vaccine Recommendation**

Agency attorneys collected publicly available records in January 2026. Promptly after the Court granted Plaintiffs leave to file the Fourth Amended Complaint on February 13, 2026, agency attorneys began requesting records from CDC's Immediate Office of the Director, ACIP Secretariat, Office of the Federal Advisory Committee Act Program, and National Center for Immunization and Respiratory Diseases. In March 2026, CDC attorneys also requested materials from the National Center for HIV, Viral Hepatitis, STD, and Tuberculosis Prevention. Those CDC offices have requested additional time to identify and collect responsive documents because of competing programmatic responsibilities. ESI searches began on March 11, 2026, and results were recently received and are currently being processed. Additional ESI searches may be necessary.

The following work remains: completing document collection, reviewing the documents, performing any necessary redactions of PII and privileged information, and following up with custodians to confirm the final contents of the record. Defendants expect to finish compiling this AR by May 5, 2026**.** That said, because the agency is still collecting documents and does not yet know the full universe of documents that require review, Defendants may need to revise this estimate as they learn more information.

**V.    Sixth AR: HHS's Adoption of the ACIP's June 2025 Thimerosal Recommendation**

Agency attorneys collected publicly available records in January 2026. Promptly after the Court granted Plaintiffs leave to file the Fourth Amended Complaint on February 13, 2026, agency attorneys began requesting records from CDC's Immediate Office of the Director, ACIP Secretariat, Office of the Federal Advisory Committee Act Program, and National Center for Immunization and Respiratory Diseases. In March 2026, CDC attorneys also requested materials

from the National Center for Emerging and Zoonotic Infectious Diseases, Immunization Safety Office. As with the fifth AR, those CDC offices have requested additional time to identify and collect responsive documents because of competing programmatic responsibilities. ESI searches began on March 11, 2026, and results were recently received and are currently being processed. Additional ESI searches may be necessary.

The following work remains: completing document collection, reviewing the documents, performing any necessary redactions of PII and privileged information, and following up with custodians to confirm the final contents of the record. Defendants expect to finish compiling this AR by May 12, 2026. That said, because the agency is still collecting documents and does not yet know the full universe of documents that require review, Defendants may need to revise this estimate as they learn more information.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court extend the remaining AR production deadlines as follows: second AR due April 13, 2026; third AR due April 17, 2026; fourth AR due May 1, 2026; fifth AR due May 5, 2026; and sixth AR due May 12, 2026.

March 23, 2026                           Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General

                                         ERIC J. HAMILTON
                                         Deputy Assistant Attorney General

                                         JAMES W. HARLOW
                                         Acting Assistant Director

                                         */s/ Isaac C. Belfer*
                                         ISAAC C. BELFER (D.C. Bar No. 1014909)

6

Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE

Per Local Rule 7.1, counsel for Defendants state that they conferred with counsel for Plaintiffs by videoconference and email on March 17–23, 2026, and counsel for Plaintiffs stated they agree to the requested extension.

*/s/ Isaac C. Belfer*
Isaac C. Belfer

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via

electronic mail to the registered participants as identified on the Notice of Electronic Filing.


March 23, 2026                                    */s/ Isaac C. Belfer*
                                                 Isaac C. Belfer