**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS,
*et al.*,

                Plaintiffs,

      v.                             Case No. 1:25-cv-11916-BEM

ROBERT F. KENNEDY, JR., *et al.*,

                Defendants.

**Order Granting Defendants' Unopposed Motion for an Extension of the Deadlines for the Production of the Remaining Administrative Records**

Before the Court is Defendants' Unopposed Motion for an Extension of the Deadlines for the Production of the Remaining Administrative Records. Having considered the motion in light of the governing standards, it is hereby ORDERED that the motion is GRANTED. The second Administrative Record ("AR") is due April 13, 2026; the third AR is due April 17, 2026; the fourth AR is due May 1, 2026; the fifth AR is due May 5, 2026; and the sixth AR is due May 12, 2026.

SO ORDERED.

Dated:  March 24, 2026

/s/ *Brian E. Murphy*
_____
Brian E. Murphy
Judge, United States District Court