**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF
PEDIATRICS, et al.,
               *Plaintiffs,*
v.
ROBERT F. KENNEDY, JR., et al.,
               *Defendants.*

Case No. 1:25-cv-11916 (BEM)

**NOTICE OF APPEAL**

Notice is hereby given that, proposed intervenors Andrea Shaw, Shanticia Nelson, Dr.

Paul Thomas, Dr. Kenneth Stoller, and Children's Health Defense, hereby appeal to the United

States Court of Appeals for the First Circuit from the following orders entered by the United

States District Court for the District of Massachusetts (Murphy, J.) in *American Academy of*

*Pediatrics, et al. v. Kennedy, et al.*, No. 1:25-cv-11916-BEM:

1. The Order Denying Emergency Motion to Intervene, entered February 27, 2026 (Dkt. 271),

which is immediately appealable under the collateral order doctrine as a final decision within the

meaning of 28 U.S.C. § 1291; and

2. The Memorandum and Order on Plaintiffs' Motion for Preliminary Injunction, entered March

16, 2026 (Dkt. 291), which is appealable under 28 U.S.C. § 1292(a)(1).

1

Dated: March 25, 2026

Respectfully submitted,

/s/ Richard Jaffe
RICHARD  JAFFE (pro hac vice)
SBN 289362 (CA)
428 J Street, 4th Floor
Sacramento, California 95814
Telephone: (713) 626-3550
Email: rickjaffeesq@gmail.com

/s/ Robert N. Meltzer
ROBERT N. MELTZER, BBO #564745
The Mountain States Law Group
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, Massachusetts 01742
Telephone: (978) 254-6289
Email: inbox@mountainstateslawgroup.com

Counsel for Proposed Intervenor Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing Notice of

Appeal, with the Clerk of the United States District Court for the District of Massachusetts using

the CM/ECF system. The CM/ECF system will send notification of such filing to all counsel of

record who are registered CM/ECF users.

Dated: March 25, 2026

/s/ Richard Jaffe
Richard Jaffe (admitted pro hac vice)