# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     American Academy of Pediatrics et al v. Kennedy et al

District Court Number:     25cv11916-BEM

Fee:    Paid?   Yes __X__  No _____  Government filer _____  *In Forma Pauperis* Yes _____  No _____

Motions Pending        Yes _____  No _X_            Sealed documents        Yes _X_  No _____
*If yes, document #*    _____           *If yes, document #*      1,63,94,99

*Ex parte* documents   Yes _____  No _X_            Transcripts             Yes _X_  No _____
*If yes, document #*    _____           *If yes, document #*      86,137,165,178,260,283,292

Notice of Appeal filed by: Plaintiff/Petitioner _____    Defendant/Respondent _____    Other: __X__

Appeal from:
## #271 Electronic Order, #291 Memorandum and Order
Other information:

        I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #271, #291, and #297
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___297___ filed on __March 25, 2026__.

        In testimony whereof, I hereunto set my hand and affix the seal of this Court on __March 29, 2026__.


                                        **ROBERT M. FARRELL**
                                        Clerk of Court


                                         /s/Matthew A. Paine
                                        Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE