**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name  American Academy of Pediatrics, et al. v. Robert F. Kennedy, Jr., et al.

District Court Case No.  1:25-cv-11916-BEM          District of M  [▼]

Date Notice of Appeal filed  March 25, 2025          Court of Appeals Case No.  26-1325

Form filed on behalf of  Shaw, Nelson, Thomas, Stoller, and Children's Health Defense

**TRANSCRIPT REPORT**

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

**TRANSCRIPT ORDER**

Name of Court Reporter  Jennifer Vaillancourt

Phone Number of Reporter  (857) 201-1100

A.    _____    **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                    HEARING DATE(S)

| | | |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☒ | Pretrial proceedings (specify) PI Hearing | February 13, 2025 |
| ☐ | Testimony (specify ) _____ | |
| ☒ | Other (specify) Bifurcated PI Hearing | March 4, 2025 |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.    _____    **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

| | |
|---|---|
| ☒ | Private funds. |
| ☐ | Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.) |
| ☐ | Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge. |
| ☐ | Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals. |
| ☐ | Federal Public Defender/Government Counsel - no CJA Form 24 necessary. |

Filer's name  Richard Jaffe                          Filer's Signature  /s/ Richard Jaffe

Firm/Address  428 J Street, 4th Fl., Sacramento, CA 95814          Filer's Email address  rickjaffeesq@gmail.com

Telephone number  (916) 560-1108                    Date mailed to court reporter  April 8, 2026

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                    **SEE INSTRUCTIONS ON REVERSE**