**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

          Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., *et al.*,

          Defendants.

Case No. 1:25-cv-11916-BEM

**Notice of Appeal**

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's March 16, 2026, Memorandum and Order on Plaintiffs' Motion for Preliminary Injunction, ECF No. 291.

April 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JAMES W. HARLOW
Acting Assistant Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134

(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via

electronic mail to the registered participants as identified on the Notice of Electronic Filing.


April 29, 2026                          */s/ Isaac C. Belfer*
                                        Isaac C. Belfer