# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:    American Academy of Pediatrics et al v. Kennedy et al

District Court Number:    1:25-cv-11916-BEM

Fee:    Paid?    Yes ____    No ____    Government filer _X__    *In Forma Pauperis* Yes ____    No ____

Motions Pending    Yes _X__    No ____          Sealed documents    Yes ____    No _X__
*If yes, document #*    #303 , #304          *If yes, document #*    _____

*Ex parte* documents    Yes ____    No _X__          Transcripts    Yes ____    No _X__
*If yes, document #*    _____          *If yes, document #*    _____

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent _X__    Other: ____

Appeal from:
#291 Memorandum and order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#291
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __306____ filed on _4/29/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _April 30, 206_____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Marlene Martins
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**