## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>    *Plaintiffs,*<br><br>    vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cv-11916 (BEM)<br><br>District Judge: Hon. Brian E. Murphy |

## DECLARATION OF JAMES J. OH

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.  I am lead trial counsel for Plaintiffs in the above-titled action.

2.  Attached hereto as Exhibit 1 is the Certification of Administrative Record and the Administrative Record Index that Defendants served on Plaintiffs on March 12, 2026, regarding the May 27, 2025 Secretarial Directive on Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women.

3.  Attached hereto as Exhibit 2 is the Certification of Administrative Record and the Administrative Record Index that Defendants served on Plaintiffs on April 13, 2026, regarding the CDC's decision to adopt the ACIP's September 19, 2025 recommendation for COVID-19 immunizations.

4.  Attached hereto as Exhibit 3 is the Certification of a "partial" Administrative Record and the index for that partial Administrative that Defendants served on Plaintiffs on April

17, 2026, regarding "HHS's reconstitution of the Advisory Committee on Immunization Practices."

5.      Attached hereto as Exhibit 4 is an email from Isaac Belfer to me on April 21, 2026, at 5:50 pm.

6.      Attached hereto as Exhibit 5 is an email from Isaac Belfer to me on April 22, 2026, at 9:05 p.m.

7.      Attached hereto as Exhibit 6 is an email from Isaac Belfer to me on April 30, 2026, at 5:21 p.m. CT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026.

_/s/ James J. Oh_____
James J. Oh

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-11916-BEM |
| ROBERT F. KENNEDY, JR., *et al.*, | |
| Defendants. | |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Matthew Zorn, Deputy General Counsel, of the United States Department of Health and Human Services, certify that the attached administrative record is to the best of my knowledge a true, correct, and complete copy of the non-privileged information that was directly or indirectly considered in connection with the May 27, 2025 Secretarial Directive on Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women and the implementation of that directive.

Executed this 12th day of March, 2026 in Washington, D.C.

MATTHEW C.    Digitally signed by MATTHEW C.
ZORN -S    ZORN -S
    Date: 2026.03.12 13:28:38 -04'00'

_____
Matthew Zorn
Deputy General Counsel
Immediate Office of the General Counsel
U.S. Department of Health and Human Services

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
**May 27, 2025 Secretarial COVID-19 Vaccination Directive**
**Administrative Record Index**

| Document(s) | Bates Range |
| --- | --- |
| February 13, 2025 Presidential Action Establishing the Make America Health Again Commission | HHS_AAP 000001 - HHS_AAP 000005 |
| The MAHA Report: Make Our Children Healthy Again Assessment | HHS_AAP 000006 - HHS_AAP 000078 |
| May 23, 2025 Executive Order on Restoring Gold Standard Science | HHS_AAP 000079 - HHS_AAP 000090 |
| May 27, 2025 Final Secretarial Directive on Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women | HHS_AAP 000091 - HHS_AAP 000091 |
| May 27, 2025 Decision Memo re: Recission of CDC Recommendations for COVID-19 Vaccines for Healthy Children and Pregnant Women | HHS_AAP 000092 - HHS_AAP 000093 |
| May 12, 2025 Memo re: Covid-19 Vaccine Safety in Pregnant Women | HHS_AAP 000094 - HHS_AAP 000097 |
| Pfizer and BioNTech Commence Global Clinical Trial to Evaluate COVID-19 Vaccine in Pregnant Women | HHS_AAP 000098 - HHS_AAP 000102 |
| Pfizer-BioNTech Announce Positive Topline Results of Pivotal COVID-19 Vaccine Study in Adolescents | HHS_AAP 000103 - HHS_AAP 000108 |
| Mother to Baby Fact Sheet: Critical Periods of Development | HHS_AAP 000109 - HHS_AAP 000111 |
| Tom T. Shumbabukuro et al., *Safety monitoring in the Vaccine Adverse Event Reporting System (VAERS)*, 33 Vaccine 4398–405 (2015) | HHS_AAP 000112 - HHS_AAP 000130 |
| Tracy B. Høeg et al., Letter to the editor, *Potential "Healthy Vaccinee Bias" in a Study of BNT162b2 Vaccine against Covid-19*, 389 N. Eng. J. Med. 284-85 (2023) | HHS_AAP 000131 - HHS_AAP 000133 |
| Tomáš Fürst et al., *Does the healthy vaccinee bias rule them all? Association of COVID-19 vaccination status and all-cause mortality from an analysis of data from 2.2 million individual health records*, 142 Int'l J. Infect. Dis. 1-6 (2024) | HHS_AAP 000134 - HHS_AAP 000139 |
| Hiam Chemaitelly et al., *Assessing healthy vaccinee effect in COVID-19 vaccine effectiveness studies: A* | HHS_AAP 000140 - HHS_AAP 000191 |

| | |
|---|---|
| *national cohort study in Qatar*, medRxiv 1-52 (Sep. 3, 2024), https://doi.org/10.1101/2024.07.28.24311115 | |
| Cornelius Remschmidt et al., *Frequency and impact of confounding by indication and healthy vaccinee bias in observational studies assessing influenza vaccine effectiveness: a systematic review*, 15 BMC Infect. Dis. 1-15 (2015) | HHS_AAP 000192 - HHS_AAP 000206 |
| Uwe Riedmann et al., *Underlying health biases in previously-infected SARS-CoV-2 vaccination recipients: a cohort study*, 90 J. Infection 1-9 (2025) | HHS_AAP 000207 - HHS_AAP 000215 |
| Maria P. Velez et al., *Miscarriage after SARSCoV-2 vaccination: A population-based cohort study*, 131 BJOG 415-22 (2024) | HHS_AAP 000216 - HHS_AAP 000223 |
| Aharon Dick et al., *Safety of SARS-CoV-2 vaccination during pregnancy-obstetric outcomes from a large cohort study*, 22 BMC Pregnancy Childbirth 166 (2022) | HHS_AAP 000224 - HHS_AAP 000230 |
| Devora Aharon et al., *In Vitro Fertilization and Early Pregnancy Outcomes After Coronavirus Disease 2019 (COVID-19) Vaccination*, 139 Obstet. & Gyn. 490-97 (2022) | HHS_AAP 000231 - HHS_AAP 000238 |
| Xinhua Lin et al., *Transplacental transmission of the COVID-19 vaccine messenger RNA: evidence from placental, maternal, and cord blood analyses postvaccination*, 230 Am. J. Obstet. Gyn. e113-e116 (2024) | HHS_AAP 000239 - HHS_AAP 000242 |
| K. Faksova et al., *COVID-19 vaccines and adverse events of special interest: A multinational Global Vaccine Data Network (GVDN) cohort study of 99 million vaccinated individuals*, 42 Vaccine 2200-11 (2024) | HHS_AAP 000243 - HHS_AAP 000254 |
| May 12, 2025 Memo re: Medical and Scientific Assessment of Secretary Becerra's Determination Recommending COVID-19 Vaccination of Children Less Than 18 Years of Age | HHS_AAP 000255 - HHS_AAP 000263 |
| Anna-Lisa Sorg et al., *Risk for severe outcomes of COVID-19 and PIMS-TS in* | HHS_AAP 000264 - HHS_AAP 000272 |

2

| | |
|---|---|
| *children with SARS-CoV-2 infection in Germany*, 181 Eur. J. Pediatr. 3635–43 (2022) | |
| Erjola Hani et al., Letter to the Editor, *Significantly lower infection fatality rates associated with SARS-CoV-2 Omicron (B.1.1.529) infection in children and young people: Active, prospective national surveillance, January-March2022, England*, 86 J. Infect. 397-98 (2023) | HHS_AAP 000273 - HHS_AAP 000275 |
| Nikolaj U. Friis et al., *COVID-19 mortality attenuated during widespread Omicron transmission, Denmark, 2020 to 2022*, Euro Surveill. 1-9 (Jan. 19, 2023) | HHS_AAP 000276 - HHS_AAP 000284 |
| Kelley Krohnert et al., *Statistical and Numerical Errors Made by the US Centers for Disease Control and Prevention During the COVID-19 Pandemic* (March 7, 2023), https://ssrn.com/abstract=4381627 or http://dx.doi.org/10.2139/ssrn.4381627 | HHS_AAP 000285 - HHS_AAP 000301 |
| Amy Beck and Monica Gandhi, *Adjudicating Reasons for Hospitalization Reveals That Severe Illness From COVID-19 in Children Is Rare*, 11 Hosp. Pediatr. 1-3 (2021) | HHS_AAP 000302 - HHS_AAP 000304 |
| Allison Krug et al., *BNT162b2 Vaccine-Associated Myo/Pericarditis in Adolescents: A Stratified Risk-Benefit Analysis*, 52 Eur. J. Clin. Invest. 1-16 (2022) | HHS_AAP 000305 - HHS_AAP 000320 |
| Kevin Bardosh et al., *COVID-19 vaccine boosters for young adults: a risk benefit assessment and ethical analysis of mandate policies at universities*, 23 J. Med. Ethics 126-38 (2024) | HHS_AAP 000321 - HHS_AAP 000333 |
| Tracy Beth Høeg et al., *Pitfalls of Using Observational Studies in Harm-Benefit analyses of BNT161b2 vaccination of 5-11-Year-Olds*, Epidem. & Infection 1-15 (2024), https://doi.org/10.1017/S0950268824000098 | HHS_AAP 000334 - HHS_AAP 000348 |
| Tracy Beth Høeg et al., *How methodological pitfalls have created widespread misunderstanding about long COVID*, 29 BMJ Evidence-Based Medicine 142-46 (2024) | HHS_AAP 000349 - HHS_AAP 000353 |
| Joel Selvakumar et al., *Prevalence and Characteristics associated with Post-Covid-19 Condition Among Nonhospitalized* | HHS_AAP 000354 - HHS_AAP 000369 |

3

| | |
|---|---|
| *Adolescents and Young Adults*, JAMA Network Open 1-16 (Mar. 30, 2023) | |
| Alasdair Munro et al., *Vaccination against COVID-19 — risks and benefits in children.* 183 Eur. J. Pediatr. 1107–12 (2024) | HHS_AAP 000370 - HHS_AAP 000375 |
| Joel Selvakumar et al., *Risk factors for fatigue severity in the post-COVID-19 condition: A prospective controlled cohort study of nonhospitalized adolescents and young adults*, 44 Brain, Behav. Immunity Health 1-10 (2025) | HHS_AAP 000376 - HHS_AAP 000385 |
| Øystein Karlstad et al., *SARS-CoV-2 Vaccination and Myocarditis in a Nordic Cohort Study of 23 Million Residents*, 7 JAMA Cardiol. 600–12 (2022) | HHS_AAP 000386 - HHS_AAP 000398 |
| Ian Kracalik et al., *CDC COVID-19 Response Team. Outcomes at least 90 days since onset of myocarditis after mRNA COVID-19 vaccination in adolescents and young adults in the USA: a follow-up surveillance study*, 6 Lancet Child Adolesc. Health 788-98 (2022) | HHS_AAP 000399 - HHS_AAP 000410 |
| Gilbert T. Chua et al., *Epidemiology of Acute Myocarditis/Pericarditis in Hong Kong Adolescents Following Comirnaty Vaccination*, 75 Clin. Infect. Dis. 673-81 (2022) | HHS_AAP 000411 - HHS_AAP 000419 |
| D. Mevorach et al., *Myocarditis after BNT162b2 mRNA Vaccine against Covid-19 in Israel*, 385 N. Eng. J. Med. 2140-49 (2021) | HHS_AAP 000420 - HHS_AAP 000429 |
| Jae Yeong Cho et al., *COVID-19 vaccination-related myocarditis: a Korean nationwide study*, 44 Eur. Heart J. 2234-43 (2023) | HHS_AAP 000430 - HHS_AAP 000439 |
| Adeel A. Butt et al., *Evaluation of mortality attributable to SARS-CoV-2 vaccine administration using national level data from Qatar*, 14 Nature Commun. 1-5 (2023) | HHS_AAP 000440 - HHS_AAP 000444 |
| K. Faksova et al., *COVID-19 vaccines and adverse events of special interest: A multinational Global Vaccine Data Network (GVDN) cohort study of 99 million vaccinated individuals*, 42 Vaccine 2200-11 (2024) | HHS_AAP 000445 - HHS_AAP 000456 |
| Jacob Dag Berild et al., *Analysis of Thromboembolic and Thrombocytopenic Events After the AZD1222, BNT162b2, and MRNA-1273 COVID-19 Vaccines in 3 Nordic* | HHS_AAP 000457 - HHS_AAP 000468 |

4

| | |
|---|---|
| *Countries*, 5 JAMA Network Open 1-12 (2022) | |
| Eunsun Lim et al., *The association between acute transverse myelitis and COVID-19 vaccination in Korea: Self-controlled case series study*, 32 Eur. J. Neurol. 1-10 (2025) | HHS_AAP 000469 - HHS_AAP 000478 |
| Mao Hu et al., *Safety of Ancestral Monovalent BNT162b2, mRNA-1273, and NVXCoV2373 COVID-19 Vaccines in US Children Aged 6 Months to 17 Years*, 7 JAMA Network Open 1-12 (2024) | HHS_AAP 000479 - HHS_AAP 000490 |
| Hyeon Seok Hwang et al., *Global burden of vaccine-associated kidney injury using an international pharmacovigilance database*, 15 Sci. Reps. 1-10 (2025) | HHS_AAP 000491 - HHS_AAP 000500 |
| Stine S. Hoffmann et al., *Overall Health Effects of mRNA COVID-19 Vaccines in Children and Adolescents: A Systematic Reviewand Meta-Analysis*, medRxiv 1-22 (Dec. 7, 2023), https://doi.org/10.1101/2023.12.07.23298573 | HHS_AAP 000501 - HHS_AAP 000522 |
| Sofia M. Buonocore and Robert G. van der Most, *Narcolepsy and H1N1 influenza immunology a decade later: What have we learned?*, Frontiers Immunol. 1-14 (Oct. 12, 2022) | HHS_AAP 000523 - HHS_AAP 000536 |
| Peter Doshi, *Pandemrix vaccine: why was the public not told of early warning signs?*, 362 BMJ 1-5 (2018) | HHS_AAP 000537 - HHS_AAP 000541 |
| Robert W. Frenck Jr. et al., *Safety, Immunogenicity, and Efficacy of the BNT162b2 Covid-19 Vaccine in Adolescents*, 385 N. Eng. J. Med. 239-50 (2021) | HHS_AAP 000542 - HHS_AAP 000553 |
| Kashif Ali et al., *Evaluation of mRNA-1273 SARS-CoV-2 vaccine in adolescents*, 385 N. Eng. J. Med. 2241-51 (2021) | HHS_AAP 000554 - HHS_AAP 000564 |
| Emmanuel B. Walter et al., *Evaluation of the BNT162b2 Covid-19 vaccine in children 5 to 11 years of age*, 386 N. Eng. J. Med. 35-46 (2022) | HHS_AAP 000565 - HHS_AAP 000576 |
| C.B. Creech et al., *Evaluation of mRNA-1273 Covid-19 vaccine in children 6 to 11 years of Age*, 386 N. Eng. J. Med. 2011-23 (2022) | HHS_AAP 000577 - HHS_AAP 000589 |

5

| | |
|---|---|
| Evan J. Anderson et al., *Evaluation of mRNA-1273 vaccine in children 6 months to 5 years of Age*, 387 N. Eng. J. Med. 1673-87 (2022) | HHS_AAP 000590 - HHS_AAP 000604 |
| Flor M. Muñoz et al., *Evaluation of BNT162b2 Covid-19 vaccine in children younger than 5 years of age*, 388 N. Eng. J. Med. 621-34 (2023) | HHS_AAP 000605 - HHS_AAP 000618 |
| H. Chemaitelly et al., *Covid-19 Vaccine Protection among Children and Adolescents in Qatar*, 387 N. Eng. J. Med. 1865-76 (2022) | HHS_AAP 000619 - HHS_AAP 000631 |
| Zhang et al., *Neutralizing antibody immune correlates in COVAIL trial recipients of an mRNA second COVID-19 vaccine boost*, 16 Nature Commun. 1-19 (2025) | HHS_AAP 000632 - HHS_AAP 000650 |
| Tracy B. Høeg et al., Letter to Editor, *Potential "Healthy Vaccinee Bias" in a Study of BNT162b2 Vaccine against Covid-19*, 389 N. Eng. J. Med. 284-85 (2023) | HHS_AAP 000651 - HHS_AAP 000653 |
| Tomaš Fürst et al., *Does the healthy vaccinee bias rule them all? Association of COVID-19 vaccination status and all-cause mortality from an analysis of data from 2.2 million individual health records*, 142 Int'l J. Infect. Dis. 1-6 (2024) | HHS_AAP 000654 - HHS_AAP 000659 |
| Hiam Chemaitelly et al., *Assessing healthy vaccinee effect in COVID-19 vaccine effectiveness studies: A national cohort study in Qatar*, medRxiv 1-52 (Sep. 3, 2024), https://doi.org/10.1101/2024.07.28.24311115 | HHS_AAP 000660 - HHS_AAP 000711 |
| CDC Dataset, Rates of COVID-19 Cases or Deaths by Age Group and Updated (Bivalent) Booster Status, *available at* https://data.cdc.gov/Public-Health-Surveillance/Rates-of-COVID-19-Cases-or-Deaths-by-Age-Group-and/54ys-qyzm | HHS_AAP 000712 - HHS_AAP 000712 |
| Correspondence between Dr. Hoeg and Secretary Kennedy | HHS_AAP 000713 - HHS_AAP 000713 |
| V. Prasad, et al., *An Evidence-Based Approach to COVID-19 Vaccination*, 392 N. Eng. J. Med. 2484-86 (2025) | HHS_AAP 000714 - HHS_AAP 000719 |
| August 23, 2021 letter from FDA to Pfizer, Inc. re: Biologics License Application Approval | HHS_AAP 000720 - HHS_AAP 000730 |

6

| | |
|---|---|
| December 16, 2021 letter from FDA to Pfizer, Inc. re: Supplement to Biologics License Application Approval | HHS_AAP 000731 - HHS_AAP 000732 |
| March 29, 2022 letter of authorization from FDA to ModernaTX, Inc. | HHS_AAP 000733 - HHS_AAP 000751 |
| June 17, 2022 letter of authorization from FDA to Pfizer, Inc. | HHS_AAP 000752 - HHS_AAP 000777 |
| COVID Recommendation FAQ | HHS_AAP 000778 - HHS_AAP 000781 |
| SPIKEVAX Prescribing Information Package Insert | HHS_AAP 000782 - HHS_AAP 000861 |
| COMIRNATY Prescribing Information Package Insert | HHS_AAP 000862 - HHS_AAP 000911 |
| J. Rose, N. Hulscher, P. A. McCullough, Determinants of COVID-19 vaccine-induced myocarditis. Therapeutic Advances in Drug Safety. 15 (2024), doi:10.1177/20420986241226566. | HHS_AAP 000912 - HHS_AAP 000926 |
| C. D. Andrews et al., OpenSAFELY: Effectiveness of covid-19 vaccination in children and adolescents (2024), doi:10.1101/2024.05.20.24306810. | HHS_AAP 000927 - HHS_AAP 000955 |
| Takada, K., Taguchi, K., Samura, M., Igarashi, Y., Okamoto, Y., Enoki, Y., Tanikawa, K., & Matsumoto, K. (2024). SARS-CoV-2 mRNA vaccine-related myocarditis and pericarditis: An analysis of the Japanese Adverse Drug Event Report database. Journal of Infection and Chemotherapy, 31(1), 102485. https://doi.org/10.1016/j.jiac.2024.07.025 | HHS_AAP 000956 - HHS_AAP 000961 |
| CDC Vaccine Recommendations Before, During, and After Pregnancy | HHS_AAP 000962 - HHS_AAP 000964 |
| CDC Child and Adolescent Immunization Schedule by Age (as of May 2025) | HHS_AAP 000965 - HHS_AAP 000981 |
| CDC Adult Immunization Schedule (as of May 2025) | HHS_AAP 000982 - HHS_AAP 000996 |
| June 18, 2022 Secretarial Directive on Pediatric COVID-19 Vaccines | HHS_AAP 000997 - HHS_AAP 000999 |
| June 24, 2022 Secretarial Directive on Pediatric COVID-19 Vaccines | HHS_AAP 001000 - HHS_AAP 001002 |
| April 2025 ACIP Meeting Agenda re: COVID-19 Vaccines and COVID-19 Materials presented at April 15-16, 2025 ACIP Meeting | HHS_AAP 001003 - HHS_AAP 001005 HHS_AAP 001006 - HHS_AAP 001018 HHS_AAP 001019 - HHS_AAP 001045 HHS_AAP 001046 - HHS_AAP 001074 HHS_AAP 001075 - HHS_AAP 001089 |

7

| | HHS_AAP 001090 - HHS_AAP 001158<br>HHS_AAP 001159 - HHS_AAP 001275 |
|---|---|
| Summary of VAERS Reports of Myocarditis, Pericarditis, and Myopericarditis Following Vaccination with mRNA COVID-19 Vaccines | HHS_AAP 001276 - HHS_AAP 001277 |
| | |
| **CDC Implementation of the Secretarial Directive** | |
| Emails from HHS to CDC regarding the Secretarial Directive, May 27, 2025 | HHS_AAP 001278 - HHS_AAP 001278<br>HHS_AAP 001279 - HHS_AAP 001280<br>HHS_AAP 001281 - HHS_AAP 001281 |
| First Information Copy Distribution of Secretarial Directive and Decision Memo to CDC, May 28, 2025 | HHS_AAP 001282 - HHS_AAP 001282<br>HHS_AAP 001283 - HHS_AAP 001283 |
| Secretarial Directive on Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women, May 19, 2025[1] | HHS_AAP 001284 - HHS_AAP 001284 |
| Decision Memo re: Recission of CDC Recommendations for COVID-19 Vaccines for Healthy Children and Pregnant Women, May 19, 2025 | HHS_AAP 001285 - HHS_AAP 001286 |
| Second Information Copy Distribution of Secretarial Directive and Decision Memo to CDC with dates corrected, May 28, 2025 | HHS_AAP 001287 - HHS_AAP 001288<br>HHS_AAP 001289 - HHS_AAP 001289 |
| Secretarial Directive on Pediatric COVID-19 Vaccines for Children Less Than 18 Years of Age and Pregnant Women, May 27, 2025 | HHS_AAP 001290 - HHS_AAP 001290 |
| Decision Memo re: Recission of CDC Recommendations for COVID-19 Vaccines for Healthy Children and Pregnant Women, May 27, 2025 | HHS_AAP 001291 - HHS_AAP 001292 |
| Materials considered by CDC to implement the Secretarial Directive | |
| CDC Decision Memorandum on the Advisory Committee for Immunization Practices' (ACIP) COVID-19 Vaccine Recommendations, June 18, 2022 | HHS_AAP 001293 - HHS_AAP 001295 |
| ACIP Recommendations: COVID-19 Vaccine | HHS_AAP 001296 - HHS_AAP 001298 |
| ACIP Shared Clinical Decision-Making | HHS_AAP 001299 - HHS_AAP 001301 |
| Underlying Conditions and the Higher Risk for Severe COVID-19 | HHS_AAP 001302 - HHS_AAP 001319 |
| CDC Vaccine Recommendations Before, During, and After Pregnancy | HHS_AAP 001320 - HHS_AAP 001322 |

[1] The initial version of the Directive that was distributed for implementation was mistakenly dated May 19, 2025, despite being executed on May 27, 2025. However, the Secretary executed another copy correctly dated May 27, 2025.

8

| | |
|---|---|
| CDC Immunization Schedules for Healthcare Professionals Webpages and PDFs Before Implementation | HHS_AAP 001323 - HHS_AAP 001324<br>HHS_AAP 001325 - HHS_AAP 001328<br>HHS_AAP 001329 - HHS_AAP 001331<br>HHS_AAP 001332 - HHS_AAP 001351<br>HHS_AAP 001352 - HHS_AAP 001352<br>HHS_AAP 001353 - HHS_AAP 001369<br>HHS_AAP 001370 - HHS_AAP 001381<br>HHS_AAP 001382 - HHS_AAP 001384<br>HHS_AAP 001385 - HHS_AAP 001389<br>HHS_AAP 001390 - HHS_AAP 001404 |
| Emails confirming updated immunization schedules were published, May 29, 2025 | HHS_AAP 001405 - HHS_AAP 001412<br>HHS_AAP 001413 - HHS_AAP 001413<br>HHS_AAP 001414 - HHS_AAP 001417 |
| CDC Immunization Schedules for Healthcare Professionals Webpages and PDFs, Updated May 29-30, 2025 | HHS_AAP 001418 - HHS_AAP 001418<br>HHS_AAP 001419 - HHS_AAP 001421<br>HHS_AAP 001422 - HHS_AAP 001424<br>HHS_AAP 001425 - HHS_AAP 001445<br>HHS_AAP 001446 - HHS_AAP 001462<br>HHS_AAP 001463 - HHS_AAP 001465<br>HHS_AAP 001466 - HHS_AAP 001468<br>HHS_AAP 001469 - HHS_AAP 001471<br>HHS_AAP 001472 - HHS_AAP 001485 |
| Email from H. Anderson to N. Witkofsky regarding CDC web updates, May 31, 2025 | HHS_AAP 001486 - HHS_AAP 001486 |
| CDC, National Center for Immunization and Respiratory Diseases (NCIRD) email outreach and stakeholder correspondence about the Secretarial Directive and corresponding immunization schedule updates, May-June 2025 | HHS_AAP 001487 - HHS_AAP 001488<br>HHS_AAP 001489 - HHS_AAP 001490<br>HHS_AAP 001491 - HHS_AAP 001491<br>HHS_AAP 001492 - HHS_AAP 001492<br>HHS_AAP 001493 - HHS_AAP 001494<br>HHS_AAP 001495 - HHS_AAP 001496<br>HHS_AAP 001497 - HHS_AAP 001497<br>HHS_AAP 001498 - HHS_AAP 001498<br>HHS_AAP 001499 - HHS_AAP 001500<br>HHS_AAP 001501 - HHS_AAP 001502<br>HHS_AAP 001503 - HHS_AAP 001503<br>HHS_AAP 001504 - HHS_AAP 001505<br>HHS_AAP 001506 - HHS_AAP 001507<br>HHS_AAP 001508 - HHS_AAP 001509<br>HHS_AAP 001510 - HHS_AAP 001511<br>HHS_AAP 001512 - HHS_AAP 001513<br>HHS_AAP 001514 - HHS_AAP 001514<br>HHS_AAP 001515 - HHS_AAP 001516<br>HHS_AAP 001517 - HHS_AAP 001517<br>HHS_AAP 001518 - HHS_AAP 001519<br>HHS_AAP 001520 - HHS_AAP 001520 |

9

| | |
|---|---|
| | HHS_AAP 001521 - HHS_AAP 001521 |
| | HHS_AAP 001522 - HHS_AAP 001523 |
| | HHS_AAP 001524 - HHS_AAP 001524 |
| | HHS_AAP 001525 - HHS_AAP 001526 |
| | HHS_AAP 001527 - HHS_AAP 001527 |
| | HHS_AAP 001528 - HHS_AAP 001528 |
| | HHS_AAP 001529 - HHS_AAP 001529 |
| | HHS_AAP 001530 - HHS_AAP 001530 |
| | HHS_AAP 001531 - HHS_AAP 001531 |
| | HHS_AAP 001532 - HHS_AAP 001537 |
| | HHS_AAP 001538 - HHS_AAP 001540 |
| CDC Immunization Schedules for Healthcare Professionals Webpages and PDFs, July-August 2025 | HHS_AAP 001541 - HHS_AAP 001543 |
| | HHS_AAP 001544 - HHS_AAP 001560 |
| | HHS_AAP 001561 - HHS_AAP 001564 |
| | HHS_AAP 001565 - HHS_AAP 001568 |
| | HHS_AAP 001569 - HHS_AAP 001589 |
| | HHS_AAP 001590 - HHS_AAP 001607 |
| | HHS_AAP 001608 - HHS_AAP 001610 |
| | HHS_AAP 001611 - HHS_AAP 001613 |
| | HHS_AAP 001614 - HHS_AAP 001615 |
| | HHS_AAP 001616 - HHS_AAP 001630 |
| | HHS_AAP 001631 - HHS_AAP 001634 |
| | HHS_AAP 001635 - HHS_AAP 001637 |
| | HHS_AAP 001638 - HHS_AAP 001639 |
| | HHS_AAP 001640 - HHS_AAP 001657 |
| | HHS_AAP 001658 - HHS_AAP 001660 |
| | HHS_AAP 001661 - HHS_AAP 001663 |
| | HHS_AAP 001664 - HHS_AAP 001665 |
| | HHS_AAP 001666 - HHS_AAP 001680 |
| CDC Easy-to-Read Webpages about COVID-19 Vaccine and Recommended Immunizations for Adults and Children Before and After Implementation | HHS_AAP 001681 - HHS_AAP 001682 |
| | HHS_AAP 001683 - HHS_AAP 001684 |
| | HHS_AAP 001685 - HHS_AAP 001686 |
| | HHS_AAP 001687 - HHS_AAP 001687 |
| | HHS_AAP 001688 - HHS_AAP 001688 |
| | HHS_AAP 001689 - HHS_AAP 001689 |
| | HHS_AAP 001690 - HHS_AAP 001692 |
| | HHS_AAP 001693 - HHS_AAP 001695 |
| | HHS_AAP 001696 - HHS_AAP 001698 |
| | HHS_AAP 001699 - HHS_AAP 001700 |
| | HHS_AAP 001701 - HHS_AAP 001702 |
| | HHS_AAP 001703 - HHS_AAP 001705 |
| | HHS_AAP 001706 - HHS_AAP 001707 |
| | HHS_AAP 001708 - HHS_AAP 001710 |
| | HHS_AAP 001711 - HHS_AAP 001713 |
| | HHS_AAP 001714 - HHS_AAP 001715 |

|  | HHS_AAP 001716 - HHS_AAP 001729<br>HHS_AAP 001730 - HHS_AAP 001732<br>HHS_AAP 001733 - HHS_AAP 001735 |
|---|---|
| Representative Collection of Related CDC COVID-19 Webpages Before and After Implementation | HHS_AAP 001736 - HHS_AAP 001912 |

11

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS,
*et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Case No. 1:25-cv-11916-BEM

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Matthew Zorn, Deputy General Counsel, of the United States Department of Health and Human Services, certify that the attached administrative record is to the best of my knowledge a true, correct, and complete copy of the non-privileged information that was directly or indirectly considered in connection with the CDC's decision to adopt the ACIP's September 19, 2025 recommendation for COVID-19 immunizations.

Executed this 13th day of April, 2026 in Washington, D.C.

MATTHEW C.
ZORN -S

Digitally signed by
MATTHEW C. ZORN -S
Date: 2026.04.13 16:14:05
-04'00'

_____
Matthew Zorn
Deputy General Counsel
Immediate Office of the General Counsel
U.S. Department of Health and Human Services

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
CDC's Adoption of the ACIP's September 19, 2025,
Recommendations on COVID-19 Immunizations
Administrative Record Index

| Document(s) | Bates Range |
|---|---|
| CDC Decision Memorandum – ACIP Recommendation for COVID-19 Vaccination, October 3, 2025 | HHS_AAP 001913 - HHS_AAP 001913; HHS_AAP 001914 - HHS_AAP 001917 |
| HHS Press Release: ACIP Recommends COVID-19 Immunization Based on Individual Decision-Making, September 19, 2025 | HHS_AAP 001918 - HHS_AAP 001921 |
| ACIP Meeting Minutes Summary, September 18-19, 2025 | HHS_AAP 001922 - HHS_AAP 002025 |
| Final ACIP Meeting Agenda, September 19, 2025 | HHS_AAP 002026 - HHS_AAP 002028 |
| Final ACIP COVID-19 vaccine vote language, September 19, 2025 | HHS_AAP 002029 - HHS_AAP 002029; HHS_AAP 002030 - HHS_AAP 002030; HHS_AAP 002031 - HHS_AAP 002036 |
| ACIP COVID-19 vaccine votes and voting summary, September 19, 2025 | HHS_AAP 002037 - HHS_AAP 002039; HHS_AAP 002040 - HHS_AAP 002040; HHS_AAP 002041 - HHS_AAP 002041 |
| ACIP Presentations on COVID-19 vaccines, September 19, 2025 | HHS_AAP 002042 - HHS_AAP 002044 |
| ACIP COVID-19 Immunization Work Group: Introduction, Dr. R. Levi, Work Group Chair | HHS_AAP 002045 - HHS_AAP 002052 |
| COVID-19 Vaccine Information Statement, January 31, 2025 | HHS_AAP 002053 - HHS_AAP 002054 |
| Updates to COVID-19 Epidemiology, Dr. A. Srinivasan (CDC/NCIRD); Coronavirus Disease 2019 (COVID-19) Hospitalization Surveillance Network (COVID-NET) \| Covid \| CDC, *available at* https://www.cdc.gov/covid/php/covid-net/index.html | HHS_AAP 002055 - HHS_AAP 002083 |
| COVID-19 Vaccination Implementation, Dr. A. Srinivasan (CDC/NCIRD) | HHS_AAP 002084 - HHS_AAP 002096 |
| Updates to COVID-19 Vaccine Effectiveness, Dr. A. Srinivasan (CDC/NCIRD) | HHS_AAP 002097 - HHS_AAP 002148 |
| Vaccine Safety Signal Detection and Evaluation, Dr. J. Su (CDC/Immunization Safety Office (ISO)) | HHS_AAP 002149 - HHS_AAP 002170 |
| Workgroup Safety Uncertainties of mRNA COVID Vaccines, Dr. W. El-Deiry and Dr. C. Kupperwasser | HHS_AAP 002171 - HHS_AAP 002186 |

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
CDC's Adoption of the ACIP's September 19, 2025,
Recommendations on COVID-19 Immunizations
Administrative Record Index

| Document(s) | Bates Range |
|---|---|
| Genomics of Vaccine-Induced Myocarditis, Dr. B. Carleton | HHS_AAP 002187 - HHS_AAP 002203 |
| Economic Analysis of COVID-19 Vaccination, Dr. A. Srinivasan on behalf of the University of Michigan | HHS_AAP 002204 - HHS_AAP 002228 |
| COVID-19 Vaccine Discussion Framing, 2025-2026, Dr. R. Levi | HHS_AAP 002229 - HHS_AAP 002268 |
| Additional Workgroup Considerations in COVID-19 Vaccination Policy and Practice, Dr. S. Perlman, Dr. H. Bernstein, and Dr. M. Miglis | HHS_AAP 002269 - HHS_AAP 002288 |
| Six Risks and Uncertainties Presented by COVID-19 Workgroup Chair, September 19, 2025 | HHS_AAP 002289 - HHS_AAP 002289 |
| Executive Summary, ACIP Meeting Day Two, September 19, 2025 | HHS_AAP 002290 - HHS_AAP 002292 |
| Detailed Notes, ACIP Meeting Day Two, September 19, 2025 | HHS_AAP 002293 - HHS_AAP 002301 |
| Comirnaty, FDA Approval Letter, August 27, 2025 | HHS_AAP 002302 - HHS_AAP 002307 |
| Comirnaty, FDA Chair Review Memorandum, September 26, 2025 | HHS_AAP 002308 - HHS_AAP 002319 |
| Mnexspike, FDA Approval Letter, August 27, 2025 | HHS_AAP 002320 - HHS_AAP 002323 |
| Mnexspike, FDA Chair Review Memorandum, September 26, 2025 | HHS_AAP 002324 - HHS_AAP 002329 |
| Nuvaxovid, FDA Approval Letter, August 27, 2025 | HHS_AAP 002330 - HHS_AAP 002333 |
| Spikevax, FDA Approval Letter, August 27, 2025 | HHS_AAP 002334 - HHS_AAP 002337 |
| Spikevax, FDA Chair Review Memorandum, September 26, 2025 | HHS_AAP 002338 - HHS_AAP 002343 |
| National Immunization Survey, May 7, 2025, (COVID-19 Vaccination Coverage and Intent for Vaccination, Adults 18 Years and Older, United States \| COVIDVaxView \| CDC, *available at* https://data.cdc.gov/Vaccinations/National-Immunization-Survey-Adult-COVID-Module-NI/si7g-c2bs/about_data) | HHS_AAP 002344 - HHS_AAP 002346 |

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
**CDC's Adoption of the ACIP's September 19, 2025,
Recommendations on COVID-19 Immunizations
Administrative Record Index**

| Document(s) | Bates Range |
|---|---|
| COVID-19 Bivalent Booster Vaccination Coverage and Intent to Receive Booster Vaccination Among Adolescents and Adults — United States, November–December 2022 | HHS_AAP 002347 - HHS_AAP 002355 |
| Letter to ACIP members, September 19, 2025 | HHS_AAP 002356 - HHS_AAP 002357; HHS_AAP 002358 - HHS_AAP 002360 |
| Summary of anticipated votes, September 19, 2025 | HHS_AAP 002361 - HHS_AAP 002362 |
| Draft meeting agendas, September 12-18, 2025 | HHS_AAP 002363 - HHS_AAP 002364; HHS_AAP 002365 - HHS_AAP 002367 |
| August 2025 Federal Register Notice of the ACIP meeting and written public comments | HHS_AAP 002368 - HHS_AAP 002369; HHS_AAP 002370 - HHS_AAP 003324 |
| AI Summary of written public comments | HHS_AAP 003325 - HHS_AAP 003327 |
| Emails regarding the COVID-19 vaccine manufacturers' statements at the ACIP meeting | HHS_AAP 003328 - HHS_AAP 003331; HHS_AAP 003332 - HHS_AAP 003334; HHS_AAP 003335 - HHS_AAP 003335; HHS_AAP 003336 - HHS_AAP 003341; HHS_AAP 003342 - HHS_AAP 003346; HHS_AAP 003347 - HHS_AAP 003348 |
| COVID-19 Vaccine Materials, ACIP Meeting, June 25-26, 2025 | |
| Final Agenda for ACIP Meeting, June 25-26, 2025 | HHS_AAP 003349 - HHS_AAP 003350 |
| ACIP Meeting Minutes Summary, June 25-26, 2025 | HHS_AAP 003351 - HHS_AAP 003438 |
| COVID-19 Session, Dr. A. MacNeil (CDC/NCIRD) | HHS_AAP 003439 - HHS_AAP 003445 |
| Current Epidemiology of COVID-19, Dr. A. MacNeil (CDC/NCIRD) | HHS_AAP 003446 - HHS_AAP 003503 |
| Updates to COVID-19 Vaccine Effectiveness, Dr. A. MacNeil (CDC/NCIRD) | HHS_AAP 003504 - HHS_AAP 003544 |
| Update on CDC's COVID-19 Vaccine Safety Monitoring, Dr. S. Meyer (CDC/ISO) | HHS_AAP 003545 - HHS_AAP 003585 |
| COVID-19 Vaccination Implementation, Dr. G. Peacock (CDC/NCIRD) | HHS_AAP 003586 - HHS_AAP 003594 |
| Evidence to Recommendations (partial) for 2025-2026 COVID-19 Vaccination, Dr. A. MacNeil (CDC/NCIRD) | HHS_AAP 003595 - HHS_AAP 003600 |

# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Case No. 1:25-cv-11916-BEM

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Matthew Zorn, Deputy General Counsel, of the United States Department of Health and Human Services (HHS), certify that the attached partial administrative record is to the best of my knowledge a true and correct copy of the non-privileged and non-confidential information that was directly or indirectly considered in connection with HHS's reconstitution of the Advisory Committee on Immunization Practices (ACIP) through January 13, 2026. This partial record does not include documents that contain confidential information.

Executed this 17th day of April, 2026 in Washington, D.C.

**MATTHEW C. ZORN -S**

Digitally signed by MATTHEW C. ZORN -S
Date: 2026.04.17 20:34:49 -04'00'

Matthew Zorn
Deputy General Counsel
Immediate Office of the General Counsel
U.S. Department of Health and Human Services

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| Document(s)[1] | Bates Range |
|---|---|
| May 23, 2025 Executive Order on Restoring Gold Standard Science | HHS_AAP 003601 - HHS_AAP 003612 |
| June 9, 2025 Press Release | HHS_AAP 003613 - HHS_AAP 003615 |
| June 9, 2025 Decision Memo re: Termination of Current Advisory Committee on Immunization Practices (ACIP) | HHS_AAP 003616 - HHS_AAP 003616 |
| | HHS_AAP 003617 - HHS_AAP 003617 |
| June 9, 2025 Decision Memo re: Removal of Current and Prospective ACIP Members* | |
| June 9, 2025 Wall Street Journal Op-Ed by HHS Secretary Robert F. Kennedy, Jr. | HHS_AAP 003618 - HHS_AAP 003620 |
| July 21, 2003 United Press International Article, "The Vaccine Conflict" | HHS_AAP 003621 - HHS_AAP 003638 |
| August 21, 2000 House Committee on Government Reform Report on Conflicts of Interest in Vaccine Policy Making | HHS_AAP 003639 - HHS_AAP 003684 |
| December 2009 HHS Office of the Inspector General Report re: CDC's Ethics Program for Special Government Employees on Federal Advisory Committees | HHS_AAP 003685 - HHS_AAP 003737 |
| June 9, 2025 Notification of ACIP terminations and DFO Appointment* | |
| June 9, 2025 Notification Letters of ACIP Termination* | |
| June 11, 2025 X Post by Secretary Kennedy | HHS_AAP 003738 - HHS_AAP 003740 |
| ACIP Member Information | HHS_AAP 003741 - HHS_AAP 003751 |
| ACIP Reference Manual | HHS_AAP 003752 - HHS_AAP 003882 |
| Congressional Research Service ACIP Fact Sheet | HHS_AAP 003883 - HHS_AAP 003885 |
| ACIP Overview Presentation | HHS_AAP 003886 - HHS_AAP 003899 |
| Requests for Designation of Agency Representatives to the ACIP* | |
| June 24, 2025 Decision Memos re: Appointment of New Members to the ACIP, CDC* | |
| June 24, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003900 - HHS_AAP 003904 |
| Attachment B - Membership Balance Plan | HHS_AAP 003905 - HHS_AAP 003908 |
| Attachment C- ACIP Membership Roster | HHS_AAP 003909 - HHS_AAP 003915 |
| Attachment D - Financial Operating Plan* | |

---

[1] Index entries marked with an asterisk (*) indicate that some or all of the documents have been withheld as confidential.

1

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| | |
|---|---|
| Attachment E – Curricula Vitae of the Nominees* | |
| Attachment F- HS-532 Requests for Approval of June Nominees for Public Advisory Committees* | |
| June 25, 2025 Michael Ross ACIP Withdrawal* | |
| September 10, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003916 - HHS_AAP 003920 |
| Attachment B - Membership Balance Plan | HHS_AAP 003921 - HHS_AAP 003924 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003925 - HHS_AAP 003932 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |
| September 15, 2025 Press Release | HHS_AAP 003933 - HHS_AAP 003936 |
| November 26, 2025 Decision Memo re: Nomination to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003937 - HHS_AAP 003941 |
| Attachment B - Membership Balance Plan | HHS_AAP 003942 - HHS_AAP 003945 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003946 - HHS_AAP 003953 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curriculum Vitae of Nominee* | |
| Attachment F - HS-532 Request for Approval of Nominees for Public Advisory Committees* | |
| December 3, 2025 Decision Memo Re: Request to Amend the Charter of the CDC's ACIP | HHS_AAP 003954 - HHS_AAP 003956 |
| Amendment to the Charter of the ACIP | HHS_AAP 003957 - HHS_AAP 003961 |
| CDC OSBI Email | HHS_AAP 003962 - HHS_AAP 003964 |
| December 3, 2025 Decision Memo re: Chair and Vice Chair Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003965 - HHS_AAP 003969 |
| Attachment B - Membership Balance Plan | HHS_AAP 003970 - HHS_AAP 003973 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003974 - HHS_AAP 003981 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |

2

*AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| | |
|---|---|
| December 23, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003982 - HHS_AAP 003986 |
| Attachment B - Membership Balance Plan | HHS_AAP 003987 - HHS_AAP 003990 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003991- HHS_AAP 003998 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |
| January 13, 2026 Press Release | HHS_AAP 003999 - HHS_AAP 004002 |
| Biographies of ACIP Candidates* | |
| HHS Communications re: ACIP Charter | HHS_AAP 004003 - HHS_AAP 004003 |
| HHS Communications re: FACA and PHSA | HHS_AAP 004004 - HHS_AAP 004004 |
| Communications between HHS and Potential ACIP Nominees* | |
| HHS Correspondence re: Potential ACIP Nominees* | |
| ACIP Nominations Submitted to the CDC Website and Resource Mailbox* | |
| HHS Correspondence with External Stakeholders re: ACIP Reform and Committee Nominations* | |
| HHS Meeting re: Potential ACIP Nominees* | |
| Public and Congressional Comments on ACIP Reconstitution* | HHS_AAP 004005 - HHS_AAP 004011 |
| | HHS_AAP 004012 - HHS_AAP 004017 |
| | HHS_AAP 004018 - HHS_AAP 004021 |
| | HHS_AAP 004022 - HHS_AAP 004033 |
| | HHS_AAP 004034 - HHS_AAP 004038 |
| | HHS_AAP 004039 - HHS_AAP 004044 |
| | HHS_AAP 004045 - HHS_AAP 004053 |
| | HHS_AAP 004054 - HHS_AAP 004054 |
| | HHS_AAP 004055 - HHS_AAP 004060 |
| | HHS_AAP 004061 - HHS_AAP 004064 |
| | HHS_AAP 004065 - HHS_AAP 004065 |

# EXHIBIT 4

| | |
|---|---|
| **From:** | Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov> |
| **Sent:** | Tuesday, April 21, 2026 5:50 PM |
| **To:** | James J. Oh |
| **Cc:** | Robert Wanerman; Elizabeth McEvoy; Daniella R. Lee; Kathleen Barrett; Harlow, James W. |
| **Subject:** | RE: AAP AR #3 - Request to Meet and Confer |

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Jimmy,

Thank you for your patience, and apologies for the delay in responding. Defendants are actively considering all the issues raised in your emails, and there are ongoing discussions among several different government offices. James and I are working diligently to move these discussions forward and send you a substantive response as soon as possible.

Although we're not in a position to have a meaningful discussion today, we're aiming to get back to you in the next day or two. Once we do so, we're hopeful that the parties can resolve many of the issues you raised amongst themselves.

Thanks,
Isaac


**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov

# EXHIBIT 5

| | |
|---|---|
| **From:** | Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov> |
| **Sent:** | Wednesday, April 22, 2026 9:05 PM |
| **To:** | James J. Oh; Kathleen Barrett |
| **Cc:** | Daniella R. Lee; Elizabeth McEvoy; Richard H. Hughes IV; Harlow, James W. |
| **Subject:** | RE: AAP Proposed Protective Order |
| **Attachments:** | AAP - Proposed Protective Order - 2026.04.08 Draft - DOJ revisions.docx |

**\*\*\* EXTERNAL EMAIL \*\*\***

Jimmy,

In the attached draft, we revised the proposed protective order in tracked changes based on your comments. Our responses to your comments are below in red. If you have any questions, please let us know.

Additionally, tomorrow, 4/23, Defendants intend to file a motion seeking to stay proceedings until the later of May 15, 2026 (the deadline to appeal the Court's preliminary relief order) or the resolution of any appeal taken by Defendants from the Court's preliminary relief order. The requested stay will promote judicial economy, conserve Court and party resources, and avoid the potential for inconsistent rulings because a decision on appeal could narrow the issues in dispute or provide guidance on how to resolve them. A stay of proceedings would not harm Plaintiffs because Defendants do not seek to stay the Court's preliminary relief order, and that order remains in full effect and continues to protect Plaintiffs against any irreparable harm.

Would you please let us know Plaintiffs' position on this stay motion? If the motion is opposed, we plan to ask the Court to order expedited briefing on the motion and decide it as soon as practicable.

Thanks,
Isaac


**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov

# EXHIBIT 6

| | |
|---|---|
| **From:** | Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov> |
| **Sent:** | Thursday, April 30, 2026 5:21 PM |
| **To:** | James J. Oh; Harlow, James W. |
| **Cc:** | Richard H. Hughes IV; Kathleen Barrett; Daniella R. Lee; Elizabeth McEvoy; Robert Wanerman |
| **Subject:** | RE: Defendants' Motion to Stay Proceedings |

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Jimmy,

We will produce AR #4 tomorrow if the Court has not granted our motion to stay proceedings.

Thanks,
Isaac


**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov

**From:** James J. Oh <JOh@ebglaw.com>
**Sent:** Thursday, April 30, 2026 1:07 PM
**To:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>; Harlow, James W. <James.W.Harlow@usdoj.gov>
**Cc:** Richard H. Hughes IV <RHHughes@ebglaw.com>; Kathleen Barrett <KBarrett@ebglaw.com>; Daniella R. Lee <DLee@ebglaw.com>; Elizabeth McEvoy <EMcEvoy@ebglaw.com>; Robert Wanerman <RWanerman@ebglaw.com>
**Subject:** [EXTERNAL] RE: Defendants' Motion to Stay Proceedings

Hi, Isaac.

So I guess the answer to my question is no, Defendants are not going to withdraw their motion.

What about my other question?  Are you producing AR #4 tomorrow?  Inquiring minds want to know.

Thanks.

Jimmy

## James J. Oh
Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470

1

joh@ebglaw.com



**James J. Oh** | Bio
t 312.499.1470 | f 312.827.9525
JOh@ebglaw.com

227 W. Monroe Street, Suite 4500 | Chicago, IL 60606
t 312.499.1400 | www.ebglaw.com

---

**From:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>
**Sent:** Thursday, April 30, 2026 11:39 AM
**To:** James J. Oh <JOh@ebglaw.com>; Harlow, James W. <James.W.Harlow@usdoj.gov>
**Cc:** Richard H. Hughes IV <RHHughes@ebglaw.com>; Kathleen Barrett <KBarrett@ebglaw.com>; Daniella R. Lee <DLee@ebglaw.com>; Elizabeth McEvoy <EMcEvoy@ebglaw.com>; Robert Wanerman <RWanerman@ebglaw.com>
**Subject:** RE: Defendants' Motion to Stay Proceedings

---

<div style="background:yellow">*** EXTERNAL EMAIL ***</div>

---

Hi Jimmy,

We are not aware of any inaccuracies in our stay motion. Would you please let us know which statements in our motion you believe are now inaccurate?

Thanks,
Isaac


**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov

---

**From:** James J. Oh <JOh@ebglaw.com>
**Sent:** Wednesday, April 29, 2026 8:53 PM
**To:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>; Harlow, James W. <James.W.Harlow@usdoj.gov>
**Cc:** Richard H. Hughes IV <RHHughes@ebglaw.com>; Kathleen Barrett <KBarrett@ebglaw.com>; Daniella R. Lee <DLee@ebglaw.com>; Elizabeth McEvoy <EMcEvoy@ebglaw.com>; Robert Wanerman <RWanerman@ebglaw.com>
**Subject:** [EXTERNAL] Defendants' Motion to Stay Proceedings

Isaac and James,

Do Defendants intend to withdraw their Motion to Stay Proceedings as it no longer accurately states the procedural posture of this case now that Defendants have filed a Notice of Appeal?

Regardless, I note that AR # 4 on the January 2026 changes to the CDC immunization schedule is due this Friday, May 1. Please confirm that Defendants will be complying with that Court-ordered deadline, as there is no stay yet and Defendants have not requested an extension or modification of that deadline.

Jimmy

## *James J. Oh*

Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606
(312) 499-1470
joh@ebglaw.com



**James J. Oh** | Bio
t 312.499.1470 | f 312.827.9525
JOh@ebglaw.com

227 W. Monroe Street, Suite 4500 | Chicago, IL 60606
t 312.499.1400 | www.ebglaw.com

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.