**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>     *Plaintiffs,*<br><br>     vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>     *Defendants.* | Case No. 1:25-cv-11916 (BEM)<br><br>District Judge: Hon. Brian E. Murphy |

## DECLARATION OF JAMES J. OH

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.    I am lead trial counsel for Plaintiffs in the above-titled action.

2.    Attached hereto as Exhibit 1 is "Appellants' Emergency Motion Under FRAP 8(a)(2)(A)(ii), For Relief Pending Appeal" filed by Children's Health Defense, Andrea Shaw, Shanticia Nelson, Dr. Paul Thomas, and Dr. Kenneth Stoller with the First Circuit Court of Appeals on April 4, 2026.

3.    Attached hereto as Exhibit 2 is the order from the First Circuit Court of Appeals dated April 9, 2026, denying the motion identified above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2026.

                                          */s/ James J. Oh*                
                                          James J. Oh