**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, |
| Plaintiffs, |
| v. |
| ROBERT F. KENNEDY, JR., *et al.*, |
| Defendants. |

Case No. 1:25-cv-11916-BEM

**Defendants' Unopposed Motion for Relief from the May 22, 2026**
**Deadline to File the Administrative Records on the Docket**

On May 20, 2026, the Court ordered, among other things, that Defendants "file the administrative record on the docket no later than May 22, 2026." ECF No. 315. For the reasons discussed below, Defendants respectfully request to be excused from that deadline. Defendants conferred with Plaintiffs, who do not oppose this request.

The six administrative records in this case contain both confidential and nonconfidential documents. Defendants have produced the nonconfidential documents in each record directly to Plaintiffs in accordance with the schedule set by the Court. Defendants, however, refrained from producing the confidential portions of each record pending entry of a protective order. For several weeks, the parties have been negotiating the terms of a proposed protective order, which Defendants hope to file before the May 29 joint status report. Once a protective order is entered, Defendants will produce the confidential record documents to Plaintiffs. The proposed protective order also will contain mechanisms for filing confidential documents under seal or in redacted form. But those protections will be negated if Defendants are required to publicly file today

1

documents that will be designated confidential under the protective order.

Defendants additionally request relief from filing the nonconfidential portions of each record today. The nonconfidential portions alone total more than 14,600 pages. Rather than file such a voluminous amount of material on the docket now, without knowing which "parts" actually will be "cited by a party" at summary judgment, 5 U.S.C. § 706, Defendants request an opportunity to confer with Plaintiffs about the most efficient means of furnishing the relevant record excerpts to the Court and then to submit a proposal to the Court.

For the foregoing reasons, Defendants respectfully request to be excused from the May 22, 2026 deadline to file all administrative records on the docket.

May 22, 2026                                Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General

                                           ERIC J. HAMILTON
                                           Deputy Assistant Attorney General

                                           */s/ James W. Harlow*
                                           JAMES W. HARLOW
                                           Acting Assistant Director
                                           ISAAC C. BELFER (D.C. Bar No. 1014909)
                                           Trial Attorney
                                           Federal Programs Branch
                                           Civil Division
                                           U.S. Department of Justice
                                           1100 L Street, NW
                                           Washington, DC 20005
                                           (202) 514-6786 (Harlow)
                                           (202) 305-7134 (Belfer)
                                           James.W.Harlow@usdoj.gov
                                           Isaac.C.Belfer@usdoj.gov

                                           *Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATE

Per Local Rule 7.1, counsel for Defendants state that they conferred with counsel for Plaintiffs by videoconference on May 21, 2026, and counsel for Plaintiffs stated that Plaintiffs do not oppose this motion.

*/s/ James W. Harlow*
James W. Harlow

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

May 22, 2026                                        */s/ James W. Harlow*
                                                    James W. Harlow