## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>          Defendants. | Case No. 1:25-cv-11916-BEM |

**Order Granting Defendants' Unopposed Motion for Relief from the May 22, 2026
Deadline to File the Administrative Records on the Docket**

Before the Court is Defendants' Unopposed Motion for Relief from the May 22, 2026

Deadline to File the Administrative Records on the Docket. Having considered the motion in

light of the governing standards, it is hereby ORDERED that the motion is GRANTED.

Defendants are relieved from filing the administrative record on the docket by May 22, 2026.

    SO ORDERED.


Dated: May 22, 2026                         /s/ Brian E. Murphy

                                           Brian E. Murphy
                                           Judge, United States District Court