**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS,
*et al.*,

               Plaintiffs,

     v.

ROBERT F. KENNEDY, JR., *et al.*,

             Defendants.

Case No. 1:25-cv-11916-BEM

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), the parties jointly move for the entry

of a protective order in this case. The parties have reached agreement as to the contents of that

order, and a copy of their proposed Stipulated Protective Order is attached as Exhibit A. The

parties therefore respectfully move for adoption of that order for the reasons discussed below.

**DISCUSSION**

The Court may, for good cause, issue a protective order governing the disclosure of

information in any of a variety of circumstances. *See* Fed. R. Civ. P. 26(c)(1). Good cause exists

for the entry of a protective order here.

For this Administrative Procedure Act case, judicial review is based on the administrative

records for the challenged actions. Because Plaintiffs challenge six actions, Defendants are

compiling six administrative records. The documents contained in these administrative records

include confidential information belonging to parties and/or non-parties, as well as personally

identifiable information; protected health information; documents relating to a person's past,

present, or potential future employment; and information otherwise protected by the Privacy Act

or the Health Insurance Portability and Accountability Act of 1996. Defendants are obligated by

statute and regulation to maintain the confidentiality of such information. *See, e.g.*, 5 U.S.C. § 552a; 18 U.S.C. § 1905; 21 U.S.C. § 331(j).

The proposed Stipulated Protective Order attached to this motion would allow Defendants to disclose the complete administrative records to Plaintiffs in a manner consistent with the above obligations. Absent such a protective order, Defendants would ordinarily need to comprehensively review the administrative records for confidential information and protected privacy information and redact such information from the documents before they are disclosed to Plaintiffs. Given the volume of the administrative records at issue here, that approach would require significant additional time and resources while also limiting Plaintiffs' access to information they may consider to be material to their claims or defenses. Entry of the attached Stipulated Protective Order would therefore facilitate a more efficient and expeditious resolution of this case.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

Respectfully submitted,

By: */s/ Isaac C. Belfer*
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

Respectfully submitted,

By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
          kbarrett@ebglaw.com

2

*Attorney for Defendants*

Dated: May 29, 2026

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:     617.603.1100
Fax:     617.249.1573
Email:  emcevoy@ebglaw.com
          gcostello@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:     202.861.0900
Fax:     202.296.2882
Email:  rhhughes@ebglaw.com
          sgerson@ebglaw.com
          rwanerman@ebglaw.com
          wwalters@ebglaw.com

Daniella R. Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:     813.367.9454
Fax:     813.367.9441
Email:  dlee@ebglaw.com

*Attorneys for Plaintiffs*

3

## LOCAL RULE 7.1 CERTIFICATE

Per Local Rule 7.1, counsel for Defendants state that they conferred with counsel for Plaintiffs by email on May 28–29, 2026, and counsel for Plaintiffs stated that Plaintiffs join this motion.

*/s/ Isaac C. Belfer*
Isaac C. Belfer

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


May 29, 2026                                  */s/ Isaac C. Belfer*
                                             Isaac C. Belfer