## **EXHIBIT 1: CONFIDENTIALITY AGREEMENT**

I, _____ , hereby acknowledge, agree and certify under penalty of perjury that:

1.      I have read the Stipulated Protective Order ("Order") entered in the civil action captioned *American Academy of Pediatrics, et al. v. Kennedy, et al.*, No. 1:25-cv-11916-BEM, in the United States District Court for the District of Massachusetts.

2.      I understand the terms of the Order.

3.      I hereby agree to be bound by and comply with the terms of the Order, and not to disseminate or disclose any information subject to the Order that I review or about which I am told, to any person, entity, party, or agency for any reason, except in accordance with the terms of the Order.

4.      I understand that a violation of the Order may subject me to contempt proceedings and to legal and equitable remedies, including damages.

5.      I understand and agree that money damages would not be a sufficient remedy for breach of the Order and that a party that asserts the confidential interest shall be entitled to specific performance and injunctive or other equitable relief as a remedy for any such breach.  I agree to waive any requirement for the securing or posting of any bond in connection with such remedy.  Such remedy shall not be deemed to be the exclusive remedy for breach of the Order but shall be in addition to all remedies available at law or equity.

6.      I hereby irrevocably submit to the jurisdiction of the United States District Court for the District of Massachusetts, or any other court of competent jurisdiction, for purposes of ensuring compliance with the terms and conditions of the Order and for civil remedies in the form of legal and equitable relief, including damages, for any breach thereof.

Executed on_____

_____
Signature

_____
Printed Name

2