# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Case No. 1:25-cv-11916-BEM

## Joint Status Report

The parties write jointly to update the Court regarding "the current status of the case." ECF No. 315. The administrative records in this case contain both confidential and nonconfidential documents. Defendants have produced nonconfidential documents to Plaintiffs but refrained from producing confidential documents pending entry of a protective order. Earlier today, the parties filed a Joint Motion for Entry of Protective Order. ECF No. 318. Within seven days after the Court enters the protective order, Defendants will produce the confidential documents to Plaintiffs subject to the protective order.

The parties agree it is premature to address potential concerns about the completeness of the administrative records and to set a summary judgment briefing schedule before Defendants have completed production of the confidential portions of the administrative records. Similarly, the parties agree it is premature to hold a status conference regarding these issues. Thus, the parties respectfully request that the Court cancel the status conference scheduled for June 2, 2026. After Defendants have produced the confidential portions of the administrative records and the parties have had an opportunity to meet and confer about any record issues, the parties will file a further Joint Status Report.

Respectfully submitted,

Respectfully submitted,

By: */s/ Isaac C. Belfer*
Isaac C. Belfer (D.C. Bar No. 1014909)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Attorney for Defendants*

Dated: May 29, 2026

By: */s/ James J. Oh*
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
         kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com
         gcostello@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
         sgerson@ebglaw.com
         rwanerman@ebglaw.com
         wwalters@ebglaw.com

Daniella R. Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:    813.367.9454
Fax:    813.367.9441
Email: dlee@ebglaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

May 29, 2026                    /s/ Isaac C. Belfer
                               Isaac C. Belfer