UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ACADEMY OF PEDIATRICS,
*et al*.,

      Plaintiffs,

  v.

ROBERT F. KENNEDY, JR., *et al.*,

      Defendants.

Case No. 1:25-cv-11916-BEM

## NOTICE OF APPEARANCE OF COUNSEL

  I, Matthew Zorn, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services ("HHS"); HHS; Jay Bhattacharya, in his official capacity as Acting Director of the Centers for Disease Control and Prevention ("CDC"); and CDC. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

July 7, 2026

           Respectfully submitted,

           */s/ Matthew C. Zorn*
           Matthew C. Zorn
           Senior Counsel to the
            Associate Attorney General
           U.S. Department of Justice
           950 Pennsylvania Avenue NW
           Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


July 7, 2026                                                    */s/ Matthew C. Zorn*
                                                               Matthew C. Zorn