# EXHIBIT C

# United States Court of Appeals
## For the First Circuit
_____

No. 26-1503

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS, INC.; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; SOCIETY FOR MATERNAL-FETAL MEDICINE; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; JANE DOE; JANE DOE 2; JANE DOE 3,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; UNITED STATES FOOD & DRUG ADMINISTRATION; JAY BHATTACHARYA, in the official capacities as Director of the National Institutes of Health and as Acting Director of Centers for Disease Control and Prevention; NATIONAL INSTITUTES OF HEALTH; CENTERS FOR DISEASE CONTROL AND PREVENTION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KYLE DIAMANTAS, in the official capacity as Acting Commissioner of the Food and Drug Administration, DOES 1-50, Inclusive,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: June 16, 2026

This matter is before the court on defendants-appellants' "motion to expedite appeal and for expedited briefing schedule" and on plaintiffs-appellees' opposition to that motion. Those filings are resolved as follows. Briefing in this matter will proceed on the following schedule:

-- the opening brief shall be filed by June 17, 2026;

-- the response brief shall be filed by July 16, 2026;

-- any reply brief shall be filed within 11 days following service of the response brief, but also may be filed in advance of that date.

Briefing extensions should not be expected. Oral argument, to the extent deemed necessary, will be scheduled as soon as practicable after the completion of briefing, and this matter will be resolved without undue delay.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R. George, Thomas Pulham, Michael L. Fitzgerald, Ashley Cheung Honold, Matthew Charles Zorn, Isaac Belfer, Douglas C. Dreier, James W. Harlow, Stanley Edmund Woodward, Jr., Robert E. Wanerman, Stuart M. Gerson, Elizabeth J. McEvoy, Kathleen Barrett, James J. Oh, Jeremy A. Avila, Richard H. Hughes, IV, William Walters, Maurice Wells, Daniella R. Lee, Gianna Monet Costello, Robert N. Meltzer, Richard Jaffe, Jose A. Perez, Francisco Maria Negrón, Jr., Molly A. Meegan, Thanithia R. Billings, Meaghan Hannan Davant, Kimberly A. Parker, Mark L. Hanin, Andrew Matthew London, Caroline Lindsay Farrell, Ashley H. Wisneski, Holly E. Peterson, Kevin M. Serafino, David Steven Schumacher, Wendy Ellen Parmet, Heather M. Romero, Julia Caldwell, Andrew J. Pincus, Natasha Harnwell-Davis, Allison Aviki, Graham White, Crystal Paulino, Megan Barbero, Kyle H. Keraga, Sarah Allen, Marilyn J. Icsman