**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> Defendants. | Case No. 1:25-cv-11916-BEM |

**[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS PENDING APPEAL AND TO POSTPONE RECORD DISPUTES**

Before the Court is Defendants' Renewed Motion to Stay Proceedings Pending Appeal and to Postpone Record Disputes. Having considered the motion in light of the governing standards, it is hereby ORDERED that the motion is GRANTED. Proceedings in this case are stayed pending the First Circuit's decision in Defendants' appeal of this Court's preliminary relief order.

SO ORDERED.


Dated: _____          _____
                                                                                Brian E. Murphy
                                                                                Judge, United States District Court