## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF PHYSICIANS, INC., AMERICAN PUBLIC HEALTH ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, MASSACHUSETTS PUBLIC HEALTH ASSOCIATION D/B/A MASSACHUSETTS PUBLIC HEALTH ALLIANCE, SOCIETY FOR MATERNAL-FETAL MEDICINE, THE MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, JANE DOE 1, JANE DOE 2, and JANE DOE 3, | Case No. 1:25-cv-11916-BEM |
| *Plaintiffs,* | **STATUS REPORT** |
| vs. | |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JIM O'NEILL, in his official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; and DOES 1–50, inclusive, | |
| *Defendants.* | |

Pursuant to the Court's Order of June 25, 2026 (ECF 323), the parties submit the following Status Report regarding the six Administrative Records ("ARs") and a proposed briefing schedule for the remaining record disputes.

**Plaintiffs' Report**

The government has made rolling productions of the ARs in this case, with the first AR produced on March 12, 2026, regarding the May 2025 Secretarial Directive regarding the Covid-

19 vaccine (AR #1). The government made supplemental productions on AR #1, #3 (ACIP reconstitution), and #4 (childhood schedule) on June 8. Since June 8, the parties have met and conferred on multiple occasions by video and email. Those efforts have been exhausted, and disputes remain on whether all ARs are complete as set forth in Plaintiffs' counsel's email to defense counsel on July 8. (See Exhibit A, attached hereto). Accordingly, Plaintiffs intend to file a Motion to Complete Administrative Records by Friday, July 17.

**Defendants' Report**

As set forth in Defendants' renewed motion to stay, Defendants request the Court postpone briefing about any record disputes until at least the stay motion is resolved. ECF No. 325, at 3. This "brief deferral costs nothing." *Id.* 10. By contrast, it ensures the parties do not waste time and effort now litigating record disputes when the Court might stay the case (in whole or in part) "and may spare the Court from issuing rulings that the First Circuit's forthcoming decision could unsettle." *Id.*

However, if the Court is inclined to set a briefing schedule now, Defendants ask that their opposition to Plaintiffs' forthcoming Motion to Complete the Administrative Records be due on August 14, 2026. If past is prologue, Plaintiffs' Motion may raise dozens of objections to the completeness of the six ARs. It will require significant time for Defendants to rebut each of these objections. Additionally, over the next several weeks, Defendants' litigation counsel have dispositive motion briefing due in multiple cases and multiple oral arguments scheduled around the country. Accordingly, Defendants request until August 14 to respond to Plaintiffs' forthcoming Motion to Complete the Administrative Records.

Respectfully submitted,

By: */s/ James W. Harlow*
James W. Harlow
Senior Trial Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 514-6786
James.w.harlow@usdoj.gov

*Attorney for Defendants*

Dated: July 10, 2026

Respectfully submitted,

By: */s/ James J. Oh* (IL Bar No. 6196413)
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
        kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com
        gcostello@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
        sgerson@ebglaw.com
        rwanerman@ebglaw.com
        wwalters@ebglaw.com

Daniella R. Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:    813.367.9454
Fax:    813.367.9441
Email: dlee@ebglaw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed and served through the ECF system upon the

following parties on this 10th day of July 2026:

| | |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services | Jay Bhattacharya, MD, PhD, in his official capacity as Acting Director Centers for Disease Control and Prevention |
| c/o Leah Belaire Foley, US Attorney<br>Michael L. Fitzgerald<br>Office of the US Attorney for the District of Massachusetts<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>michael.fitzgerald2@usdoj.gov | c/o Isaac Belfer<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Isaac.C.Belfer@usdoj.gov |

James W. Harlow
DOJ-Civ
Consumer Protection Branch
P.O Box 386
Washington, D.C. 20044
James.w.harlow@usdoj.gov

/s/ James J. Oh
James J. Oh

4