# EXHIBIT A

## James J. Oh

| | |
|---|---|
| **From:** | Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov> |
| **Sent:** | Thursday, July 9, 2026 2:50 PM |
| **To:** | James J. Oh; Belfer, Isaac C. |
| **Cc:** | Richard H. Hughes IV; Kathleen Barrett; Daniella R. Lee; Elizabeth McEvoy; Robert Wanerman |
| **Subject:** | RE: Meet and Confer on Supplemental Administrative Records |

**\*\*\* EXTERNAL EMAIL \*\*\***

Defendants' position remains that ARs 1-6 all are complete.

For purposes of the JSR due tomorrow, Defendants will reiterate our view that record disputes should be tabled until after the renewed stay motion. But recognizing that the Court may disagree, I'm happy to discuss a proposed briefing schedule for your motion to complete the record. Do you have a desired date for filing the motion?

James

**From:** James J. Oh <JOh@ebglaw.com>
**Sent:** Wednesday, July 8, 2026 11:54 PM
**To:** Harlow, James W. (CIV) <James.W.Harlow@usdoj.gov>; Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>
**Cc:** Richard H. Hughes IV <RHHughes@ebglaw.com>; Kathleen Barrett <KBarrett@ebglaw.com>; Daniella R. Lee <DLee@ebglaw.com>; Elizabeth McEvoy <EMcEvoy@ebglaw.com>; Robert Wanerman <RWanerman@ebglaw.com>
**Subject:** [EXTERNAL] RE: Meet and Confer on Supplemental Administrative Records

James,

Thank you for your responses today to my July 7 email, which followed-up on our July 6 meet and confer. With regard to your #4, below, we do not agree that a motion to complete the record should be tabled until after the Court resolves the stay motion. With regard to your request for plaintiffs to specifically identify documents that plaintiffs believe are properly part of the Administrative Records in this case but were excluded, please allow me to remind you that I have sent correspondence to you and Isaac detailing with specificity categories of documents that Plaintiffs believe are missing from ARs ## 1, 3, and 4. For your convenience, I identify the correspondence I have previously sent on ARs 1, 3, and 4, as well as address the other ARs:

**AR #1 (May 27, 2025  Secretarial Directive):** the government produced AR #1 on March 12. I sent a letter to you and Isaac on March 31, 2026, letter listing 32 categories of documents that Plaintiffs contend are missing from AR #1. I re-sent my March 31 letter as an attachment to a May 18, 2026, email. On June 8, Defendants supplemented ARs ## 3-5, but, since my March 31 letter, Defendants have not supplemented AR #1. In your email

1

below, you confirmed that AR #1, "as certified, is complete." Plaintiffs have satisfied their meet and confer obligation on AR #1.

**AR #2 (September 2025 ACIP vote on the Covid vaccine):**  Defendants produced this AR on April 13. Since then, Defendants have made no supplemental production and have represented that AR #2, as certified, is complete. Plaintiffs believe that this AR is not complete. Defendants produced in this AR the agenda for the June 25, 2025, ACIP meeting (3349-50). At that meeting, six presentations were made on COVID-19, none of which focused on an informed consent process for the Covid vaccine. Yet, in document 2361-62, titled "Next ACIP Meeting: Anticipated Votes," the document states that a vote at the September 18-19 ACIP meeting was anticipated on COVID-19 Vaccines as follows: "It is the sense of the committee that the CDC engages in an effort to promote more consistent and comprehensive informed consent processes, and as part of that considers adding language accessible to patients and medical providers to describe at least the six risks and uncertainties included in the WG chair presentation." There are no documents in this AR that predate September 18 that explain why the ACIP voted on September 19, 2025, to make the Covid vaccine SCDM for everyone 6 months and older. In spite of Defendants' certification that this AR is complete, please advise by close of business on Monday, July 13, whether Defendants will search for and produce documents that predate September 19, 2025, that explain how and why the ACIP voted on September 19 to make the Covid vaccine SCDM for all, who was involved in that decision, and what evidence, data, and documents were relied upon, or, alternatively, advise whether Defendants stand on their position that this AR is complete.

**AR #3 (ACIP Reconstitution):**  an AR on the ACIP Reconstitution was produced on April 17, 2026. In an email on April 18, 2026, I listed six categories of documents missing from this AR. In response to my meet and confer efforts on this AR, Isaac sent an email on April 22, 2025, in which he stated that Defendants intended to file a motion to stay proceedings. On May 1, the Court denied the motion to stay, and on June 8, Defendants made a supplemental production of documents (which I agree contains emails that indicate how individuals other than James Pagano were first identified as a candidate for the ACIP). You have confirmed that this AR "is complete, including as to emails involving Aaron Siri (or his law firm) and conflicts vetting."  Plaintiffs have satisfied their meet and confer obligation on AR #3.

**AR #4 (Childhood Schedule):** this AR (less Confidential documents) was produced on May 1. Attached to an email that I sent to you and Isaac on May 21 was a document titled CATEGORIES OF DOCUMENTS MISSING FROM AR #4 (CHILDHOOD IMMUNIZATION SCHEDULE) that listed 10 categories of documents that Plaintiffs contended were missing from this AR. Defendants made a supplemental production to this AR on June 8,

2026. You have stated that Defendants' "position remains that, as certified, the records are complete." Plaintiffs have satisfied their meet and confer obligation on AR #4.

**AR #5 (December 2025 ACIP vote on Hep B):**  Defendants made an initial production of this AR on May 5, 2026, and a supplemental production on June 8, 2026. At the June, 2025 ACIP meeting, the Hepatitis B vaccine was not on the agenda. The Hep B vaccine was, however, on the agenda at the ACIP meeting on both September 18 and 19. There are no documents in this AR that predate the September 18-19 ACIP meeting that explain how and why the Hep B vaccine wound up on the agenda for the September 18-19 ACIP meeting, nor any documents dated between the September 18-19 ACIP meeting and the December ACIP meeting that explain why the ACIP voted at the December 4-5 meeting to eliminate the recommendation that newborns receive the Hep B vaccine. Although Defendants just served on July 2 a revised Certification of Supplemental Administrative Record representing that this AR is "complete," please advise by COB on Monday, July 13, whether Defendants will search for and produce the documents specified in this paragraph or whether they stand on their position that this AR is complete.

**AR #6 (ACIP June 2025 Thimerosal vote):**  Defendants produced this AR on May 13, 2026, and have not made a supplemental production. The topic of thimerosal in vaccines was not on the agenda for the April 15-16, 2025, ACIP meeting, but then appears on the agenda for the June 25-26 meeting of the newly-constituted ACIP. There are no documents in this AR that explain how and why thimerosal was on the agenda for the June 25-26 meeting, why there was a vote, or why Lyn Redwood was designated to make a presentation on thimerosal on June 26, 2025, at the ACIP meeting. Please advise by COB on Monday, July 13, whether Defendants will search for and produce the documents specified in this paragraph or whether they stand on their representation that this AR is complete.

If you would like to discuss, please advise.

Thank you.

Jimmy


**James J. Oh**
Epstein Becker Green
227 W. Monroe
Suite 4500
Chicago, IL  60606