**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | |
| *Plaintiffs,* | Case No. 1:25-cv-11916 (BEM) |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*, | |
| *Defendants.* | |

## <u>DECLARATION OF JAMES J. OH</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.      I am lead trial counsel for Plaintiffs in the above-titled action.

2.      Attached as Exhibit A is Defendants' Certification of Administrative Record, (April 17, 2026).

3.      Attached as Exhibit B is a true and correct copy of the April 18, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

4.      Attached as Exhibit C is a true and correct copy of the April 21, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

5.      Attached as Exhibit D is a true and correct copy of the April 22, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

6. Attached as Exhibit E is a true and correct copy of the United States Court of Appeals for the First Circuit, Case No. 26-1503, June 16, 2026's Order, granting Defendants' Motion to Expedite Appeal and For Expedited Briefing Schedule.

7. Attached as Exhibit F is a true and correct copy of the June 29, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

8. Attached as Exhibit G is a true and correct copy of the July 2, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

9. Attached as Exhibit H is a true and correct copy of the July 7, 2026, email correspondence between Plaintiffs' and Defendants' counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2026.

*/s/ James J. Oh*
James J. Oh