# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., *et al.*,

Defendants.

Case No. 1:25-cv-11916-BEM

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Matthew Zorn, Deputy General Counsel, of the United States Department of Health and Human Services (HHS), certify that the attached partial administrative record is to the best of my knowledge a true and correct copy of the non-privileged and non-confidential information that was directly or indirectly considered in connection with HHS's reconstitution of the Advisory Committee on Immunization Practices (ACIP) through January 13, 2026. This partial record does not include documents that contain confidential information.

Executed this 17th day of April, 2026 in Washington, D.C.

MATTHEW C. ZORN -S

Digitally signed by MATTHEW C. ZORN -S
Date: 2026.04.17 20:34:49 -04'00'

Matthew Zorn
Deputy General Counsel
Immediate Office of the General Counsel
U.S. Department of Health and Human Services

***AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)**
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| **Document(s)[1]** | **Bates Range** |
|---|---|
| May 23, 2025 Executive Order on Restoring Gold Standard Science | HHS_AAP 003601 - HHS_AAP 003612 |
| June 9, 2025 Press Release | HHS_AAP 003613 - HHS_AAP 003615 |
| June 9, 2025 Decision Memo re: Termination of Current Advisory Committee on Immunization Practices (ACIP) | HHS_AAP 003616 - HHS_AAP 003616<br>HHS_AAP 003617 - HHS_AAP 003617 |
| June 9, 2025 Decision Memo re: Removal of Current and Prospective ACIP Members* | |
| June 9, 2025 Wall Street Journal Op-Ed by HHS Secretary Robert F. Kennedy, Jr. | HHS_AAP 003618 - HHS_AAP 003620 |
| July 21, 2003 United Press International Article, "The Vaccine Conflict" | HHS_AAP 003621 - HHS_AAP 003638 |
| August 21, 2000 House Committee on Government Reform Report on Conflicts of Interest in Vaccine Policy Making | HHS_AAP 003639 - HHS_AAP 003684 |
| December 2009 HHS Office of the Inspector General Report re: CDC's Ethics Program for Special Government Employees on Federal Advisory Committees | HHS_AAP 003685 - HHS_AAP 003737 |
| June 9, 2025 Notification of ACIP terminations and DFO Appointment* | |
| June 9, 2025 Notification Letters of ACIP Termination* | |
| June 11, 2025 X Post by Secretary Kennedy | HHS_AAP 003738 - HHS_AAP 003740 |
| ACIP Member Information | HHS_AAP 003741 - HHS_AAP 003751 |
| ACIP Reference Manual | HHS_AAP 003752 - HHS_AAP 003882 |
| Congressional Research Service ACIP Fact Sheet | HHS_AAP 003883 - HHS_AAP 003885 |
| ACIP Overview Presentation | HHS_AAP 003886 - HHS_AAP 003899 |
| Requests for Designation of Agency Representatives to the ACIP* | |
| June 24, 2025 Decision Memos re: Appointment of New Members to the ACIP, CDC* | |
| June 24, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003900 - HHS_AAP 003904 |
| Attachment B - Membership Balance Plan | HHS_AAP 003905 - HHS_AAP 003908 |
| Attachment C- ACIP Membership Roster | HHS_AAP 003909 - HHS_AAP 003915 |
| Attachment D - Financial Operating Plan* | |

[1] Index entries marked with an asterisk (*) indicate that some or all of the documents have been withheld as confidential.

***AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)**
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| | |
|---|---|
| Attachment E – Curricula Vitae of the Nominees* | |
| Attachment F- HS-532 Requests for Approval of June Nominees for Public Advisory Committees* | |
| June 25, 2025 Michael Ross ACIP Withdrawal* | |
| September 10, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003916 - HHS_AAP 003920 |
| Attachment B - Membership Balance Plan | HHS_AAP 003921 - HHS_AAP 003924 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003925 - HHS_AAP 003932 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |
| September 15, 2025 Press Release | HHS_AAP 003933 - HHS_AAP 003936 |
| November 26, 2025 Decision Memo re: Nomination to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003937 - HHS_AAP 003941 |
| Attachment B - Membership Balance Plan | HHS_AAP 003942 - HHS_AAP 003945 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003946 - HHS_AAP 003953 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curriculum Vitae of Nominee* | |
| Attachment F - HS-532 Request for Approval of Nominees for Public Advisory Committees* | |
| December 3, 2025 Decision Memo Re: Request to Amend the Charter of the CDC's ACIP | HHS_AAP 003954 - HHS_AAP 003956 |
| Amendment to the Charter of the ACIP | HHS_AAP 003957 - HHS_AAP 003961 |
| CDC OSBI Email | HHS_AAP 003962 - HHS_AAP 003964 |
| December 3, 2025 Decision Memo re: Chair and Vice Chair Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003965 - HHS_AAP 003969 |
| Attachment B - Membership Balance Plan | HHS_AAP 003970 - HHS_AAP 003973 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003974 - HHS_AAP 003981 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |

***AAP v. Kennedy*, No. 1:25-cv-11916 (D. Mass.)**
**Reconstitution of the Advisory Committee on Immunization Practices (ACIP)**
**Administrative Record Index**

| | |
|---|---|
| December 23, 2025 Decision Memo re: Nominations to the ACIP* | |
| Attachment A - ACIP Charter | HHS_AAP 003982 - HHS_AAP 003986 |
| Attachment B - Membership Balance Plan | HHS_AAP 003987 - HHS_AAP 003990 |
| Attachment C - ACIP Membership Roster | HHS_AAP 003991- HHS_AAP 003998 |
| Attachment D - Financial Operating Plan* | |
| Attachment E - Curricula Vitae of Nominees* | |
| Attachment F - HS-532 Requests for Approval of Nominees for Public Advisory Committees* | |
| January 13, 2026 Press Release | HHS_AAP 003999 - HHS_AAP 004002 |
| Biographies of ACIP Candidates* | |
| HHS Communications re: ACIP Charter | HHS_AAP 004003 - HHS_AAP 004003 |
| HHS Communications re: FACA and PHSA | HHS_AAP 004004 - HHS_AAP 004004 |
| Communications between HHS and Potential ACIP Nominees* | |
| HHS Correspondence re: Potential ACIP Nominees* | |
| ACIP Nominations Submitted to the CDC Website and Resource Mailbox* | |
| HHS Correspondence with External Stakeholders re: ACIP Reform and Committee Nominations* | |
| HHS Meeting re: Potential ACIP Nominees* | |
| Public and Congressional Comments on ACIP Reconstitution* | HHS_AAP 004005 - HHS_AAP 004011 |
| | HHS_AAP 004012 - HHS_AAP 004017 |
| | HHS_AAP 004018 - HHS_AAP 004021 |
| | HHS_AAP 004022 - HHS_AAP 004033 |
| | HHS_AAP 004034 - HHS_AAP 004038 |
| | HHS_AAP 004039 - HHS_AAP 004044 |
| | HHS_AAP 004045 - HHS_AAP 004053 |
| | HHS_AAP 004054 - HHS_AAP 004054 |
| | HHS_AAP 004055 - HHS_AAP 004060 |
| | HHS_AAP 004061 - HHS_AAP 004064 |
| | HHS_AAP 004065 - HHS_AAP 004065 |