# EXHIBIT C

**From:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>
**Sent:** Tuesday, April 21, 2026 5:50 PM
**To:** James J. Oh
**Cc:** Robert Wanerman; Elizabeth McEvoy; Daniella R. Lee; Kathleen Barrett; Harlow, James W.
**Subject:** RE: AAP AR #3 - Request to Meet and Confer

***** EXTERNAL EMAIL *****

Hi Jimmy,

Thank you for your patience, and apologies for the delay in responding. Defendants are actively considering all the issues raised in your emails, and there are ongoing discussions among several different government offices. James and I are working diligently to move these discussions forward and send you a substantive response as soon as possible.

Although we're not in a position to have a meaningful discussion today, we're aiming to get back to you in the next day or two. Once we do so, we're hopeful that the parties can resolve many of the issues you raised amongst themselves.

Thanks,
Isaac

**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov