# EXHIBIT D

**From:** Belfer, Isaac C. <Isaac.C.Belfer@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 9:05 PM
**To:** James J. Oh; Kathleen Barrett
**Cc:** Daniella R. Lee; Elizabeth McEvoy; Richard H. Hughes IV; Harlow, James W.
**Subject:** RE: AAP Proposed Protective Order
**Attachments:** AAP - Proposed Protective Order - 2026.04.08 Draft - DOJ revisions.docx

***** EXTERNAL EMAIL *****

Jimmy,

In the attached draft, we revised the proposed protective order in tracked changes based on your comments. Our responses to your comments are below in red. If you have any questions, please let us know.

Additionally, tomorrow, 4/23, Defendants intend to file a motion seeking to stay proceedings until the later of May 15, 2026 (the deadline to appeal the Court's preliminary relief order) or the resolution of any appeal taken by Defendants from the Court's preliminary relief order. The requested stay will promote judicial economy, conserve Court and party resources, and avoid the potential for inconsistent rulings because a decision on appeal could narrow the issues in dispute or provide guidance on how to resolve them. A stay of proceedings would not harm Plaintiffs because Defendants do not seek to stay the Court's preliminary relief order, and that order remains in full effect and continues to protect Plaintiffs against any irreparable harm.

Would you please let us know Plaintiffs' position on this stay motion? If the motion is opposed, we plan to ask the Court to order expedited briefing on the motion and decide it as soon as practicable.

Thanks,
Isaac

**Isaac C. Belfer**
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 305-7134 | Isaac.C.Belfer@usdoj.gov