## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, <br><br>    *Plaintiffs,* <br><br>     v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*, <br><br>    *Defendants.* | Case No. 1:25-cv-11916 (BEM) |

### DECLARATION OF JAMES J. OH IN SUPPORT OF
### PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORDS

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.  I am an attorney at the law firm Epstein Becker & Green and lead trial counsel for Plaintiffs in the above-titled action.

2.  I submit this declaration in support of Plaintiffs' Motion to Complete the Administrative Records.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of a memorandum to the Secretary recommending an "informed consent process" for COVID-19 vaccinations, designated as HHS_AAP 000255-000263 in AR 1.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of a memorandum to the Secretary regarding COVID-19 vaccinations for pregnant women, designated as HHS_AAP 000094-000097 in AR 1.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the final agenda for the June 25-26, 2025, meeting of the Advisory Committee on Immunization Practices ("ACIP"), designated as HHS_AAP 003349-003350 in AR 2.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the summary of anticipated votes at the September 2025 ACIP meeting, designated as HHS_AAP 002361-002362 in AR 2.

7. Attached hereto as **Exhibit 5** is a true and correct copy of correspondence between ███████████, "█████████", and █████████, designated as HHS_AAP 015991 in AR 3.

8. Attached hereto as **Exhibit 6** is a true and correct copy of correspondence between █████████ and █████████, designated as HHS_AAP 016028 – 016029 in AR 3.

9. Attached hereto as **Exhibit 7** is a true and correct copy of correspondence between █████████, █████████, █████████, and █████████, designated as HHS_AAP 015578 – 015583 in AR 3.

10. Attached hereto as **Exhibit 8** is a true and correct copy of correspondence between "█████████", █████████, and █████████, designated as HHS_AAP 015557 in AR 3.

11. Attached hereto as **Exhibit 9** is a true and correct copy of correspondence between █████████, █████████, "████, "███████", and █████████, designated as HHS_AAP 015587 in AR 3.

12. Attached hereto as **Exhibit 10** is a true and correct copy of correspondence between █████████ and █████████ designated as HHS_AAP 015684 in AR 3.

13. Attached hereto as **Exhibit 11** is a true and correct copy of correspondence between █████████ to █████████, designated as HHS_AAP 015777-015778 in AR 3.

14.    Attached hereto as **Exhibit 12** is a copy of correspondence between ███████████ ███ to "R Kennedy" and "██████████", designated as HHS_AAP 016036-016037 in AR 3.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of an email dated May 19, 2025, from Hannah Anderson to William Archer and Matthew Thompson regarding ACIP membership that was provided to Senator Bernie Sanders by Dr. Debra Houry, the former chief medical office at the CDC.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of an email dated May 19, 2025, from Dr. Demetre Daskalakis, the former director of the National Center for Immunization and Respiratory Diseases to Dr. Debra Houry that was provided to Senator Bernie Sanders by Dr. Debra Houry, the former chief medical office at the CDC.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of an email dated May 21, 2025, from Dr. Debra Houry to Dr. Demetre Daskalakis that was provided to Senator Bernie Sanders by Dr. Debra Houry, the former chief medical office at the CDC.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of an email dated June 16, 2025, from Stuart Burns to Debra Houry, Rebecca Greco Kone, Nita Witkofsky, and Mina Zadeh that was provided to Senator Bernie Sanders by Dr. Debra Houry, the former chief medical office at the CDC.

19.    Attached as **Exhibit 17** are true and correct copies of email exchanges between counsel during their meet and confer discussions.

I declare under penalty of perjury and under the laws of the State of Illinois and the law of the United States that the foregoing is true and correct.

Executed on July 17, 2026.

_/s/ James J. Oh_____
James J. Oh