# EXHIBIT 1

**MEMORANDUM TO THE SECRETARY**

**THROUGH:** **HEATHER MELANSON, CHIEF OF STAFF**
**CORTNEY MCCORMICK, EXECUTIVE SECRETARY**

**FROM:** **MATTHEW MEMOLI, M.D., M.S., PRINCIPAL DEPUTY DIRECTOR, NIH**

**SARA BRENNER, M.D., M.P.H., PRINCIPAL DEPUTY COMMISSIONER, FDA**

**SUBJECT:** **Medical and Scientific Assessment of Secretary Becerra's Determination Recommending COVID-19 Vaccination of Children Less Than 18 Years of Age**

**DATE:** **May 12, 2025**

On June 18 and June 24, 2022, Secretary of Health and Human Services Becerra issued "Secretarial Directives" recommending that children between the ages of 6 months and 17 years receive the COVID-19 vaccine. At this time, after a review of relevant existing data, including new studies unavailable to Secretary Becerra when he issued his Directives on June 18, 2022, and June 24, 2022, there is no clear evidence that the benefits of vaccination for COVID-19 outweigh the risk of harm in children under 18 years of age.

Vaccines are products designed to be given to individuals to stimulate immunity against a certain pathogen thereby preventing disease and its sequelae. A departmental recommendation of any vaccination should be based on a careful evaluation of probable benefits weighed against risks and potential harms. The benefits and risks of vaccination should be clearly established using randomized controlled trials prior to a recommendation. Vaccination of any population should only be recommended when it is clear, based on the best available evidence from these trials, that the benefits are likely to outweigh the known and potential risks of the vaccines. Once a recommendation is made, reevaluation of the recommendation is regularly required, as new data will continue to emerge as a vaccine is used in a population and as a pathogen evolves.

**Risks of COVID-19 to Children**

*Mortality*

The risks associated with SARS-COV-2 infection, and subsequent clinical disease known as COVID-19, in children under 18 has been extremely low since the novel virus emerged in 2019. A review using death certificates in countries with widespread COVID-19 testing found that deaths were over-attributed to COVID-19 by as much as 40-50% early in the pandemic and possibly as high as 60-70% after the emergence of Omicron (Friis, 2023). This type of over-attribution led to widespread misunderstanding among the U.S. population about the mortality attributable to COVID-19 in children due to CDC's public dashboard on COVID-19 deaths, COVID Data Tracker, which consistently overstated the number of deaths attributed to COVID-19 in children by 20% or more compared with the CDC's standard and more carefully adjudicated National Center for Healthcare Statistics database (Krohnert, 2023). A clearer picture of the low risk in children emerged in multiple studies, including a landmark study from 2020-2021 of over 750,000 healthy children ages 5-17 infected with SARS-CoV-2. This study identified no deaths due to the virus in their cohort (Sorg, 2022). This study was performed early in the pandemic when death rates were highest from COVID-19 and prior to the current widespread immunity and evolution of milder SARS-COV-2 variants. A subsequent study found the omicron subvariants later in the pandemic posed even lower risk to children with an over 3-fold reduction in infection mortality rate in children and young people compared to early in the pandemic (Hani, 2023), while some of the few overall deaths observed occurred in vaccinated children. By the end of 2023, CDC reported a death rate in children under 18 of 0.5 per million cases (https://data.cdc.gov/Public-Health-Surveillance/Rates-of-COVID-19-Cases-or-Deaths-by-Age-Group-and/54ys-qyzm) with that number likely an over-estimate given unreliable denominators (total number of actual infections was higher than captured in the data) and has been decreasing even further since. These data together suggest that the mortality from SARS-CoV-2 infection among children without underlying health conditions is much less than one per million, which is significantly less than from RSV or influenza. Furthermore, there is no clear evidence that vaccination plays a role in preventing these exceedingly rare deaths.

*Hospitalization*

Hospitalization rates of children from COVID-19 are also extremely low and have decreased since 2019; they are now substantially lower than for influenza and RSV in the United States. Similar to COVID-19 deaths, starting early in the pandemic, hospitalization rates of children due to SARS-CoV-2 in the U.S. were likely overestimated by at least 40% (Beck, 2021). This suggests that nearly half or more of the children who had been reported to be hospitalized from COVID-19 were hospitalized either due to other illness or injury, or unnecessarily hospitalized due to fear of COVID-19. This again gave the public an inaccurate sense that hospitalization due to

severe COVID-19 was common in children. This also likely led to an inflated perceived effect of vaccination on hospitalization, as the vaccine availability calmed some of these fears.

*Multi-Inflammatory Syndrome in Children (MIS-C)*

An additional condition of potential risk related to COVID-19 in children is a post-infection inflammatory condition, named Multi-Inflammatory Syndrome in Children (MIS-C). This condition was rare, but is now exceedingly rare with less than 80 total cases nationwide in 2024. To date, no randomized controlled trials have demonstrated a reduction in risk of this condition due to vaccination. Observational data assessing effectiveness of COVID-19 vaccines against MIS-C are likely unreliable due to underlying biases (Høeg, 2024).

*Long COVID*

Long COVID is a diagnosis which suffers from broad and imprecise case definitions (Høeg, 2024). However, the most well-conducted studies indicate that infection-related lasting symptoms in children are exceedingly rare (Selvakumar, 2023; Høeg, 2023). Randomized studies have also not assessed the efficacy of vaccination against Long COVID (Munro, et al.). One study among Norwegian children found vaccination to be an independent risk factor for more severe fatigue following SARS-CoV-2 infection (Selvakumar, 2025) suggesting a possible worsening of Long COVID associated symptoms, but observational studies have been mixed and prone to multiple biases when evaluating the relationship between vaccination and Long COVID. (Høeg, 2023; Høeg, 2024).

**Vaccination Risks**

*Post-Vaccination Myocarditis and Pericarditis, Including Sudden Cardiac Death and Sequelae*

Post-vaccination myo- and pericarditis are well-established side effects of COVID-19 vaccination identified in adolescent boys and girls (Krug, 2022; Kracalik, 2023). About 1 in 2,700 boys vaccinated with a second dose of Pfizer were hospitalized with myo- and/or pericarditis according to a prospective study from Hong Kong (Chua, 2022). Post-vaccination myocarditis can be severe and may have lasting consequences in children and young adults (Kracalik, 2023). In that study, about 1 in 5 children were admitted to intensive care for the condition. At 90 days follow up, over 30% had still not been cleared for physical activity and about 25% were still being prescribed medications. Rates of subclinical myo- and pericarditis, and associated long term health outcomes, have yet to be fully characterized.

Deaths post-vaccination due to myocarditis appear to be rare but have been reported in young people (Mevorach, 2021). A nationwide Korean study (Cho, 2023) attributed 21 total deaths to vaccination-induced myocarditis, corresponding to a death rate of 1-2 per million primary series mRNA vaccinations given in the 12–44-year-old age group, consistent with a nationwide study from Qatar (Butt, 2023). In these two studies together, there was one death and three

fulminant cases in those under 21, highlighting a serious risk of vaccination that should be weighed with a lack of certainty of vaccination benefit and an exceedingly low rate of death among children—well below 1 per million infections in healthy children.

While myocarditis can be a consequence of SARS-CoV-2 infection in children and young people, the risk from vaccination appears to be significantly higher. A study performed in 2021 (Karlstad, 2022) that included 23 million residents of Norway, Sweden, Denmark, and Finland ages 12 and older found no cases of post-COVID myocarditis in children between 12-15 years of age, but did find cases in 16–24-year-olds. However post-vaccination myocarditis was at least six times more common than myocarditis post-COVID infection among both males and females (details in supplement). Furthermore, no robust evidence has shown vaccination to reduce post-COVID-19 myocarditis risks.

*Additional Safety Signals and Potential Risks of Vaccination in Children*

Additional risks that have been associated with mRNA vaccination include but are not limited to seizures, Bell's palsy, transverse myelitis, clotting disorders, strokes, heart attacks, and acute kidney injury (Faskova, 2024; Dag Berild, 2022; Lim 2025; Hu, 2024; Hwang, 2025). Analysis of the randomized trials in children suggests there may be an increased risk of non-COVID-19 lower respiratory tract infection (Hoffman, 2023). The potential benefit in healthy children of vaccination is very small given the low risk of severe disease and, based on existing data, may not outweigh the risks of vaccination. This is most likely the reason why, as mentioned during the 2025 ACIP meeting on April 15, 2025, the U.S. is currently a global outlier in recommending yearly routine vaccination of children under 18 for COVID-19. The WHO European Nations, Australia, Canada, and the UK do not currently recommend routine vaccination of non-high-risk children. Denmark notably does not offer the COVID-19 vaccine to anyone under the age of 65 unless they have certain underlying medical conditions and children <18 may not receive a COVID-19 vaccine unless they have a chronic illness and have been assessed by a pediatrician who recommends vaccination for them. Notably, the Director General of the Danish Health Authority, Søren Brostrøm, stated in the summer of 2022 that "it was a mistake" (det var in fejl) to vaccinate children for COVID-19. Furthermore, updated versions of COVID-19 vaccines, which claim to provide protection against severe illness due to infection with new subvariants, may have additional, new, and/or unknown risks. The clinical efficacy of updated vaccines has also not been established on the basis of randomized controlled trials and health outcomes data; and similarly, comprehensive adverse event data has yet to be captured and fully analyzed for these new products, leading to an incomplete benefit/risk analysis. An example of this in another setting was the 2009 inactivated influenza vaccine, Pandemrix, manufactured by Glaxo Smith Klein which caused narcolepsy in children (Buonocore, 2022). Well over 1,000 children were affected by the time this link was made with the vaccine the following year (Doshi, 2018) as well as additional serious safety concerns. This is a good example of why continued consideration and evaluation of vaccine recommendations must be done regularly.

**Lack of Clear Evidence of Vaccination Benefit**

As described above, there is insufficient evidence based on clinical outcomes data to render a positive benefit risk assessment for vaccinating children at this time. The initial clinical trials in children and adolescents included less than 2,500 children and were unable to determine efficacy against severe COVID-19 (Frenck, 2021; Ali, 2021; Walter, 2022; Creech, 2022; Anderson, 2022; Muñoz, 2023). Any purported protection against symptomatic disease identified in epidemiological data appears modest and wanes rapidly (Munro, 2024; Chemaitelly, 2022). More recent randomized placebo-controlled trials of original and/or updated vaccine formulations have *not* been conducted to evaluate the safety or efficacy of any COVID-19 vaccines. This is especially relevant and necessary in the setting of current widespread population immunity (as understood from seroprevalence studies) or against the new subvariants in children or adults. What makes this even more concerning is that by the time a new formulation is manufactured and released based on currently circulating variants, the virus has evolved away from the variant the vaccine was designed against, likely reducing efficacy and again altering the benefit/risk calculation

To estimate efficacy, randomized placebo-controlled trials of boosters and updated vaccination formulas have thus far measured neutralizing antibody response to re-vaccination. However, the clinical correlate of protection to this response among children and adults who have previously had SARS-CoV-2 infection one or multiple times has not been established (Zhang, 2025). Further the ever-changing nature of the SARS-COV-2 viral antigens makes it unlikely that the current vaccination strategy will provide durable immunity against COVID-19. Observational data are largely unreliable to assess vaccine efficacy due to multiple biases; one of the most significant being the "Health Vaccinee Bias" that reflects better underlaying health among vaccinated populations (Høeg, 2023, Fürst, 2024, Chemeitelly, 2024). For this reason, the past and current true efficacy of the COVID-19 vaccines remains unclear.

**Conclusions**

In conclusion, currently available data and published studies do not provide sufficient clinical and scientific evidence to broadly recommend COVID-19 vaccination for those under 18 years of age. No clear benefit of vaccination in children under 18 has been established with current formulations of COVID-19 vaccines against current circulating variants, especially given the widespread immunity from prior infection(s) that currently exists in the population. Given the low risk of infection to those under the age of 18, the known risks of vaccination outweigh any small potential benefit. It is HHS's priority to ensure the health and safety of this vulnerable population—whether risk comes from a disease or a treatment/vaccine. We have a duty to set a gold standard for scientific review of products that are recommended to Americans and that those products, including vaccines, must have clearly defined benefits that outweigh the risks. Ultimately, decisions regarding risk and benefit must be tailored to the individual and made through shared decision making between patients and their physicians.

## References

Sorg, AL., Hufnagel, M., Doenhardt, M. *et al.* Risk for severe outcomes of COVID-19 and PIMS-TS in children with SARS-CoV-2 infection in Germany. *Eur J Pediatr* 181, 3635–3643 (2022).

Hani E, Bertran M, Powell A, Williams H, Birrell P, DeAngelis D, Ramsay ME, Oligbu G, Ladhani SN. Significantly lower infection fatality rates associated with SARS-CoV-2 Omicron (B.1.1.529) infection in children and young people: Active, prospective national surveillance, January-March 2022, England. J Infect. 2023 Apr;86(4):397-398.

Friis NU, Martin-Bertelsen T, Pedersen RK, Nielsen J, Krause TG, Andreasen V, Vestergaard LS. COVID-19 mortality attenuated during widespread Omicron transmission, Denmark, 2020 to 2022. Euro Surveill. 2023 Jan;28(3):2200547. doi: 10.2807/1560-7917.ES.2023.28.3.2200547. PMID: 36695485; PMCID: PMC9853946.

Krohnert, Kelley and Haslam, Alyson and Høeg, Tracy Beth and Prasad, Vinay, Statistical and Numerical Errors Made by the US Centers for Disease Control and Prevention During the COVID-19 Pandemic (March 7, 2023). Available at SSRN: https://ssrn.com/abstract=4381627 or http://dx.doi.org/10.2139/ssrn.4381627.

Beck A, Gandhi M. Adjudicating Reasons for Hospitalization Reveals That Severe Illness From COVID-19 in Children Is Rare. Hosp Pediatr. 2021 Aug;11(8):e159-e160.

Krug A, Stevenson J, Høeg TB. BNT162b2 Vaccine-Associated Myo/Pericarditis in Adolescents: A Stratified Risk-Benefit Analysis. Eur J Clin Invest. 2022 May;52(5):e13759.

Bardosh K, Krug A, Jamrozik E, Lemmens T, Keshavjee S, Prasad V, Makary MA, Baral S, Høeg TB. COVID-19 vaccine boosters for young adults: a risk benefit assessment and ethical analysis of mandate policies at universities. J Med Ethics. 2024 Jan 23;50(2):126-138.

Høeg, T. B., Haslam, A., & Prasad, V. (2024). Pitfalls of Using Observational Studies in Harm-Benefit analyses of BNT161b2 vaccination of 5-11-Year-Olds. *Epidemiology and Infection*, 1-15.

Høeg TB, Ladhani S, Prasad V. How methodological pitfalls have created widespread misunderstanding about long COVID. *BMJ Evidence-Based Medicine* 2024; 29:142-146.

Selvakumar J, Havdal LB, et al. JAMA Netw Open. 2023 Mar 1;6(3):e235763. doi: 10.1001/jamanetworkopen.2023.5763. PMID: 36995712; PMCID: PMC10064252.Munro, A.P.S., Jones, C.E. & Faust, S.N. Vaccination against COVID-19 — risks and benefits in children. *Eur J Pediatr* 183, 1107–1112 (2024).

Selvakumar J, Havdal LB, Brodwall EM, Sommen S, Berven LL, Stiansen-Sonerud T, Cvejic E, Wyller VBB. Risk factors for fatigue severity in the post-COVID-19 condition: A prospective controlled cohort study of nonhospitalized adolescents and young adults. Brain Behav Immun Health. 2025 Feb 18;44:100967. Karlstad Ø, Hovi P, Husby A, et al. SARS-CoV-2 Vaccination and

Myocarditis in a Nordic Cohort Study of 23 Million Residents. *JAMA Cardiol.* 2022;7(6):600–612. doi:10.1001/jamacardio.2022.0583.

Kracalik I, Oster ME, et al. CDC COVID-19 Response Team. Outcomes at least 90 days since onset of myocarditis after mRNA COVID-19 vaccination in adolescents and young adults in the USA: a follow-up surveillance study. Lancet Child Adolesc. Health. 2022 Nov;6(11):788-798. doi: 10.1016/S2352-4642(22)00244-9. Epub 2022 Sep 22. Erratum in: Lancet Child Adolesc. Health. 2022 Dec;6(12):e28.

Chua GT, Kwan MYW, et al. Epidemiology of Acute Myocarditis/Pericarditis in Hong Kong Adolescents Following Comirnaty Vaccination. Clin Infect Dis. 2022 Sep 10;75(4):673-681.

Mevorach D, Anis E, et al. Myocarditis after BNT162b2 mRNA Vaccine against Covid-19 in Israel. N Engl J Med. 2021 Dec 2;385(23):2140-2149.

Cho JY, Kim KH, Lee N, Cho SH, Kim SY, Kim EK, Park JH, Choi EY, Choi JO, Park H, Kim HY, Yoon HJ, Ahn Y, Jeong MH, Cho JG. COVID-19 vaccination-related myocarditis: a Korean nationwide study. Eur Heart J. 2023 Jun 25;44(24):2234-2243.

Butt AA, Guerrero MD, Canlas EB, Al-Dwairi H, Alimam ABMA, Mohamad AR, Ali MT, Asaad NA, Alkeldi AASS, Mohammad MFS, Thomas AG, Al-Khal A, Al-Maslamani M, Abou-Samra AB. Evaluation of mortality attributable to SARS-CoV-2 vaccine administration using national level data from Qatar. Nat Commun. 2023 Jan 3;14(1):24. doi: 10.1038/s41467-022-35653-z. PMID: 36596793; PMCID: PMC9808756.

Karlstad Ø, Hovi P, Husby A, et al. SARS-CoV-2 Vaccination and Myocarditis in a Nordic Cohort Study of 23 Million Residents. *JAMA Cardiol.* 2022;7(6):600–612. doi:10.1001/jamacardio.2022.0583.

Faksova K, Walsh D, et al. COVID-19 vaccines and adverse events of special interest: A multinational Global Vaccine Data Network (GVDN) cohort study of 99 million vaccinated individuals. Vaccine. 2024 Apr 2;42(9):2200-2211. doi: 10.1016/j.vaccine.2024.01.100. Epub 2024 Feb 12. PMID: 38350768.

Dag Berild J, Bergstad Larsen V, Myrup Thiesson E, et al. Analysis of Thromboembolic and Thrombocytopenic Events After the AZD1222, BNT162b2, and MRNA-1273 COVID-19 Vaccines in 3 Nordic Countries. *JAMA Netw Open.* 2022;5(6):e2217375. doi:10.1001/jamanetworkopen.2022.17375.

Lim E, Kim YH, Jeong NY, Kim SH, Won H, Bae JS, Choi NK; COVID-19 Vaccine Safety Committee (CoVaSC). The association between acute transverse myelitis and COVID-19 vaccination in Korea: Self-controlled case series study. Eur J Neurol. 2025 Jan;32(1):e70020.

Hu M, Shoaibi A, Feng Y, et al. Safety of Ancestral Monovalent BNT162b2, mRNA-1273, and NVX-CoV2373 COVID-19 Vaccines in US Children Aged 6 Months to 17 Years. *JAMA Netw Open.* 2024;7(4):e248192. doi:10.1001/jamanetworkopen.2024.819.

Hwang, H.S., Lee, H., Yoon, SY. *et al.* Global burden of vaccine-associated kidney injury using an international pharmacovigilance database. *Sci Rep* 15, 5177 (2025). https://doi.org/10.1038/s41598-025-88713-x.

Hoffmann, S. S., Nielsen, S., Thysen, S. M., Duriseti, R., & Benn, C. S. (2023, Dec 7). Overall Health Effects of mRNA COVID-19 Vaccines in Children and Adolescents: A Systematic Review and Meta-Analysis. medrxiv. https://doi.org/10.1101/2023.12.07.23298573.

Buonocore SM, van der Most RG. Narcolepsy and H1N1 influenza immunology a decade later: What have we learned? Front Immunol. 2022 Oct 12;13:902840. doi: 10.3389/fimmu.2022.902840. PMID: 36311717; PMCID: PMC9601309.

Doshi P. Pandemrix vaccine: why was the public not told of early warning signs? BMJ 2018; 362 :k3948 doi:10.1136/bmj.k3948.

Frenck RW Jr, Klein NP, Kitchin N, Gurtman A, Absalon J, Lockhart S, Perez JL, Walter EB, Senders S, Bailey R, Swanson KA, Ma H, Xu X, Koury K, Kalina WV, Cooper D, Jennings T, Brandon DM, Thomas SJ, Türeci Ö, Tresnan DB, Mather S, Dormitzer PR, Şahin U, Jansen KU, Gruber WC; C4591001 Clinical Trial Group. Safety, Immunogenicity, and Efficacy of the BNT162b2 Covid-19 Vaccine in Adolescents. N Engl J Med. 2021 Jul 15;385(3):239-250.

Ali, Kashif, et al. "Evaluation of mRNA-1273 SARS-CoV-2 vaccine in adolescents." *New England Journal of Medicine* 385.24 (2021): 2241-2251.

Walter, Emmanuel B., et al. "Evaluation of the BNT162b2 Covid-19 vaccine in children 5 to 11 years of age." *New England Journal of Medicine* 386.1 (2022): 35-46.

Creech, C. Buddy, et al. "Evaluation of mRNA-1273 Covid-19 vaccine in children 6 to 11 years of age." *New England Journal of Medicine* 386.21 (2022): 2011-2023.

Anderson, Evan J., et al. "Evaluation of mRNA-1273 vaccine in children 6 months to 5 years of age." *New England Journal of Medicine* 387.18 (2022): 1673-1687.

Muñoz, Flor M., et al. "Evaluation of BNT162b2 Covid-19 vaccine in children younger than 5 years of age." *New England Journal of Medicine* 388.7 (2023): 621-634.

Munro APS, Jones CE, Faust SN. Vaccination against COVID-19 - risks and benefits in children. Eur J Pediatr. 2024 Mar;183(3):1107-1112. doi: 10.1007/s00431-023-05380-8. Epub 2024 Jan 2. PMID: 38169007; PMCID: PMC10950962.

Chemaitelly H, AlMukdad S, Ayoub HH, Altarawneh HN, Coyle P, Tang P, Yassine HM, Al-Khatib HA, Smatti MK, Hasan MR, Al-Kanaani Z, Al-Kuwari E, Jeremijenko A, Kaleeckal AH, Latif AN,

Shaik RM, Abdul-Rahim HF, Nasrallah GK, Al-Kuwari MG, Al-Romaihi HE, Butt AA, Al-Thani MH, Al-Khal A, Bertollini R, Abu-Raddad LJ. Covid-19 Vaccine Protection among Children and Adolescents in Qatar. N Engl J Med. 2022 Nov 17;387(20):1865-1876. doi: 10.1056/NEJMoa2210058. Epub 2022 Nov 2. PMID: 36322837; PMCID: PMC9644642.

Zhang, B., Fong, Y., Dang, L. *et al.* Neutralizing antibody immune correlates in COVAIL trial recipients of an mRNA second COVID-19 vaccine boost. *Nat Commun* 16, 759 (2025).

Høeg TB, Duriseti R, Prasad V. Potential "Healthy Vaccinee Bias" in a Study of BNT162b2 Vaccine against Covid-19. N Engl J Med. 2023 Jul 20;389(3):284-285.

Fürst T, Bazalová A, Fryčák T, Janošek J. Does the healthy vaccinee bias rule them all? Association of COVID-19 vaccination status and all-cause mortality from an analysis of data from 2.2 million individual health records. Int J Infect Dis. 2024 May;142:106976.

Chemaitelly, H et al. Assessing healthy vaccinee effect in COVID-19 vaccine effectiveness studies: A national cohort study in Qatar. medRxiv 2024.07.28.24311115.