# EXHIBIT 3

**Final Agenda**

**MEETING OF THE ADVISORY COMMITTEE ON IMMUNIZATION PRACTICES (ACIP)**

Centers for Disease Control and Prevention
Atlanta, Georgia 30329

**Wednesday, June 25, 2025**

| | |
|---|---|
| **10:00 Opening Remarks** | Dr. Martin Kulldorff (ACIP Chair) |
| **10:15 Welcome and Roll Call** | Dr. Mina Zadeh (ACIP Executive Secretary, CDC) |
| **10:35 Update on Work Groups** | Dr. Martin Kulldorff (ACIP Chair) |
| **11:00 COVID-19 Vaccines** | |
| Introduction | Dr. Adam MacNeil (CDC/NCIRD) |
| COVID-19 epidemiology | Dr. Adam MacNeil (CDC/NCIRD) |
| COVID-19 vaccine effectiveness update | Dr. Adam MacNeil (CDC/NCIRD) |
| COVID-19 safety update | Dr. Sarah Meyer (CDC/NCEZID) |
| COVID-19 vaccine coverage and implementation | Dr. Georgina Peacock (CDC/NCIRD) |
| Evidence to recommendations (partial) | Dr. Adam MacNeil (CDC/NCIRD) |
| **1:00** ***Lunch*** | |
| **1:30 Agency Updates** | *CDC, CMS, FDA, HRSA, IHS, NIH* |
| **2:00 RSV Vaccines- Maternal/Pediatric** | |
| Introduction | Dr. Adam MacNeil (CDC/NCIRD) |
| Updates on uptake of maternal vaccine and nirsevimab | Dr. Georgina Peacock (CDC/NCIRD) |
| Effectiveness and impact of RSV prevention products in infants during the 2024-2025 season | Dr. Adam MacNeil (CDC/NCIRD) |
| Updates on safety of maternal vaccine and nirsevimab | Dr. Malini DeSilva (HealthPartners),<br>Dr. Matthew Daley (Kaiser Permanente Colorado) |
| Updates and summary of the Evidence to Recommendation Framework for clesrovimab | Dr. Adam MacNeil (CDC/NCIRD) |
| Updates on clinical considerations for clesrovimab | Dr. Adam MacNeil (CDC/NCIRD) |
| Proposed Recommendations | Dr. Adam MacNeil (CDC/NCIRD) |
| Updates to RSV vaccines VFC resolution | Dr. Georgina Peacock (CDC/NCIRD) |
| **4:00** ***Break*** | |
| **4:15** Public Comment | |
| **5:00** **Votes** | |
| RSV Vaccines- Pediatric | Dr. Adam MacNeil (CDC/NCIRD) |
| RSV Vaccines- VFC | Dr. Georgina Peacock (CDC/NCIRD) |
| **5:30 Adjourn** | |

**Final Agenda**

**Thursday, June 26, 2025**

| | | |
|---|---|---|
| **8:00** | **Welcome and Roll Call** | Dr. Mina Zadeh (ACIP Executive Secretary, CDC) |
| **8:15** | **Influenza Vaccines** | |
| | Introduction | Dr. Vivien Dugan (CDC/NCIRD) |
| | Flublok in older children and adolescents: immunogenicity and safety | Dr. Pedro Folegatti (Sanofi Pasteur) |
| | Estimates of influenza burden and burden averted through vaccination | Dr. Vivien Dugan (CDC/NCIRD) |
| | Proposed recommendations for 2025-26 | Dr. Vivien Dugan (CDC/NCIRD) |
| | Presentation regarding thimerosal in vaccines | Lyn Redwood, RN, MSN |
| | Proposed recommendations regarding thimerosal containing influenza vaccine | Dr. Martin Kulldorff (ACIP Chair) |
| **10:15** | ***Break*** | |
| **10:30** | **Chikungunya Vaccines** | |
| | Introduction | Dr. Lyle Petersen (CDC/NCEZID) |
| | EtR (partial) for use of live attenuated and virus-like particle chikungunya vaccines in U.S territories | Dr. Lyle Petersen (CDC/NCEZID) |
| | Safety update on live attenuated chikungunya vaccine and use among older persons | Dr. Lyle Petersen (CDC/NCEZID) |
| **10:45** | **Anthrax Vaccine** | Dr. Brendan Jackson (CDC/NCEZID) |
| **10:50** | **MMRV Vaccine** | |
| | Presentation on MMRV vaccine in children under under 4 years of age | Dr. Martin Kulldorff (ACIP Chair) |
| | Proposed recommendations regarding MMRV in children under 4 years of age | Dr. Martin Kulldorff (ACIP Chair) |
| **11:20** | ***Break*** | |
| **11:30** | Public Comment | |
| **12:15** | ***Break*** | |
| **12:30** | **Votes** | |
| | Influenza Vaccines | Dr. Vivien Dugan |
| | Thimerosal containing influenza vaccine recommendations | Dr. Martin Kulldorff (ACIP Chair) |
| **1:00** | **Adjourn** | |

***Acronyms***

| | |
|---|---|
| CDC | Centers for Disease Control and Prevention |
| CMS | Centers for Medicare & Medicaid Services |
| COVID-19 | Coronavirus disease 2019 |
| EtR | Evidence to Recommendations Framework |
| FDA | Food and Drug Administration |
| HRSA | Health Resources and Services Administration |
| IHS | Indian Health Service |
| MMRV | Measles, Mumps, Rubella, Varicella Vaccine |
| NCIRD | National Center for Immunization & Respiratory Diseases |
| NCEZID | National Center for Emerging and Zoonotic Diseases |
| NIH | National Institutes of Health |
| RSV | Respiratory Syncytial Virus |
| VFC | Vaccines for Children |