# EXHIBIT 4

The Wayback Machine - https://web.archive.org/web/20250925093828/https://www.cdc.gov/acip/meetings/upcoming.html

Advisory Committee on Immunization Practices (ACIP)

# Next ACIP Meeting: Anticipated Votes

For Everyone
SEPT. 19, 2025

WHAT TO KNOW

- ACIP's next meeting will be held on September 18-19, 2025.
- Get meeting information and read draft vote language below.

## Summary of anticipated votes

Several votes are planned during the September 18-19, 2025 ACIP meeting.

**The vote language shown below is considered draft. All vote language is subject to change and will continue to be updated in advance of the ACIP meeting.**

## Anticipated votes

### Measles, Mumps, Rubella, and Varicella (MMRV) Vaccines

VOTE: The pediatric vaccine schedule should be updated to reflect the following change:

- For measles, mumps, rubella and varicella vaccines given before age 4 years, the combined MMRV vaccine is not recommended.
- Children in this age group should receive separate measles, mumps, and rubella vaccine and varicella vaccine (MMR+V).

### Hepatitis B Vaccines

VOTE: All pregnant women should be tested for hepatitis B infection.

VOTE: The pediatric vaccine schedule should be updated to reflect the following change:

- If a mother tests HBsAG-negative:
  - The first dose of the Hepatitis B vaccine is not given until the child is at least one month old.
  - Infants may receive a dose of hepatitis B vaccine before one month according to individual based decision-making.*

**Also referred to as shared clinical decision-making.*

### COVID-19 Vaccines

VOTE: It is the sense of the committee that the CDC engages in an effort to promote more consistent and comprehensive informed consent processes, and as part of that considers adding language accessible to patients and medical providers to describe at least the six risks and uncertainties included in the WG chair presentation.

VOTE: It is the sense of the committee that state and local jurisdictions should require a prescription for the administration of a COVID-19 vaccination.

VOTE: It is the sense of the committee that in conversations with patients before COVID-19 vaccination, authorized healthcare providers discuss the risks and benefits of the vaccination for the individual patient. The discussion should consider known risk factors for severe outcomes from COVID-19, such as age, prior infections, immunosuppression, and certain comorbidities identified by the CDC, and include a discussion of the

potential benefits and risks of vaccination and related uncertainties, especially those outlined in the vaccine information statement, as part of informed consent.

VOTE: The pediatric and adult immunization schedules for administration of FDA-approved COVID-19 vaccines should be updated as follows:

- **Adults 65 and older:** Vaccination based on individual-based decision-making*
- **Individuals 6 months to 64 years:** Vaccination based on individual-based decision-making—with an emphasis that the risk-benefit of vaccination is most favorable for individuals who are at an increased risk for severe COVID-19 disease and lowest for individuals who are not at an increased risk, according to the CDC list of COVID-19 risk factors.

**Also known as shared clinical decision making.*

SOURCES

**CONTENT SOURCE:**

National Center for Immunization and Respiratory Diseases (NCIRD)