# EXHIBIT 13

**Houry, Debra E. (CDC/IOD)**

**From:** Reczek, Jeffrey (CDC/OD/CDCWO)
**Sent:** Monday, May 19, 2025 9:03 AM
**To:** Houry, Debra E. (CDC/IOD)
**Subject:** Fw: DRAFT DELIBERATIVE

**Categories:** 4

As discussed. I think this was also meant for Buzzelli.

Jeff Reczek
Director
CDC Washington
[redacted]

---

**From:** Anderson, Hannah (HHS/IOS) <[redacted]>
**Sent:** Monday, May 19, 2025 8:28 AM
**To:** Archer, William (HHS/IOS) <[redacted]>; Thompson, Matthew (HHS/ASL) <[redacted]>
**Cc:** Reczek, Jeffrey (CDC/OD/CDCWO) <[redacted]>; Burns, Stuart (CDC/IOD) <[redacted]>
**Subject:** DRAFT DELIBERATIVE

Reyn-

Bobby has asked for the following changes to be made for the next ACIP meeting:

1. Replace the members with the ten identified
2. Add votes on "joint decision making" for Hep B (for healthy children and potentially others) and multi-dose flu for pregnant women and children
3. Announce that we are bringing back the 7 year review and the biannual report on vaccines
4. Review of the definition of vaccine

Feel free to loop with Jeff and Stuart and then come check in with me.

Hannah

Hannah Anderson
Deputy Chief of Staff, Policy
U.S. Department of Health and Human Services (HHS)