# EXHIBIT 14

Monday, May 19, 2025
9:29 AM

**Secretary Request on Members.**

**Members:**
Secretary wants to replace 10 members on the ACIP committee. He has a bench of 10 ready to replace. He doesn't care which members. They think last minute appointments were a way to block. Didn't ask us for help. They know who they want to put on. They want us to remove the newest people on whether they are newly appointed. Who is first on, who is first off, and what is their area that they bring to the table.

**Agenda Items:**
If they are going to bring 10 new members, there are several issues to be discussed. One item that is included:

- Hepatitis B for healthy infants-eliminating
- Multidose vial- Thimerisol Free recommendation
- Vitamin K dose in kids???
- 7 year review of the childhood immunization schedule- announcement

Is there a hep B workgroup? What's time sensitive on the current agenda?

The new members may have trouble voting because they have not been on for long. Some of the members may be

HPV voting plan?

Created with OneNote.

# 5.19.2025 ACIP w iOD, 4pm

Monday, May 19, 2025
4:02 PM
Meeting to discuss iOS plan for change in membership of ACIP

From Stuart Burns:
**Option 1:** Remove all members and replace with new members reflecting the priorities of the administration
**Option 2:** Roll off enough to have new members as voting majority on the committee to reflect new admin perspective.

Stuart Burns will be writing a new memo to support this plan. Stated objective was to "depoliticize" the committee by installing people more aligned to the Secretary's agenda.

One topic discussed was removal of thimerisol from flu vaccines. Dr. H and I encouraged this change to come from FDA that has dominion over ingredients of vaccines. Stuart commented that this was Dr. Weldon's plan 2o years ago. We highlighted that the ACIP may not support a change given the lack of evidence that this ingredient causes adverse events but that FDA could decide to do this as a matter of principal to avoid the criticism that this generates despite the lack of a safety signal.

**Demetre Costas Daskalakis**
**Director, National Center for Immunization and Respiratory Diseases**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
[redacted]