# EXHIBIT 15

 A17-18

1) Regular workgroup reconstituted and question presented with full data review and Evidence to Recommendation (EtR) Framework completed to be presented to the committee at regular pace, may take a couple of months.
2) Accelerated workgroup review, ad hoc ACIP meeting with ETR presented- less optimal in a non-public health emergency
3) Present the data directly to the committee without a workgroup and no ETR (strongly not recommended) since this may be a 2-3 day meeting covering ONLY this topic and the critical discussions that happen in the workgroup to guide recommendations will not inform the process.

Hope that helps!

**Demetre Costas Daskalakis**
**Director, National Center for Immunization and Respiratory Diseases**
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
[redacted]

**From:** Houry, Debra E. (CDC/IOD) <[redacted]>
**Sent:** Wednesday, May 21, 2025 8:14 AM
**To:** Daskalakis, Demetre (CDC/NCIRD/OD) <[redacted]>
**Subject:** RE: 5.19.2025 ACIP w iOD, 9:30am and 4pm

Thanks for sending notes- two other things:
You and I mentioned that you can't just do votes on things at a meeting like Hep B- they need to reconstitute a workgroup to look at the data and evidence and then present at a subsequent ACIP meeting

Of note, Stuart had said all the people had been cleared by WH for ethics and were good to go, but when I asked to make sure all had done 450 forms and to connect with our FACA and SBI teams to ensure rest of paperwork done too it appears none of the ethics/ COI process has been started yet so it is not clear to me if these 10 members are "ready" as they need to go through FACA process before they would be confirmed. This is on my list to discuss with the SBI and OGC teams that review candidates

Debra Houry
Chief Medical Officer & Deputy Director for Program and Science
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
[redacted]

**From:** Daskalakis, Demetre (CDC/NCIRD/OD) <[redacted]>
**Sent:** Wednesday, May 21, 2025 8:07 AM
**To:** Houry, Debra E. (CDC/IOD) <[redacted]>
**Subject:** 5.19.2025 ACIP w iOD, 9:30am and 4pm

Deb- Just sending my notes to make sure I haven't missed anything. Let me know.

# 5.19.2025 ACIP w iOD, 9:30am