# EXHIBIT 16

Get Outlook for iOS

---

**From:** Burns, Stuart (CDC/IOD) <[redacted]>
**Sent:** Monday, June 16, 2025 1:46 PM
**To:** Houry, Debra E. (CDC/IOD) <[redacted]>; Greco Kone, Rebecca (CDC/NCIRD/OD) <[redacted]>; Witkofsky, Nina (CDC/IOD) <[redacted]>; Zadeh, Mina (CDC/OD/OCS) <[redacted]>
**Cc:** Daskalakis, Demetre (CDC/NCIRD/OD) <[redacted]>
**Subject:** Re: ACIP UPDATE: Draft vote language and agenda

Based on discussions and what I'm hearing from the secretary's office They are very interested In having ACIP Vote to recommend only thimerosal free flu vaccine to pregnant women and children 12 and under. What steps need to be take to consider this on the agenda?

Stuart

predecisional preliminary draft

Get Outlook for iOS

---

**From:** Houry, Debra E. (CDC/IOD) <[redacted]>
**Sent:** Monday, June 16, 2025 1:34:56 PM
**To:** Greco Kone, Rebecca (CDC/NCIRD/OD) <[redacted]>; Witkofsky, Nina (CDC/IOD) <[redacted]>; Burns, Stuart (CDC/IOD) <[redacted]>; Zadeh, Mina (CDC/OD/OCS) <[redacted]>
**Cc:** Daskalakis, Demetre (CDC/NCIRD/OD) <[redacted]>
**Subject:** RE: ACIP UPDATE: Draft vote language and agenda

Thanks Rebecca
I mentioned this morning, that things like strength of rec, shared decision making, etc usually come from workgroup discussions

Debra Houry
Chief Medical Officer & Deputy Director for Program and Science
Centers for Disease Control and Prevention (CDC)
Department of Health and Human Services (HHS)
[redacted]

---

**From:** Greco Kone, Rebecca (CDC/NCIRD/OD) <[redacted]>
**Sent:** Monday, June 16, 2025 12:12 PM
**To:** Witkofsky, Nina (CDC/IOD) <[redacted]>; Burns, Stuart (CDC/IOD) <[redacted]>; Zadeh, Mina (CDC/OD/OCS) <[redacted]>
**Cc:** Daskalakis, Demetre (CDC/NCIRD/OD) <[redacted]>; Houry, Debra E. (CDC/IOD) <[redacted]>
**Subject:** ACIP UPDATE: Draft vote language and agenda

Good morning, Stuart,

I just spoke with Nina who mentioned that you had requested more specific information related to the anticipated vote language for the upcoming ACIP meeting. Please see bottom of this email for the draft