## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>     *Plaintiffs,*<br><br>     v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>     *Defendants.* | Case No. 1:25-cv-11916 (BEM) |

### PLAINTIFFS' MOTION TO IMPOUND
### EXHIBTS B, F, G, & H ATTACHED TO JAMES J. OH'S
### DECLARATION (ECF NO. 337) SUPPORTING PLAINTIFFS' OPPOSITION
### TO DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS (ECF NO. 334)

Pursuant to Local Rules 7.1 and 7.2, Plaintiffs respectfully move for an order authorizing Plaintiffs, after entry of the order, to impound Exhibits B, F, G, & H attached to the Declaration of James J. Oh ("Oh Decl.") (ECF No. 337) in Support of Plaintiffs' Opposition to Defendants' Renewed Motion to Stay Proceedings Pending Appeal and to Postpone Record Dispute (ECF No. 334) and impounding those materials until further order of the Court. For the reasons stated in the accompanying memorandum, good cause supports the requested relief.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed order submitted with this motion.

Dated: July 22, 2026

Respectfully submitted,

By: */s/ James J. Oh* (IL Bar No. 6196413)
James J. Oh (admitted *pro hac vice*)
Kathleen Barrett (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.

227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
        kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com
        gcostello@ebglaw.com

Richard H. Hughes IV (admitted *pro hac vice*)
Robert Wanerman (admitted *pro hac vice*)
William Walters (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:    202.861.0900
Fax:    202.296.2882
Email: rhhughes@ebglaw.com
        rwanerman@ebglaw.com
        wwalters@ebglaw.com

Jeremy A. Avila (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:    415.398.3500
Fax:    415.398.0955
Email: javila@ebglaw.com

Daniella R. Lee (admitted *pro hac vice*)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:    813.367.9454
Fax:    813.367.9441
Email: dlee@ebglaw.com

## LOCAL RULE 7.1 CERTIFICATE REGARDING PLAINTIFFS' MOTION

Per Local Rule, 7.1, counsel for Plaintiffs state that they conferred with counsel for Defendants by email and telephone on numerous occasions, and the Court entered a protective order necessitating this Motion to Impound. Pursuant to the protective order, counsel for Defendants do not oppose the filing of the Motion to Impound.

*/s/ James J. Oh*
James J. Oh

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served through the ECF system upon the

following parties on this 22nd day of July 2026:

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services

Jay Bhattacharya, MD, PhD, in his official capacity as Acting Director Centers for Disease Control and Prevention

c/o Leah Belaire Foley, US Attorney
Michael L. Fitzgerald
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
michael.fitzgerald2@usdoj.gov

c/o Isaac Belfer
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
Isaac.C.Belfer@usdoj.gov

James W. Harlow
DOJ-Civ
Consumer Protection Branch
P.O Box 386
Washington, D.C. 20044
James.w.harlow@usdoj.gov

Kyle Diamantas, in his official capacity as Acting Commissioner of the Food and Drug Administration

/s/ James J. Oh
James J. Oh

FIRM:70873836v1