# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | |
| *Plaintiffs,* | Case No. 1:25-cv-11916 (BEM) |
| vs. | District Judge: Hon. Brian E. Murphy |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*, | |
| *Defendants.* | |

## NOTICE OF FILING

TO: COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned counsel of record for the Plaintiffs filed the attached declaration per the Court's order of July 23, 2026.

Dated: July 27, 2026

Respectfully submitted,

By: /s/ *James J. Oh*
James J. Oh (admitted pro hac vice)
Kathleen Barrett (admitted pro hac vice)
EPSTEIN BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, IL 60606
Tel:    312.499.1400
Fax:    312.845.1998
Email: joh@ebglaw.com
           kbarrett@ebglaw.com

Elizabeth J. McEvoy (BBO No. 683191)
Gianna M. Costello (BBO No. 715031)
EPSTEIN BECKER & GREEN, P.C.
One Financial Center, Suite 1520
Boston, MA 02111
Tel:    617.603.1100
Fax:    617.249.1573
Email: emcevoy@ebglaw.com
           gcostello@ebglaw.com

Richard H. Hughes IV (admitted pro hac vice)
Robert Wanerman (admitted pro hac vice)
William Walters (admitted pro hac vice)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, DC 20037
Tel:     202.861.0900
Fax:     202.296.2882
Email: rhhughes@ebglaw.com
           rwanerman@ebglaw.com
           wwalters@ebglaw.com

Jeremy A. Avila (admitted pro hac vice)
EPSTEIN BECKER & GREEN, P.C.
57 Post Street, Suite 703
San Francisco, CA 94104
Tel:     415.398.3500
Fax:     415.398.0955
Email: javila@ebglaw.com

Daniella R. Lee (admitted pro hac vice)
EPSTEIN BECKER & GREEN, P.C.
201 East Kennedy Blvd., Suite 1260
Tampa, FL 33602
Tel:     813.367.9454
Fax:     813.367.9441
Email: dlee@ebglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document and the declaration filed simultaneously herewith were filed and served through the ECF system upon the following parties on this 27th day of July 2026:

1. Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services;

2. Kyle Diamantas, in his official capacity as Acting Commissioner of the Food and Drug Administration; and

3. Jay Bhattacharya, MD, PhD, in his official capacity as Acting Director Centers for Disease Control and Prevention, c/o:

Leah Belaire Foley, US Attorney
Michael L. Fitzgerald
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
michael.fitzgerald2@usdoj.gov

Isaac Belfer
U.S. Department of Justice
Civil Division, Federal Programs Branch
Isaac.C.Belfer@usdoj.gov

Matthew Zorn
Senior Counsel to the Associate Attorney General
U.S. Department of Justice
matthew.zorn2@usdoj.gov

Michael L. Fitzgerald
Office of the US Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
michael.fitzgerald2@usdoj.gov

*/s/ James J. Oh*
James J. Oh