# EXHIBIT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>     *Plaintiffs,*<br><br>     vs.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>     *Defendants.* | Case No. 1:25-cv-11916 (BEM)<br><br>District Judge: Hon. Brian E. Murphy |

<u>**DECLARATION OF JAMES J. OH**</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

I am lead trial counsel for Plaintiffs in the above-titled action and file this declaration per the Court's order of July 23, 2026, that ordered Plaintiffs to file a declaration confirming that anyone to whom Plaintiffs' counsel had sent documents that were filed on the public record that Defendants alleged were filed in violation of the protective order because they allegedly contained Confidential Information as defined in the protective order have been destroyed by the recipients of those documents and anyone else to whom they were sent. I hereby confirm that my firm sent the documents in question only to firm clients, all of whom confirm compliance with the Court's order. Plaintiffs disagree that they committed any violation of the protective order in this case.

I declare under penalty of perjury that the foregoing is true and correct.

                                  */s/ James J. Oh*
                                  James J. Oh