**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN ACADEMY OF PEDIATRICS, *et al.*,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,

*Defendants.*

Case No. 1:25-cv-11916 (BEM)

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Corrected Version of Memorandum in Support of Motion to Complete the Administrative Records (ECF 330) and Proposed Order (ECF 329-1), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

It is hereby ORDERED that Plaintiffs' Motion for Leave to File Corrected Version of Memorandum in Support of Motion to Complete the Administrative Records (ECF 330) and Proposed Order (ECF 329-1) is GRANTED, and Plaintiffs are granted leave to file the corrected memorandum and proposed order.

SO ORDERED.

Dated: ____________________

______________________________
United States District Judge
Brian E. Murphy