**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services; *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-11916 (BEM) |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORDS [CORRECTED]**

Upon consideration of Plaintiffs' Motion to Complete the Administrative Records, the supporting Memorandum, and Exhibits, the Court ORDERS that Plaintiffs' motion is GRANTED. It therefore ORDERED that Defendants complete the Administrative Records and produce the following:

1. All documents directly or indirectly considered by the decisionmakers and subordinates related to the May 27, 2025, Secretarial Directive;

2. All documents directly or indirectly considered by the decisionmakers and subordinates related to the September 2025 ACIP vote to change the recommendation for Covid vaccines from routine to shared clinical decision-making;

3. All documents directly or indirectly considered by the decisionmakers and subordinates related to the reconstitution of ACIP;

4. All documents directly or indirectly considered by the decisionmakers and subordinates related to the January 6, 2026, childhood vaccination schedule changes;

5. All documents directly or indirectly considered by the decisionmakers and subordinates related to the December 2025 ACIP vote to change the recommendation for Hepatitis B vaccines for newborns; and,

6. All documents directly or indirectly considered by the decisionmakers and subordinates related to the June 2025 ACIP vote on Thimerosal in multi-dose vaccines.

**SO ORDERED.**

Dated: ____________________

______________________________
HON. BRIAN E. MURPHY
UNITED STATES DISTRICT JUDGE