# United States Court of Appeals
## For the First Circuit

No. 25-1907

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS, INC.; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; SOCIETY FOR MATERNAL-FETAL MEDICINE; JANE DOE; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; JANE DOE 2; JANE DOE 3,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KYLE DIAMANTAS, in the official capacity as Acting Commissioner of the Food and Drug Administration; UNITED STATES FOOD & DRUG ADMINISTRATION; JAY BHATTACHARYA, in the official capacities as Director of the National Institutes of Health and as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; DOES 1-50, Inclusive,

Defendants - Appellees,

JOSE A. PEREZ,

Movant - Appellant.

Before

Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.

**JUDGMENT**

Entered: November 2, 2026

Movant-appellant Jose A. Perez filed a notice of appeal designating the district court's electronic orders entered July 31, 2025, and September 11, 2025, both of which concerned the

district court's denial of Perez's requests to intervene as a defendant in the underlying matter pursuant to Federal Rules of Civil Procedure 24(a)(1)-(2) and (b)(1).

Following a careful review of the arguments presented on appeal and relevant portions of the record, we conclude that summary affirmance is in order because Perez has failed to demonstrate that, given the "facts at hand, the denial[s were not] within the compass of the district court's discretion." T-Mobile Ne. LLC v. Town of Barnstable, 969 F.3d 33, 38 (1st Cir. 2020) (discussing standard of review and intervention general principles); see Fed. R. Civ. P. 24(a)(1)-(2), (b) (intervention provisions); Victim Rts. L. Ctr. v. Rosenfelt, 988 F.3d 556, 561-62 (1st Cir. 2021) (explaining that, when a prospective intervenor seeks to intervene as a defendant alongside a government entity, "the burden of persuasion" as to the inadequate-representation factor "is ratcheted upward," that "[a] successful rebuttal requires a strong affirmative showing that the [government] is not fairly representing the applicants' interests"; and that the "movant-intervenors' interest in making an additional [] argument in defense of government action does not render the government's representation inadequate") (internal quotation marks omitted).

We add that Perez has failed to identify a federal statute that legitimately provides the "unconditional right to intervene" he references in his opening brief. Opening Brief at 28. Perez also has failed to demonstrate any error, abuse of discretion, or prejudice related to this court's prior rulings addressing the parties' motions for summary reversal, amendment of the caption, and other forms of relief.

The rulings of the district court are affirmed. Any remaining pending motions or requests, to the extent not moot in light of the foregoing, are denied.

Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Abraham R. George, Thomas Pulham, Michael L. Fitzgerald, Douglas C. Dreier, Robert E. Wanerman, Stuart M. Gerson, Elizabeth J. McEvoy, Adam R.D. Paine, Kathleen Barrett, James J. Oh, Richard H. Hughes, IV, Maurice Wells, Jose A. Perez, Francisco Maria Negrón, Jr.