FILED
IN CLERKS OFFICE
2026 NOV 18 A 11: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**AMERICAN ACADEMY OF PEDIATRICS, et al.**, Plaintiffs,

v.

**ROBERT F. KENNEDY, JR., et al.**, Defendants.

Civil Action No. **1:25-cv-11916-BEM**

---

## MOTION FOR RECONSIDERATION AND CLARIFICATION OF ECF 362, OR ALTERNATIVELY FOR LEAVE TO RENEW AMICUS SUBMISSION FOLLOWING STAY

Brandon Michael Hayes, appearing individually and pro se, and identifying his affiliation as President of the Natural Law Institute, respectfully moves for reconsideration and clarification of the October 13, 2026 order (ECF 362), denying his amicus motions at ECF 360 and 361.

### I. BASIS

The Court identified untimeliness and the absence of assistance to pending issues, particularly in view of the First Circuit proceedings.

The September 11 stay (ECF 354) suspends district-court proceedings pending appellate disposition. That circumstance explains the present absence of merits adjudication but does not determine the utility of supplementary assistance upon resumption.

The proposed submissions address distinctions among scientific evidence, professional recommendation, governmental authority, institutional action, and the resulting constitutional warrant.

These questions remain pertinent to adjudication of the underlying administrative controversy.

The order identifies no independent filing deadline that renders renewed participation untimely upon termination of the stay.

### II. RELIEF REQUESTED

Movant respectfully requests that the Court:

1. Reconsider ECF 362 insofar as its denial forecloses renewed consideration;
2. Alternatively, clarify that denial is without prejudice to renewed, case-specific amicus participation following termination of the stay; and
3. Identify any timing or procedural condition governing such renewal.

The requested clarification preserves the established appellate and district-court sequence while rendering the prospective procedural opportunity precise.

Respectfully submitted,

/s/ Brandon Michael Hayes

Brandon Michael Hayes
Pro Se, Prospective Amicus Curiae
President, Natural Law Institute
159 Indian Hill Street
West Newbury, MA 01985
brandon@hayeshaus.com
(617) 438-2049

**Dated: November 17, 2026**

---

**CERTIFICATE OF CONFERENCE AND SERVICE**

I certify that on Monday morning, November 16, 2026, I transmitted this filing by email to counsel of record. On November 17, 2026, copies were submitted by United States Mail to the Clerk.

/s/ Brandon Michael Hayes